**In and for The New York Southern District Federal Court, New York**

**Joseph D Gilberti, PE,** a licensed Professional Engineer in the State of Florida,

Case: **24-cv-09107**

Petitioner(s),

v.

**Holy See (The Vatican City)**, et al

Defendant(s).

---

**Notice of Appeal**

Comes Now, Plaintiff, Joseph D. Gilberti, PE, pursuant to FRCP and FRAP hereby appeals to the Order Denying Plaintiff to Reopen Case dated on August 14, 2025 (Docket #28), and received Order on August 28, 2025, to the US District Court of Appeals for the 2nd Circuit per order (Docket #28). This lower court, Judge Laura Taylor Swain, dismissed this case knowing of the timed terrorism events surrounding plaintiff's actions while exposing primary spring water, in select isolated various remote locations across the country and the world, with lower water bills to the tap and new medicine resources for America they dismissed this politically without a care of the health and national defense these deep underground resources provide all Americans. Also Knowing Plaintiff is illegally incarcerated and is indigent, instead of paying attention to the facts and circumstances, showing some honor for the United States citizens, and calling a US Senator or Congressman on Public Record Permits regarding a unique deep underground medicinal antioxidant aquifer with endless capacity to the tap shown on statewide permits. Conspiring against America per title 18 USC 241-242, Title 22 USC, HR 5736; conspiring to hide global geological and geotechnical engineering knowledge from Americans and humanity per Title 15 USC.

**Certificate of Service**

I hereby Certify that an E-file copy of the aforementioned was filed on August 29, 2025, at the New York Southern District Clerk of Court.

Joseph Gilberti
Joseph D. Gilberti PE
Plaintiff
# 2024-2237
2020 Main Street
Sarasota FL 34237
813-470-6000
239-980-3149

GilbertiWater@gmail.com
Sarasota911connection@gmail.com
www.GilbertiBlueGold.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH D. GILBERTI PE,<br>Plaintiff,<br>-against-<br>HOLY SEE, THE VATICAN CITY STATE, ET AL.,<br>Defendants. | 24-CV-9107 (LTS)<br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se*. On May 27, 2025, the Court dismissed this action as frivolous. (ECF 21.) The Clerk of Court entered judgment on May 29, 2025. (ECF 22.) On June 3, 2025, Plaintiff filed a 245-page "Objection to Order of Dismissal." (ECF 23.) By order dated June 9, 2025, the Court construed that submission as a motion to alter or amend judgment under Fed. R. Civ. P. 59(e), a motion for reconsideration under Local Civil Rule 6.3, and a motion for relief from a judgment or order under Fed. R. Civ. P. 60(b), and denied the motion. (ECF 25.) On June 13, 2025, Plaintiff filed a notice of appeal to the United States Court of Appeals for the Second Circuit. (ECF 26.) On July 31, 2025, Plaintiff filed a 168-page "Motion to Reopen per Rule 60." (ECF 27.)

The Court liberally construes this new submission as a motion for relief from a judgment or order under Rule 60(b) of the Federal Rules of Civil Procedure. *See Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006); *see also Tracy v. Freshwater*, 623 F.3d 90, 101 (2d Cir. 2010) (noting that the solicitude afforded to *pro se* litigants takes a variety of forms, including liberal construction of papers, "relaxation of the limitations on the amendment of pleadings," leniency in the enforcement of other procedural rules, and "deliberate, continuing

efforts to ensure that a pro se litigant understands what is required of him" (citations omitted)). After reviewing the arguments in Plaintiff's submission, the Court denies the motion.

**DISCUSSION**

Because Plaintiff has filed a notice of appeal, the Court must address whether it has jurisdiction to consider what appear to be pending Rule 60(b) motions. "The filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). Yet, a federal district court retains jurisdiction to deny a Rule 60(b) motion while an appeal is pending. *See United States v. Camacho*, 302 F.3d 25, 37 (2d Cir. 2002); *Toliver v. Cnty. of Sullivan*, 957 F.2d 47, 49 (2d Cir. 1992).

Under Fed. R. Civ. P. 60(b), a party may seek relief from a district court's order or judgment for the following reasons:

> (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or other misconduct of an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason justifying relief.

Fed. R. Civ. P. 60(b). A motion based on reasons (1), (2), or (3) must be filed "no more than one year after the entry of the judgment or order or the date of the proceeding." Fed. R. Civ. P. 60(c)(1).

The Court has considered Plaintiff's arguments, and even under a liberal interpretation of his motion, Plaintiff has failed to demonstrate that any of the grounds listed in the first five clauses of Fed. R. Civ. P. 60(b) apply. Therefore, the motion under any of these clauses is denied.

To the extent that Plaintiff seeks relief under Fed. R. Civ. P. 60(b)(6), the motion is also denied. "[A] Rule 60(b)(6) motion must be based upon some reason other than those stated in clauses (1)-(5)." *United Airlines, Inc. v. Brien*, 588 F.3d 158, 175 (2d Cir. 2009) (quoting *Smith v. Sec'y of HHS*, 776 F.2d 1330, 1333 (6th Cir. 1985)). A Rule 60(b)(6) motion must show both that the motion was filed within a "reasonable time" and that "'extraordinary circumstances' [exist] to warrant relief." *Old Republic Ins. Co. v. Pac. Fin. Servs. of America, Inc.*, 301 F.3d 54, 59 (2d Cir. 2002) (per curiam) (citation omitted).

Plaintiff has failed to demonstrate that extraordinary circumstances exist to warrant relief under Fed. R. Civ. P. 60(b)(6). *See Ackermann v. United States*, 340 U.S. 193, 199-202 (1950).

**CONCLUSION**

Plaintiff's motion for reconsideration (ECF 27) is denied. The Clerk of Court is directed to terminate all motions in this action.

This action is closed. If Plaintiff continues to file documents in this closed action, other than documents directed to the Court of Appeals for the Second Circuit, the Court will direct Plaintiff to show cause why he should not be barred from filing additional documents in this action without receiving permission to file from the court. *See* 28 U.S.C. § 1651.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 14, 2025
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**In the District Court of Appeal of the State of Florida**
**Second District**

**Joseph D. Gilberti,**
Appellant(s),
v.

Case No: **2D2025 1994**

L.T. No. **2024 CA 00155 NC**

**RON DESANTIS**, HOFFMAN, KURT, JUDGE RUHL
JUDGE DONNA MARIE PADAR, WIDEN, TOM
JUDGE STEPHEN WALKER, PRESIDENT JOE BIDEN
VICE PRESIDENT KAMALA HARRIS, TRUMP, DONALD
TAMPA CENTRAL COMMAND, US CONGRESS,
72 PARTNERS LLC, ANDREW W ROSIN PA RECEIVER
C & D CATTLE ENTERPRISES, THE PENTAGON,
SARASOTA COUNTY, SHERIFF KURT HOFFMAN
TWELFTH JUDICIAL CIRCUIT COURT OF FLORIDA,
THIRTEENTH CIRCUIT COURT OF FLORIDA,
SARASOTA COUNTY BOARD OF COUNTY COMMISSIONERS,
SARASOTA COUNTY PUBLIC DEFENDERS OFFICE,
ATTORNEY MARK ADAMS,
SARASOTA STATE ATTORNEYS OFFICE,
SARASOTA PLANNING AND ZONING DEPARTMENT,
SARASOTA COUNTY TAX COLLECTOR,
SARASOTA COUNTY PROPERTY APPRAISER,
SARASOTA COUNTY SHERIFFS OFFICE,
SARASOTA COUNTY CLERK OF THE CIRCUIT COURT AND COUNTY COMPTROLLER,
SARASOTA COUNTY UTILITIES DEPARTMENT,
FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,
FLORIDA DEPARTMENT OF LAW ENFORCEMENT,
ATTORNEY EDWARDO MORRELL,
ATTORNEY BRANDON DANIELS,
ATTORNEY RYAN SNYDER, LPI REAL ESTATE AND PARTNERS LLC,
PALLARDY, LEE, HOWZE, THOMAS,
HARRISON, KENNY, HALL, LAURENCE
CHRISTOPHER SHAW PA, CARLTON, LISA
BONNER, KIMBERLY CARLTON

US CONGRESSMAN VERN BUCHANAN
SARASOTA COUNTY DEPARTMENT OF HEALTH et al
Appellee(s).

## Appellants Motion to Stay Appeal Until Related Cases are Completed

Comes Now, Appellant, Joseph D Gilberti, PE, pursuant to FRAP, hereby files a motion to Stay Appeal until related cases are completed. The following related cases are as follows:

1. The upcoming Appeal for case in Sarasota County, Circuit 12, case *State of Florida v Gilberti* (2021 CF 07559 NC) is finalized by attorneys and finished showing a mistrial and illegal sentencing – Organized Attack by Sarasota County to steal lands.

2. The Lee County, Circuit 20, case *Gilberti v Padar, Marceno et al* (25 CA 004135) showing an Attempted School Shooting by Sheriffs, Cops, and politicians timed with Judge Donna Marie Padar attack (showed in the case in item #1 above) and service to the Pentagon for the case *Gilberti v Pentagon et al* in Eastern District Federal Court of Virginia.

3. Additional request for stay until at least one leader from America exposes this Spring Water to the tap of west Florida per "Closer to the Heart" permit plans and others shown in New York City via "St Anthony's Pipeline" where engineer Gilberti met with Mayor Eric Adams to replace aqueducts with another Primary Water resource at Watchung Mountain "Washington Rock", Somerset, New Jersey only 20 miles away, and saving $100 million a day in water supply to the city for the tax payer. A stay until at least one Florida, New York, US leader or media group exposes Primary Spring Water to Florida and New York and many other states affecting overall national healthcare and a major decrease in water bills. See *Gilberti v Trump et al* in Southern District Court of Florida, *Gilberti v Harris et al* in the District Court of Columbia, *Gilberti v US Congress et al* in the District Court of Maryland, *Gilberti v Obama et al* in The Northern District Court of Illinois, *Gilberti v Clinton et al* in Eastern District Court of Arkansas, and *Gilberti v Bush et al* in New York Southern District Court, *Gilberti v Musk et al* in Southern District Court of Texas, *Gilberti v Pam Bondi et al* in the District Court of Main, and *Gilberti v FBI et al* in the Middle District Court of Florida, all different cases in federal courts across the United States.

## Certificate of Service

I hereby Certify that an E-file copy of the aforementioned was filed on August 28, 2025, at the District Court of Appeals for the Second District of Florida.

Joseph Gilberti
Joseph D Gilberti PE
Appellant

#2024-2237
Sarasota Jail
2020 Main Street
Sarasota FL 34237

In the 12th Judicial Circuit Court of Florida
In and for Sarasota County, Florida

State of Florida
Defendant,
v.

Case **2021 CF 07559 NC**

Joseph D Gilberti
Defendant.
_________________________________/

**Notice of Conflict for Padar to Immediately Recuse - Gilberti v Padar, Sheriff Carmine Marceno, et al - Attempted School Shooting on Gilberti son in Lee County Circuit 20, timed with this case and 72 Partners, Sarasota County and Circuit 12 Land Theft to stop Primary Water to Taps - Ongoing Organized Attack by Sarasota DOJ**

Comes now, Defendant, Joseph D. Gilberti PE, pursuant to FCRP hereby submits in addition to Emergency Motion to Recuse, Notice of Conflict for Padar to Immediately Recuse see *Gilberti v Padar, Sheriff Carmine Marceno, et al* an Attempted School Shooting on Gilberti son in Lee County Circuit 20, timed with this case and 72 Partners, Sarasota County and Circuit 12 Land Theft to stop Primary Water to Taps an Ongoing Organized Attack by Sarasota DOJ. This case has been served to Judge Padar thru Judicial Administration by Certified Mail due to three Process Server attempts in past 3 days PURPOSELY AVOIDED by Judge Padar in her Courtroom, again at Lori Martin office and the Clerk in an effort to keep Defendant illegally kidnapped to attack his family, land and clients lands still pending in Title litigation. Pending Title cases in appeal and new case referenced above are attached herewith. Items and recent issue of breaching impartiality by this Court are in the Mistrial and Trial transcripts, pleadings and related cases as well as recent lies in open court by Judge Padar stated below:

**Exhibit 1**: *Gilberti v Padar, Marceno et al* Circuit 20 served to Padar August 11, 2025

**Exhibit 2**: Pending Civil Claims on Gilberti Lien being Compromised by Illegal incarceration by Padar in Sarasota County in a Fraud Transfer.

**Exhibit 3**: *Gilberti v Padar DeSantis et al* Title Fraud Case with Sarasota County.

1. Judge Donna Marie Padar lied in open court August 1, 2025, at Defendants hearing stating case 2021 CA 1009 NC, *72 Partners v Gilberti v Sarasota County Commission, Cir 12 Judge Padar, et al* was closed when it is open. This open civil case is part of the coordinated attack by Judge Padar and Sarasota Courts to steal Defendants land and hide a critical deep underground US Medicine and Regional Water supply

resource unique to Humanity.

2. Judge Donna Marie Padar performed a mistrial on Defendant and has picked a side in ongoing civil litigation with 72 Partners in a Fraud Transfer who subsequently sold lands illegally to Sarasota County to illegally route 5 $million citizen tax base to 72 Partners and payoff Judges and herself in an 'Organized attack' on Defendant and local communities and their health by holding back a critical Antioxidant Spring Water supply to millions of taps.

3. Judge Padar has breached her Oath of Office and defendant and witnesses fear of an unfair sentencing, to continue to destroy Defendants life, family, project and ongoing cases showing Judge Padar in Conflict of Interest.

4. A new lawsuit in Defendants County he resides has been filed on Judge Donna Marie Padar and Sarasota County Judges, Lee County Schools on an attempted School shooting/Smith Mundt Act timed with these cases warrants and the coordinated organized attack by 72 Partners LLC, Judge Stephen Walker on complex title litigation.

5. Hillsborough County Judge Lyann Goudie in State v Gilberti created CASE LAW, in case 16-CF-10976-A. (https://drive.google.com/file/d/18Ni8ffvpTDwVmBsWgcwlvX97Q1LDZbMZ/view?usp=drive_web). In the public zoom hearing showing 72 Partners, Sarasota Detective Wyche on Stand, CAUGHT STEALING DEFENDANTS LAND where Tampa Judge Goudie emphasized the Sheriff and Criminal Division in Sarasota with Judge Donna Marie Padar, Judge Walker, Judge Krugg and more should NEVER be picking sides in the middle of a Civil case so one litigant cannot prevail. See Sarasota State v Seth Bloom where Sarasota County has again, with Judge Donna Marie Padar attacked a litigant in a Civil case with a criminal charge? This is a new venue in Sarasota County to destroy Defendant and contractors/engineers to be paid for work, involving millions of dollars owed and secret land grabs like this case has done.

6. Judge Donna Marie Padar BLOCKED the Judge Goudie 3-hour hearing during Trial, turned off the microphone for 2 days of trial, blocked opening statement on defendant, made Jury leave the court during all defenses, blocked all engineering and title cases showing Defendant was filing in good faith, to help Sarasota County in Title Fraud.

7. Defendant is innocent and Sarasota County has already kidnapped him for approximately 2 years affecting his ability to defend his civil cases that Judge Donna Marie Padar claimed are closed but are open. She PURPOSELY LIED to deflect Defendants request to be released to his home, family who is suffering, his civil cases that cannot prevail or obtain council in area due to

13 years of attacks and local UNDUE INFLUENCE on law firms in west Florida. Over 70 lawyers called in region over 5 years, and all said they would be attacked due to corruption and Sarasota County wanting to steal the resource for foreign corporations like Nestle and Israel Chemical LTD/Mosaic Fertilizer working with Pam Bondi and QATAR next door thru liaisons like Bassard Law and Susie Wiles, Greenberg Traurig, Gray Robinson, Foley Lardner, Henderson Franklin, etc.

8. See attached case 2021 CA 1009 NC, still open which Judge Donna Marie Padar emphasized was closed at the August 1, 2025, presentencing hearing where State Attorney Tom Widen and Ed Brodsky are asking for 15 years to DOC for a paper lien still in litigation! This is not only an attack on defendant lands, civil cases, civil rights but on all Humanity! This court is stopping and suppressing Global Primary Spring Water knowledge with hundreds of US/Florida Politicians, Judges, Cops and Media since Defendant, a Professional Licensed Civil Engineer discovered the resource 2000' below Cecil Daughtrey Ranch at 9438 Daughtrey Rd, Sarasota FL 34266

9. See GilbertiBlueGold.com and Gilberti KT Hypothesis for medicine readings and geological investigation showing tilted platform from the KT Event (Yucatan Meteor impact) yielding an endless antioxidant spring water source from deep below. This source replaces the most polluted river, Peace River in Florida being used in Sarasota, Charlotte, Desoto and Manatee County at the Peace River Manasota Regional Water authority to create nasty treated water, high water bills, cancer/disease rates, viruses, birth defects and deaths in the region. Demonstrating a Coordinated attack to Defraud the Public of Primary Spring Water and Health living, economic sustainability with this case and kidnapping of Defendant who has provided civil engineering infrastructure plans/permitting documents to bring the Higher Level of Service with a 300-mile Transmission from Tampa to Miami since 2012.

10. See Gilberti v Secret Service and Gilberti v Ashley Moody et al, Judge Padar is part of where Defendants father Joe Gilberti Sr., a long time FDOT Civil Engineer in Miami shows up DEAD with disks of secret well and access days after the Boston Marathon Smith Mundt Act timed with Defendant FDEP Jog email and a coordinated attack by Judges, Lawyers, State Attorneys, Politicians in Tampa and Sarasota helping illegally subdue Defendant with Greenberg Traurig lawyers FIRED on Daughtrey case which is still in a fraud transfer with this courts COVER UPS and Lies to attack Defendant and Communities.

11. This case should have been dropped when Judge Goudie dismissed the issues in Tampa showing Sarasota Detective Wyche, 72 Partners and their lawyers LYING and stealing Defendant's land with Judges in Sarasota and Sarasota

County. She stated "... It's ridiculous that a Sheriff or Criminal Court would jump into the middle of Complex Civil Title cases on Defendant, or anyone!....the Civil cases would overwhelm the criminal courts and Jails causing an illegal epidemic for lawyers to fraud the public.", Judge Padar purposely BLOCKED this CASE LAW and decision, Zoom Video from Defendant Trial and Jury to help 72 Partners and Sarasota County hide the Global Medicine resource and knowledge to find more.

12. Defendant fears for his life, family and rights with Judge Padar purposely attacking him since 2021 just after the Fraud Transfer.

13. Judge Padar coordinated an attempt on his kid's life with an attempted Smith Mundt Act with Lee County Sheriff Carmine Marceno, Lexington Middle School and leaders across Florida and USA, including Desantis, Byron Donalds, Rick Scott, Ashley Moody, Rubio, Trump, Biden, Obama and Bush. See Gilberti v Bush MANDAMUS open in New York and Gilberti v Padar in Lee County filed and has been **served to Judge Padar on August 11, 2025**.

14. Service to Judge Padar has been processed with proof attached in exhibit 1 for new case Gilberti v Judge Donna Marie Padar, Sheriff Carmine Marceno et al, (Lee County Circuit 20 case number: 362025CA004135A001CH). Multiple Affidavits with witnesses regarding organized attack and attempted school shooting has been filed in this case and the Lee County case Gilberti v Padar, Carmine Marceno et al. This filing is NOTICE OF CASE being summons and CONFLICTS with Judge Padar, Krugg, Carroll, Moreland, Moss and Walker and defendants listed regarding an attempted school shooting on Gilberti's children timed with this arrest and kidnapping to compromise case 2021 CA 1009 NC, *72 Partners v Gilberti v Sarasota County*, and case 2019 CA 04532 NC, *Gilberti v 72 Partners LLC* Quiet Title, both cases are still pending and open in appeal with briefs filed which Judge Padar stated were all closed in open court purging herself August 1, 2025, in front of defendant's attorney Daniel Hernandez and multiple police officers.

## Certificate of Service

I hereby Certify that an E-file copy of aforementioned was attached and filed on August 11, 2025, at the Sarasota Clerk of Court.

Joseph Gilberti
Joseph D Gilberti PE
Defendant/Victim
GilbertiWater@gmail.com
813-470-6000
385 Donora Blvd

TMB 32931
GilbertBlueGold.com

**Exhibit 1**

*Gilberti v Padar, Marceno et al* Circuit 20 Lee County served to Padar August 11, 2025.

Filing # 228797858 E-Filed 08/05/2025 07:41:45 PM

IN THE CIRCUIT/COUNTY COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA

CIVIL ACTON

CLEAR

Joseph D. Gilberti, PE
Plaintiff(s)
vs.

Case No: 25-ca-004135

Judge Donna Marie Padar, Sheriff Carmine Marceno
Defendant(s)

**SUMMONS**

THE STATE OF FLORIDA
To each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant: Judge Donna Marie Padar
2002 Ringling Blvd., Sarasota, FL 34237

Each defendant is required to serve written defenses to the complaint or petition on Complaint, plaintiff's attorney, whose address is: 2020 Main Street, Sarasota Jail, Sarasota FL, 34237, within 20 days* after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

Dated on: 8-7-25

Kevin C. Karnes, Clerk of the Court

By: [signature]
As Deputy Clerk

*Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

Fla.R.Civ.P. Form 1.902(a) Rev. 6/19


HAZARDOUS MATERIALS & DANGEROUS GOODS
DOES YOUR PACKAGE CONTAIN ANY OF THE FOLLOWING?
UNITED STATES POSTAL SERVICE
PRIORITY MAIL EXPRESS
$35.80
PEEL FROM THIS CORNER

Tracking Number:

## ER252138305US

Copy Add to Informed Delivery

Scheduled Delivery by

**MONDAY**

**11** August 2025 by **6:00pm**

Your item was delivered to the front desk, reception area, or mail room at 10:20 am on August 11, 2025 in SARASOTA, FL 34237. The item was signed for by M FETHERSTONE.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**
SARASOTA, FL 34237
August 11, 2025, 10:20 am

**Redelivery Scheduled for Next Business Day**
SARASOTA, FL 34237
August 9, 2025, [illegible] am

**Arrived at USPS Regional Facility**
SARASOTA FL DISTRIBUTION CENTER
August 9, 2025, 10:29 am

**Arrived at USPS Regional Facility**
FORT MYERS FL DISTRIBUTION CENTER
August 8, 2025, 7:00 pm

**Departed Post Office**
FORT MYERS BEACH, FL 33931
August 8, 2025, 4:19 pm

**USPS in possession of item**
FORT MYERS BEACH, FL 33931
August 8, 2025, 2:15 pm

Hide Tracking History

**In and for 20th Judicial Circuit of Florida, Lee County FL**

**Joseph D Gilberti PE**, a licensed Professional Engineer in the State of Florida,

Case: _______________

Petitioner(s),

**DEMAND FOR JURY TRIAL**

v.

**Judge Donna Marie Padar**, Judge Stephen Walker, Judge Thomas Krug,
Sheriff Carmine Marceno, Lexington Middle School, Chief Judge Diana Moreland,
Governor Ron DeSantis, Senator Rick Scott, Senator Ashley Moody,
Joe Biden, Ryan Snyder, Esq., US Congressman Byron Donalds,
72 Partners LLC, Chris Shaw, Catisha Smith, Lee Pallardy, Judge Dana Moss,
Thomas Howze, Kenneth Harrison, Laurence Hall, Sheriff Kurt Hoffman
Sarasota County Board of County Commissioners, James Strickland,
Second District Court of Appeals of Florida, School District of Lee County,
The Pentagon

Defendant(s).

______________________________

**COMPLAINT**

***Fraudulent Land Sale Transfer, Conspiracy to take Rights per Title 18 USC 241-242 and Permanent and Injunctive Relief, Punitive Damages, and Racketeering***

Plaintiff, Joseph D. Gilberti, P.E. for its complaint alleges:

1. The Plaintiff brings this action against Defendants Governor Ron DeSantis, Attorney Ryan Snyder, 72 Partners, LLC, Thomas Howze, Lee Pallardy, Kenneth Harrison, Laurence Hall, Sarasota County Commission, and James Strickland (Collectively, the "Defendants") under section 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b) to obtain preliminary and permanent injunctive relief, recission or reformation of contracts, restitution, disgorgement of ill-gotten gains, and other equitable relief against Defendants for engaging in deceptive acts or practices in connection with the advertising, marketing, offering for sale, and sale of mortgage foreclosure rescue services in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

2. The Plaintiff brings this action against Defendants (the "Fraudulent Transfer Defendant") under the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3001 *et seq.*, to avoid the fraudulent transfer of real property from Defendant Ryan Snyder to the Fraudulent Transfer Defendants 72 Partners and their assigns of deeds. The avoidance of this transfer is necessary in the interests of justice to secure funds for redress or disgorgement.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §§45(a) and 53(b), and 28 U.S.C. §§ 1331, 1337(a), 1345, and §§ 3001 *et seq.*

4. Venue in the 20th Judicial Circuit of Florida in Lee County Florida is proper under 15 U.S.C. § 53(b) and 28 U.S.C. § 1391(b) and (c).

## PLAINTIFF

5. Plaintiff is a secured Creditor on the land who owns Sec 1 & 2 in Sarasota pursuant to the deeds obtained in 2013. And all mineral rights on the entire 2340acres advertised by the Defendants in late August 2020 in the Observer Newspaper shown in the Sworn Affidavit to Prosecute filed by Plaintiff and others.

## DEFENDANTS

6. **Defendant Ryan Snyder was the attorney of record** during the fraudulent transfer by **switching the legal description out from 2300 acres to** 95acres the Day of the sale on October **5, 2020, in Sarasota** County Florida.

7. Defendant **72 Partners, LLC,** (Defendants) are the conveyors of fraud with Ryan Snyder including Kenny Harrison, Lee Pallardy, Thomas Howze and Laurence Hall all of which does business in the State of Florida.

8. Defendant Lee **Pallardy** (Defendants) is a Florida resident and often manager of 72 Partner with its principal place of business in Tampa Florida via Pallardy Appraisal Services who performed a fraudulent transfer and is a resident of Manatee Florida who formulated, directed, controlled, or participated in the acts and practices of, including the acts and practices set forth in this Complaint.

9. Defendant **Thomas Howze** (Defendants) an individual and managing member at times for 72 Palmers who performed a fraudulent transfer and is a resident of Manatee Florida who formulated, directed, controlled, or participated in the acts and practices of, including the acts and practices set forth in this Complaint.
California.

10. Defendant **Sarasota County Board of County Commissioners,** (Defendants) and County Commission who facilitated the fraudulent transaction with Circuit 13 and 2ndDCA Judges including the acts and practices set forth in this Complaint. This commission transacts or has transacted business in the Middle District of Florida.

11. Defendant **Kenny Harrison** (Defendants) an individual, is the local neighbor acting alone or in concert with others, has formulated, directed, controlled, or participated in the **acts** and practices of 72 Partners and Sarasota Commissioners, Judges in Circuit 12 and Middle District, including the acts and practices set forth in this Complaint. Harrison transacts or has transacted business in the Middle District of Florida.

12. Defendants **James Strickland,** is a local rancher in west Florida using 50c13 grants with FDEP and Desantis to fraud a sale and get a land grab using tax dollars from both FDEP and State/Federal resources to hide clean water resources with Biden and Congress as shown in Gilberti vs Pentagon et al, and other cases that avoided all discovery while attacking civil rights.

13. Defendants, **The Florida Second District Court of Appeals** affirmed without any opinions of the fraudulent transfer and have timed their opinions collectively with the Fraud to hide the water resource and take civil and property rights from Plaintiff. They assisted and aided Ryan Snyder and Ron Desantis with Defendants to coherse tax base with a fraudulent transfer by ignoring all pleadings and blocking the Florida Supreme Court petitions with fraudulent affirmance.

14. Defendants, **Judge Padar, Sarasota Circuit 12 Judge,** who lost defendants in Jails for 4months while the illegal closings by other listed defendant based on a the Oct 5, 2020 fraud sale has conspired with Judges Walker, Ruhl, Williams, Wolfe, Goudie, Conrad, Dominquez, Scherer in courts across Florida to hide the PRIMARY WATER ACCESS KNOWLEDGE FROM AMERICANS AND HUMANITY for 2 full years tied to Gilberti v Pentagon service.

15. Defendant, **Chris Shaw** fabricated AR-15 emails and worked with Judge Padar, and Defendants to attempt a VOP while processing a Fraud Transfer with a coup of Judges, lawyers and Sheriffs all under investigation for Title 18 US Code 241-242 to hide PRIMARY WATER TO TAP playing a COVID19 game with speedy Trials timed with Desantis and Florida Senate laws imposed with a Fake Pandemic done with HR 5736 as an ACT of WAR against USA and Humanity.

**FRAUDULENT TRANSFER DEFENDANTS**

16. Fraudulent Transfer Defendants Judge Padar, Judge Walker, Judges in Circuit 12, 13, 17 and 20 tied to **Ryan Snyder is attorneys** of Defendant 72 Partners llc, Lee Pallardy, Thomas Howze, Kenny Harrison and Laurence Hall. He is the attorney of record during the fraudulent sale, in Sarasota County Florida on October 5, 2020. Fraudulent Transfer Defendants 72 Partners and Defendants listed received real property located in the southeast Myakka area of Sarasota Florida regarding the Daughtrey Ranch, see **Sarasota case 2011 CA 04209 NC,** where no trial was given with a barrage of Terrorism acts to attack Plaintiff timed with a unique underground River find for Water Supply at the Peace River Manasota Water Supply. ALL or MOST DEFENDANTS helped coherse the transfer due to the control over the state with Water Supply and past illegal spending after Hurricane Charlie for RV Griffin Reservoir at Peace River Manasota Water Supply.

**COMMERCE**

17. The acts and practices of Defendants, as alleged in this Complaint, are in or affecting commerce, as "commerce" is defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

**DEFENDANTS' UNLAWFUL BUSINESS PRACTICES**

18. Defendants have advertised, marketed, offered for sale, and sold Property to hide a secret underground water resource with local Peace River Manasota Water Supply boards owned by Sarasota, Charlotte, Manatee and Desoto County commissioners who work with FDEP and others to pump treated water vs alkaline spring water.

19. Defendants have advertised and marketed land and switched out the legal description with lawyers and clerks on the day of the sale to steal over $30million in land and 2300acres as shown in the Attachment for 'Sworn Affidavit to Prosecute.

**DEFENDANTS FRAUDULENT TRANSFER**

20. On or about August 31 2020, Defendants Ryan Snyder and members of 72 Partners and their assigns advertised 2300acres for sale. On the day of the sale the 2300acre legal was replaced with a 95acre parcel and land not included in the advertisement but actually Daughtrey Homestead, so the bids would be avoided by Plaintiff and public for bidding of the actual property. **See Exhibit A.**

21. This transfer was made:

a. with an actual intent to hinder, delay, or defraud a creditor; or
b. with intent to fraud the sale by switching out the legal
c. Sarasota county then purchased a tax base easement with FDEP for over $3.5million in Tax dollars.
d. See attached Sworn Affidavit to Prosecute with details and exhibits.

**VIOLATIONS OF SECTION 5 OF THE FTC ACT**

22. Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits unfair or deceptive acts and practices in or affecting commerce.

23. Misrepresentations or omissions of material fact constitute deceptive acts or practices pursuant to Section 5(a) of the FTC Act.

Count 1

24. In numerous instances, Defendants have represented to consumers, expressly or by implication, that land was for auction for 2300 acres and switch out the legal so nobody else could bid except their fluffers which Circuit 12 Judges and local developers assisted in the Racketeering and fraud to hide the Water Supply resource with local agencies and Sarasota Commission who is trying to sell it to Mosaic Phosphate, Nestle, Coke, Pepsi and other water types, such as but not limited to Veolia, Suez and General Electric, which are false and misleading and constitute deceptive acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

**VIOLATIONS OF THE FEDERAL DEBT COLLECTION PROCEDURE ACT**

Count 2

23. Defendant Ryan Snyder transferred real property to Fraudulent Transfer Defendant 72 Partners, LLC and their members.

24. This transfer was made:

a. with actual intent to hinder, delay, or defraud a creditor, in violation of Section § 3304(b)(1)(A) of the Federal Debt Collection Procedure Act ("FDCPA"); or

b. without receiving a reasonably equivalent value in exchange for this transfer and (i) Sarasota County Commission with Judge Walker and 2ndDCA of Florida engaged in unlawful acts of Treason.

**PLAINTIFF INJURY**

25. Plaintiff has suffered and continue to suffer substantial monetary loss as a result of Defendants' unlawful acts or practices. In addition, Defendants have been unjustly enriched as a result of the unlawful practices set forth in this Complaint. Absent injunctive relief from this Court, Defendants are likely to continue to injure consumers and harm the public interest.

**THIS COURT'S POWER TO GRANT RELIEF**

26. Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), empowers this Court to grant injunctive and such other relief as the Court may deem appropriate to halt and redress violations of the FTC Act. The Court, in the exercise of its equitable jurisdiction, may award other ancillary relief, including, but not limited to, rescission of contracts and restitution, and the disgorgement of ill-gotten gains, to prevent and remedy injury caused by Defendants' law violations.

27. The FDCPA authorizes this Court to set aside fraudulent transfers, grant remedies against the assets transferred or other property of the transferee, or grant any other relief the circumstances may require. 28 U.S.C. § 3306(a).

28. Plaintiff aver that Defendant(s) attorney Ryan Snyder and Sarasota county attorneys were negligent and/or committed malpractice, breached his fiduciary duties to public and Plaintiff, in the following regard:

a. Fraud and Racketeering to coordinate an illegal land grab by replacing online land description links with Sarasota County foreclosure auctions sales, then aided 72 Partners to hide the underground US Water Supply and Medicine Resource from the Public, with an FDEP and local activist Environmental easement game, which demonstrates the defendants, a group of lawyers, who conspire with two or more persons

to attack Plaintiff pursuant to Title 18 U.S. Code Section 242.

b. Working with State of Florida State attorney's office as an advocate for 72 Partners, LLC.

c. By holding himself out as an attorney for Plaintiff but not representing the best interest of the Plaintiff.

d. By failing to provide Plaintiff with the minimum standards of care.

e. Ryan Snyder and Edwardo Morrell conspired with 72 Partners, LLC, their councils, State and Federal Courts/Clerks, Sarasota Clerk of Court, Property appraiser's office, Public Defender Mark Adams, Sarasota County Commissioners and Peace River Manasota Water Supply Commissioners, local Sarasota engineering and planning staff, police and officials to steal Plaintiff's land, his clients land, rights and falsified documents, with fraud on the tax payers, land doc stamps and more.

***Title 18 U.S. Code Section 241***

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or*

*If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

*(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(a), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(a), title XXXII, §§ 320103(a), 320201(a), title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)*

***Title 18 U.S. Code Section 242***

*Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff pursuant to Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), the FDCPA, 28 U.S.C. §§ 3001 - 3308, and the Court's own equitable powers, requests that the Court:

1. **Impose Title 18 US Code Sec 241 and 242** after all discovery is produced and Award Plaintiff such preliminary injunctive and ancillary relief as may be necessary to avert the likelihood of consumer injury during the pendency of this action, and to preserve the possibility of effective final relief;

2. Permanently enjoin Defendants from violating the FTC Act as alleged herein;

3. Award such relief as the Court finds necessary to redress injury to plaintiff and consumers who lost monies on lower water bills if this fraud was avoided with a invalid mortgage and a gang of bad courts hiding US Resources.

4. Award such relief against Fraudulent Transfer Defendants by returning all tax base easement funds used after the fraudulent transfer, sieze all assets of the defendants and return the property plaintiff and original owner Daughtrey who was railroaded for 10yrs by Defendants and Judges under investigation.

5. Detain lawyers and Judges with FBI and US Military and remove them from a Professional licensed status by reporting them with discovery information to the US Military for a Military tribunal for US Treason on Primary Water access using a fraudulent transfer and taking the Engineer of Records Civil Rights and trying to kill his kid and teachers at Lexington Middle School, see Gilberti vs Carmine Marceno, et al, timed with stopping the Gilberti vs Pentagon, et al, service on 4-1-21 with Judge Goudie, Padar, Krugg and Sheriff Hoffman, his

Lawyers, Carmine Marceno using a Shooting drill attempt with a COVID19 quarantine game explained in discovery on this case and related cases.

As a direct and proximate result, the defendant's negligence and/or malpractice and fraudulent inducements, acts, and racketeering, Plaintiff sustained actual damages in the amount exceeding **$250,000,000.00 US dollars.**

Dated this 1st day of August 2025.

/s/ Jo Gilbert

Joseph D. Gilbert PE
Plaintiff
# 2024-2237
2020 Main Street
Sarasota FL, 34237
813-470-6000
239-980-3149
GilbertWater@gmail.com
www.GilbertBlueGold.com

2:18

# H. R. 5736

IN THE HOUSE OF REPRESENTATIVES

## A BILL

To amend the United States Information and Educational Exchange Act of 1948 to authorize the domestic dissemination of information and material about the United States intended primarily for foreign audiences, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

**SECTION 1. SHORT TITLE.**

This Act may be cited as the "Smith-Mundt Modernization Act of 2012".

2

**SEC. 2. DISSEMINATION ABROAD OF INFORMATION ABOUT THE UNITED STATES.**

(a) UNITED STATES INFORMATION AND EDUCATIONAL EXCHANGE ACT OF 1948.—Section 501 of the United States Information and Educational Exchange Act

govinfo.gov

# Exhibit A

ATTEMPTED SCHOOL SHOOTING ON JOE GILBERTI PE'S KIDS BY CARMINE MARCENO, DONALD TRUMP, RON DESANTIS, AND BYRON DONALDS.

**IN THE CIRCUIT COURT OF THE 20th JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA**

**Civ. No.**

**JOSEPH D. GILBERTI, JR., P.E.**, an
Individual and Licensed Professional Engineer,

THE ENGINEER,

v.

**COMPLAINT**
**DEMAND FOR JURY TRIAL**

**Sheriff Carmine Marceno**, THE PENTAGON,
FBI, Lee County Commission, Lee County Utility Department
City of Cape Coral Utility Department, City of Fort
Myers Utility Department, Lee County Department of Health,
Center of Disease Control and Prevention (CDC), Governor
Ron Desantis, Lee County School Board, Lexington Middle School,
Lee Health Systems, CSX Transportation Inc.,
Seminole Gulf Railway, Wink News Lee County,
Channel 10 News Lee County, Lee County Rotary Club,
South Florida Water Management District

Defendants.

---

**CIVIL RIGHTS VIOLATIONS, TORTS, FRAUD ON THE COURTS, RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT ("RICO")**

**COMES NOW**, THE ENGINEER JOSEPH D. GILBERTI, JR., P.E., hereinafter "THE ENGINEER," is an Individual, filing for a complaint against DEFENDANTS or "Enterprise", allege as follows:

The Defendants with a massive Racketeering Group have conspired to attack THE ENGINEERS Civil and Property rights with timed Terrorism acts, using FBI, Media, School Principles and staff where his kids attend class, Lee and Cape Coral News Leaders and **Utility Departments and Sheriffs/Cops attacking THE ENGINEERS home, Family, Kids at School and Project with GUSTAPO STYLE POLICE and Dogs who are all part of the timed terrorism acts to subdue THE ENGINEER** with the Pentagon and Media to hide a secret underground RIVER available to the Tap for 50yrs and exposed to the PENTAGON over a year

ago.

Lee County School Board with Cypress Lake High principle hid **Ryan Ferrell Brain Cancer death with WINK NEWS and all NEWS CHANNELS in West Florida and called it a Concussion to change all football practices** when the whole school with Lee County School Board, Cops, and Media know of this source to the tap for years. The lie on media about BRAIN CANCER and blame it on football hits and LIES rotating football coaches from Fort Myers and now to Catholic Schools via Bishop High School and more for raises after hiding and attacking AMERICANS!

This is a 42 U.S. Code § 1983 federal civil rights case under the First and Fourth Amendments of the United States Constitution as applied to the States under the United States Constitution's Fourteenth Amendment for the Defendants' individual and collective personal, malicious, and unlawful violations under color of state law of Plaintiffs' individual and collective constitutional rights to free speech and protection against unreasonable search of Plaintiff's bodies as well as state tort claims for civil conspiracy. See *Gilbert vs CDC, et al.* headed to US Supreme Court for Racketeering by Florida Department of Justice, State and US Judges, Florida Department of Law Enforcement, Florida Dept of Education & US Leaders being paid by large foreign corporations such as but not limited to Israel Chemical LTD/Mosaic Phosphate of Florida hiding Global Water & Medicine Resources with EPA and Federal Reserve Board/Central Banks. This Resource has reading never seen on Earth that affects Medicine and National Defense.



See Online Videos if Youtube AND Vimeo doesn't decide to erase them to hide the Resource again in TREASON as that's another lawsuit *Gilberti vs Google, et al* in California on Ellon Musk, Twitter, NASA and Newsom, Pelosi, CDC.

https://youtu.be/GrwJRG21PzE Utility directors admitting to secret underground river in Sarasota hidden by Pentagon and all US Leaders/Media to attack America.

See attached Exhibits of FDEP correspondence timed with Parkland shooting.

https://youtu.be/ciHpCK2U-dw Proof files dropped off to Trump, Mar a largo and Royal

Gilberti vs Federal Reserve et al - Trump, Obama, KETANJI BROWN JACKSON killed case without any service day the summons hit DC in 2019 that exposed the Mask on $20 prior to FAKE Pandemic that Congress is shown hiding Secret endless Spring Water tied to Israel Terrorist in Florida on Vimeo

https://vimeo.com/340325446

Proof of timed Boston Bomb to Police in Lee County timed with FDEP Jog email hours before retroactive with find of resource and Parkland Shooting timed with Gilberti FDEP funding application to Marjorie Stonemen Douglas SRF Funding 17 days prior

https://vimeo.com/349341582 Cory Gilberti setup by Broward SA and Judges with AR-15 shooting month after Pulse Bar FAKE SHOOTING. Pulse Bar day Sarasota Sheriff shows up on

land with 8 Camme units in Sarasota and Chris Shaw fabricates email in Tampa with Pam Bondi. See all Tampa cases with Gilberti and intervention on Cruz and Parkland case hidden by Media.

https://vimeo.com/348349062 Proof of SRF funding application on January 28 2019- 17 days prior to fake shooting. With $1mil each offered to wounded kids on March 20, 2018 at Broward School Board in front of Superintendent and masses of consultants who were hired by School Board.

Gilberti vs Pentagon, et al - Desoto County Commission Florida - Israel Mosaic Mining Workshop https://vimeo.com/370448360

## JURISDICTION AND VENUE

THE ENGINEER brings this action pursuant 42 U.S.C. § 1983 for violations of civil rights under the First, Fourth, and Fourteenth Amendments to the United States Constitution.

1. This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343(a)(3) (civil rights). 28 U.S.C. § 1367 provides supplemental jurisdiction over the state law tort claims that arose from the same common nuclei of facts.

2. Jurisdiction of this Court is invoked pursuant to (i) Article III of the United States Constitution, (ii) the provisions of 28 U.S.C. §1331, §1343(a)(3) and (4), §2201 and §2202 and 42 U.S.C. §1983, and (iii) the provisions of 28 U.S.C. §1367.

3. Venue is proper pursuant to 28 U.S.C. § 1391.

4. At all material times, Defendants committed these unlawful violations under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of THE ENGINEER, human safety, and property rights.

5. These constitutional law violations are "capable of repetition, yet evading review." ***Roe v. Wade***, 410 U.S. 113, 125 (1973) (citing ***Southern Pacific Terminal Co. v. ICC***, 219 U. S. 498, 515 (1911); ***Moore v. Ogilvie***, 394 U. S. 814, 816 (1969); ***Carroll v. Princess Anne***, 393 U. S. 175, 178-179 (1968); ***United States v. W. T. Grant Co.***, 345 U. S. 629, 632-633

(1953)).

6 THE ENGINEER was kidnapped timed with the FDEP SRF Marjorie Stoneman Douglas funding application just 17 days prior to the Marjory Stoneman Douglas Shooting in Broward where 17 were shot and 17 wounded in game tied to Smith-Mundt act where Hollywood in Los Angeles sells stories to Government to sells Manufactured news for their Propaganda agenda to attack other nations and now America since its Congressional approval under Obama in 2012 via the H.R. 5736 The Smith-Mundt Modernization Act of 2012, initiated days after our World Resource find by Tampa Central command and this Florida Enterprise of Terrorist civil servants and Developers tied to huge Corporations like Walt Disney owners, Seminole Tribe Casinos, Federal Reserve Bank and corrupt Judges in land grabs and cohersion on tax base grants for their Enterprise which includes a front called 72 Partners LLC and BFSL Holdings LLC. See **related Federal and State case hiding all discovery** with multiple filings at the time of the shooting.


CLOSER TO THE HEART
"A Sustainable Water Supply for South Florida"
CSX
UF
GILBERTI BLUE GOLD

**ETR** Environmental Testing & Research Laboratories

Report #: 11712158
Date : 11/7/2012
P.O.Number: 102 Ck

Same as Client

Matrix: Well Water
Client: Cecil Daughtrey Jr.
Sample Location: 9438 Daughtrey Rd
Sebell FL 34266
Phone (813) 470-6000
This sample taken by Joe Gilbert, P.E. at 3:00:00 PM on 10/24/2012 . Point of collection: Well #2

## Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| **General Bacteria** | | | |
| Total Coliform | Absent | Animal or Vegetational Bacteria | 0 |
| Fecal/E. Coli | Absent | Animal Bacteria | 0 |
| **MicroAnalysis** | | | |
| MicroAnalysis | See Attached | | |
| **General Chemistry** | | | |
| Sodium | 74.60 mg/L | 20.0 mg/L is Mass. DEP Guideline | 250.0 mg/L |
| Potassium | 4.11 mg/L | A Component of Salt | No Limit |
| Copper | Not Detected | Indicates Plumbing Corrosion | 1.30 mg/L |
| Iron | 0.64 mg/L | Brown Stains, Bitter Taste | 0.30 mg/L |
| Manganese | Not Detected | May Cause Laundry Staining | 0.05 mg/L |
| Magnesium | 71.00 mg/L | A Component of Hardness | No Limit |
| Calcium | 116.20 mg/L | A Component of Hardness | No Limit |
| Arsenic | Not Detected | A Toxic Metal | 0.010 mg/L |
| Lead | Not Detected | A Toxic Metal | 0.015 mg/L |
| Zinc | Not Detected | A Toxic Metal | 5.0 mg/L |
| pH | 7.41 SU | Acid/Basic Determination | 6.5 - 8.5 SU |
| Turbidity | 0.45 N.T.U. | Presence of Particles | No Limit |
| Color | Not Detected | Clarity (0), Discoloration (15) | 15.0 C.U. |
| Odor | Not Detected | Odor due to Contamination | 3.0 T.O.N. |
| Conductivity | 1771.6 umhos | Electrical Resistance (conductivity) | No Limit |
| T.D.S. | 1,062.6 mg/L | Total Dissolved Minerals Present | 500.0 mg/L |
| Sediment | Absent | Undissolved Solids | Present |
| Alkalinity | 176.6 mg/L | Ability to Neutralize acid | No Limit |
| Chlorine | Not Detected | A Disinfectant | 4.0 mg/L |
| Chloride | 206.13 mg/L | A component of salt | 250.0 mg/L |
| Hardness | 581.2 mg/L | 0 - 75 is considered soft | No Limit |
| Nitrate as Nitrogen | 0.29 mg/L | Indicator of Biological Waste | 10.0 mg/L |
| Nitrite as Nitrogen | Not Detected | Indicator of Waste | 1.0 mg/L |
| Ammonia as Nitrogen | 0.407 mg/L | Indicator of Waste | No Limit |
| Sulfate | 513.40 mg/L | A Mineral, Can Cause Odor | 250.0 mg/L |
| **Radiochemistry** | | | |
| Radon in Water | Not Detected | Massachusetts D.E.P. Guideline | 10,000 pCi/L |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave. Leominster MA 01453-4504 (978) 840-2541 (888) 344-0977 Page 1 of 3
info@etrlabs.com www.etrlabs.com



Defendants committed these unlawful violations of Plaintiff's constitutional and state rights under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiff's human, safety, and property rights.

A Judiciary without honesty has little chance of executing its moral and constitutional duties, no matter how many rules of ethics exist. This is especially true in America, where the judiciary is afforded wide discretion. Every decision left up to the discretion of a judge—is a potential opportunity for corruption. Today, oil, gas, minerals, drinking water and natural resources and their entitlements are often decided by judges making decisions without the ability to understand the long term engineering and infrastructure affects of hiding massive drinking water resources of the health quality. The Judges are often influenced by local Corporations

Law-firms and bribes if the stakes are so economically high in the region, no salary could compare to the monetary corrupt bribes or offers.




**Figure 1** – Israel Chemical LTD/Mosaic destroy massive surface rivers used for Raw Drinking Water Resources, Economy, Fish & Wildlife at West Florida Rivers with Phosphate mining with Defendants and Agencies in Racketeering Enterprise to fill Cancer Centers with Treated Water vs Gilberti Endless Alkaline spring water.

The case involves the Defendants in a massive Enterprise which consist of Judicial courts, Judges, State attorneys, public defenders, Police officers, Utility directors, water and health agencies, hard money loan sharks, local law-firms and developers who have teamed up against THE ENGINEER to steal a hidden underground resource which more valuable that Gold in an effort to hide it and its knowledge to find more like it from THE AMERICAN PEOPLE and keep cancer and diseases rising in the region from Water supply being treated from polluted rivers and corporate dumping at the Taps.

By this suit, Plaintiff seeks federal district court review of the federal and Florida constitutionality of Defendants' actions for both on their face and as applied, which:

(i) Deny an impartial tribunal;

(ii) Violate United States Code, Title 4§§101 and 102;

(iii) Violate Florida Statute §876.05(1)

(IV) **CRIMES OF GENOCIDE/EUGENICS**
***General Assembly resolution 260 A(III) of 9 December 1948 Entry into force: 12 January 1951, in accordance with article XIII***

Having considered the declaration made by the General Assembly of the United Nations in its resolution 96 (I) dated 11 December 1946 that genocide is a crime under international law, contrary to the spirit and aims of the United Nations and condemned by the civilized world. Recognizing that at all periods of history genocide has inflicted great losses on humanity, and being convinced that, in order to liberate mankind from such an odious scourge, international co-operation is required. Hereby agree as hereinafter provided.

**Article I**

The Contracting Parties confirm that genocide, whether committed in time of peace or in time of war, is a crime under international law which they undertake to prevent and to punish.

**Article II**

In the present Convention, genocide means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:

(a) Killing members of the group;

(b) Causing serious bodily or mental harm to members of the group;

(c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;

(d) Imposing measures intended to prevent births within the group;

(e) Forcibly transferring children of the group to another group.

**Article III**

The following acts shall be punishable:

(a) Genocide;

(b) Conspiracy to commit genocide;

(c) Direct and public incitement to commit genocide;

(d) Attempt to commit genocide;

(e) Complicity in genocide.

THE ENGINEER brings this action against DEFENDANTS for a **Violation of RICO, 18 U.S.C. § 1961-1968, *et seq* (a), (b), (c) and (d).** THE ENGINEER seeks damages from DEFENDANTS who are working in a massive Enterprise tied to water supply eugenics across Florida, USA and the World with the World Health Organization in MOU agreements with the

Environmental Protection Agency, FDEP in Tallahassee at the Florida Marjorie Stoneman Douglas State Revolving Fund, 2001-2010 Florida Forever Trust Funds, ESLAPP in Sarasota Florida, Global Cooperative Agreements of combined Environmental and Global Healthcare sustainability crimes by essentially hiding and/or stealing secret underground critical National Defense Resources of 'Blue Gold' ...... or ready to drink Alkaline Spring Water from Earth not Manmade.

The Defendants with other Racketeering Enterprises are manipulating the Department of Education and Courtroom Judges, Police, Fire and University personal and systems to subdue Appellant timed with civil cases, permitting, investment proposals to hide critical a unique drinking water and resource 2000ft below the plaintiff's Sarasota land, verified by third party consultants.

This unique resource was hidden 50yrs by NASA and EPA, to stall new energy production resources and new science to depopulate Humanity, increase costs, pollutions, and attack THE ENGINEER from exposing the knowledge and resource to THE PEOPLE of the United States of American and Florida; preventing his ability to Due process in courtrooms, taking his 1st, 2nd, 4th, 5th, 6th, 8th and 14th Constitutional Amendments with multiple Judges in multiple jurisdictions working together to hide the US Resource for foreign corps like Israel Chemical LTD, Mosaic Phosphate and more; retroactive with the unique resource discovery. A full blown attack on the Engineer, his clients, his family, children, bank accounts, reputation and business has been taking place continuously from [redacted] to present time, with fake AR-15 emails created by the Tampa State Attorney office and ex-public defenders.

Defendants are attacking a National Security resource and future Blue Gold pipeline project that produces millions in profits per day. While damaging millions of US Citizens with lower level of service water supply from poor raw drinking water resources that are heavily

treated with chemicals vs. natural endless alkaline spring water, causing higher Cancer Rates at the home and business taps, bottling plants, parks, schools, and more. While **increasing the possibilities of Viruses like Zika and Coronavirus**, hiding answers to Vaccines, medicine solutions, energy solutions, and new technologies by hiding secret underground critical US Resources such as this resource with never seen endless new Water mixtures that are unique to Human health.

## PARTIES

*PLAINTIFF*

7. The Plaintiff, **Joseph D. Gilberti, Jr., P.E.** hereinafter "THE ENGINEER" (aka THE ENGINEER) is a Professional Licensed Civil Engineer and Land Consultant located in Lee County, Florida with a mailing zip code of 33931 whose President, of LandTech Design Group, Inc. with access to land in Sarasota County with a critical underground Aquifer with medicine changing readings that are capable of delivering Antioxidant Spring water supply to over 10million taps from Tampa to Miami. See THE ENGINEER'S Engineering, Consulting and whistleblowing website at https://gilbertibluegold.com/. THE ENGINEER is a property owner who has access to a secret hidden endless underground spring river approximately 2000ft below his Ranch, tied to a much deeper Global vast Ocean from geological and water quality indicators shown in public record engineer reports, permit petitions, consultant presentations and third party lab results.

DEFENDANTS

8. Defendant **Sheriff Carmine Marceno** – Setup a planned School Shooting with Lee Health Department, Lexington Middle School Principle and Staff using a COVID19 game on my son with Lee Health Department to entrap me with Hillsborough County and Sarasota County Police and Judges to stop Pentagon Service and shootup a school and put the blame on

THE ENGINEER and attack his family and Children for the 3rd time in Lee County with many officers under investigation with local retired Military gangs hanging out at the Strip clubs in Fort Myers setting up action with retired FBI recorded.

9. **Defendant Lee County Commission** – Commissioners in Lee County purposely pumping treated Water and attacking THE ENGINEER with Lee County Police.

10. **Defendants Lee County Utility Department** – Reviews raw water resources for the publics taps and hides spring water and pumps treated arsenic ground water to schools to build a huge Lee County Kids Cancer Center at Lee Health Park via Golisano Children's Hospital immediately after the Boston Bomb used to kidnap THE ENGINEER in Tampa with PENTAGON and Tampa Central Command, and Hillsborough County lawyers like Chris Shaw, Dave Weinstein of Greenberg Traurig, Sheriff Gee (retired now) and FDLE tied to Marjorie Stoneman Douglas shooting. See *Gilberti vs Cruz et al* in both Broward County and Southern District Miami Federal Court and new case hitting Boston and New York. Multiple engineering plans and records request ignored to tax home owners and pump bad water to tap vs endless spring water with no water restrictions and much lower water bills.

11. **Defendant City of Cape Coral Utility Department** – Presentation to remove Chromium 6 and replace entire City with Alkaline pure Spring Water was presented to Council and Utilities with Public on February 2018. Multiple engineering plans and records request ignored to tax home owners and pump bad water to tap vs endless spring water with no water restrictions and much lower water bills.

12. **Defendant James Foote, CEO of CSX Transportation Inc.** - President of CSX and worked with Lee, Charlotte, Sarasota, Desoto, Collier Counties to hide this resource and caught buying deeds on Defendants land with Seminole Gulf Railway and the RICO group during the Boston Bomb game, showing hidden deeds on June 2013 when PENTAGON

kidnapped THE ENGINEER with Chris Shaw and Sheila Sanghvi with Mark Ober and Rick Scott to attack millions of Floridian at the tap and THE ENGINEER with Judges, Cops, and Schools.

13. **Defendant Seminole Gulf Railway, Inc.** - Fay Family attacked THE ENGINEER with Defendants project, land and rights for years and with Defendants and worked with Lee, Charlotte, Sarasota, Desoto, Collier Counties to hide this resource and caught buying deeds on Defendants land with Seminole Gulf Railway and the RICO group during the Boston Bomb game, showing hidden deeds on June 2013 when PENTAGON kidnapped THE ENGINEER with Chris Shaw and Sheila Sanghvi with Mark Ober and Rick Scott to attack millions of Floridian at the tap and THE ENGINEER with Judges, Cops, and Schools.

14. **Defendant - The Pentagon** – US agency using Navy lawyers like Desantis and Rick Scott from Harvard-Yale gangs attacking Americans with Smith Mundt acts they used since 1940 to destroy all other nations and take their resources with leaders ahead of CIA like George Bush and his 9-11 towers and COVID19 mask on the $20bill as shown without any discovery allowed on the Gilberti vs CDC, et al case involving over 150 Judges and Cops on the Books with FBI and more to attack THE ENGINEER with Defendants and Federal Reserve Banks.

**<u>COUNT I – CIVIL CONSPIRACY</u>**

14. This is an action for damages that exceed $15,000.00, exclusive of interest, costs and attorneys' fees for civil conspiracy.

15. The Engineer re-alleges the allegations contained in paragraphs 2 through 14, inclusive, above, as though the same were fully set forth herein for actions by Defendants.

16. At all material times, Defendants had knowledge of the foregoing.

17. During the past 5-10 years Defendants worked with Federal agencies such as but not limited to FBI, CIA and US Media groups to conspire and attack THE ENGINEER with

false flags that are timed with bond hikes and illegal arrests on THE ENGINEER, while also timing the foreclosure of Cecil Daughtrey Ranch with the secret underground river known by NASA, USGS and EPA agencies since 1969 over even earlier. Working with US Navy and Pentagon to time the Boston Marathon Explosion with Greenberg Traurig Law, Dave Wienstein and Vin Marchetti in Tampa with THE ENGINEER find and Jog email of FDEP and Torch run. Then again with FDEP Marjorie Stonman Douglas building SRF funding application for pipeline 17 days prior to shooting in Broward, to make everyone look stupid or crazy! Like President Joe Biden and how he speaks to Americans! He can't even finish a sentence!

***Title 18 U.S. Code Section 242***

> *Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

18. Defendants during the Election, and during a National Case ***Gilberti vs CDC, et al,*** **Federal Case 2:20-CV-08251-FMO (now headed to US supreme court) and Gilberti vs Desantis, et. al** which includes all US Congress, EPA, Israel Mosaic Phosphate, and the same

Judges attacking today, such as but not limited too, Judge Kimberly Carlton Bonner, Judge Mark Wolfe, Judge Conrad, Judge Dominquez, Judge Fien, Judge Carjin Delano of US Middle District Tampa-Fort Myers and Judge Walker of Sarasota Circuit 12 AND this Broward Case on Parkland that ignores all this very serious retroactive issues on a Global Resource for Medicine and knowledge to find millions more for other Nations across Earth in Days, the US Military is withholding to Kill Humanity with UN, NATO and EPA, using kids who want to be on TV or get free money for colleges like Harvard. Harvard and Yale are caught setting this up and that is another filing underway.

19. As a result of the acts done by Defendants in furtherance of this agreement and 10yrs of US Terrorism, Fraud and capitol crimes the Cops and FBI are harboring for foreign corps like Nestle and Mosaic Phosphate and Wall Street fools like Buffet, Bill Gates and Bush Family after this World Resource for years, the Engineer has suffered, and is continuing to suffer, damages.

20. Defendants are jointly and severally liable for all damages resulting from the conspiracy.

**COUNT II –CIVIL RICO**
**(Civil Remedies for Criminal Practices Act)**

21. This is an action for damages which exceed $15,000.00, exclusive of interest, costs and attorney's fees for violation of the Civil Remedies for Criminal Practices Act ("CCFCPA").

22. The THE ENGINEER re-allege the allegations contained in paragraphs 2 through 22, inclusive, as though the same were fully set forth herein.

23. Defendants, with Florida and US Courts and/or others, conspired or endeavored to acquire and maintain an interest in the real property owned by the Daughtreys and the Engineer,

through a pattern of criminal activity or through the collection of an unlawful debt, timed US Terrorism to subdue the Engineer, Title and Auction fraud, Tax appraiser fraud to manipulate FDEP Florida Forever Trust Funds and more.

24. At all material times, Third Party Defendants was associated with an enterprise, which from approximately January, 2010 through the present has functioned as a continuing unit and has been engaged in an ongoing and continuing course of conduct with the common purpose of obtaining an ownership or other interest in the Daughreys' and Engineers land and WORLD RESOURCE FIND in WATER SUPPLY for all Florida and World Medicine production, and/or for the purpose of achieving or maintaining a monopoly power of local developers, bottling, machine parts and National Defense! Hidden by Tampa Central Command, DOJ, USGS, NASA, Hospitals, Tampa Moffit, Lee Health Systems with Swfwmd-FDEP and EPA criminals. See *Gilberti vs CDC* et al and over 25 related cases across Florida and USA.

25. In furtherance of such goals, the enterprise engaged in a pattern of criminal activity including, but not limited to, violations of Chapter 838, Florida Statutes, relating to bribery and misuse of public office, and violations of §817.54, Florida Statutes, by obtaining the Mortgage, Note and other Loan Documents by false pretenses.

26. Third Party Defendants participated in, and/or conspired to participate in, said enterprise through a pattern of criminal activity and/or the collection of an unlawful debt. US Terrorism planned to produce bond hikes timed with Florida State and Federal Courts, Judges and civil servants.

27. As a direct result of the foregoing, the Engineer has suffered, and continues to suffer, damages.

28. Since 1969 the Federal Reserve, The Pentagon and many old Florida Politicians like the Bush family have targeted this land in Sarasota. And decided to keep a low profile

attack on THE ENGINEER with this Actors and Terrorist who have teamed up to attack THE ENGINEER's project, lands, clients and civil rights with a massive LBGTQ gang of drama kids with the help of Media, Courts, Hospital employees, CIA and more as shown on related Federal cases ongoing and more being filed.

29. Investigations showing attorney politicians and ex US Soldiers, Governor Ron Desantis and Senator Rick Scott have been involved with Obama and Biden administration using Smith-Mundt acts, allowing real and fake terrorism or combined with CIA and Hollywood to destroy Americans.

30. Both Harvard and Yale colleges, Presidents and professors, with the Defendants and others knew of the US Resource and conspired with State Attorneys office to hide this US Resource with Parkland Students, Teachers, School board and Florida Leaders in an Agenda to influence election votes, create fear and steal tax base from Schools for Florida Department of Law Enforcement. THE ENGINEER PRESENTED ISSUES TO BROWARD SCHOOL BOARD ON MARCH 20, 2018 DAYS AFTER INCIDENT. See Gilberti vs Desantis, et al. and Gilberti vs Pentagon, et al and Gilberti vs CDC, et al., and Gilberti vs Cruz in South District Miami being restarted up after another barrage of attacks by Defendants and Florida Courts, law enforcement and this Racketeering gang of actors and terrorist, using this ILLEGAL CONGRESSIONAL LAW to attack all Americans and their Gun Rights, Water Rights and Civil Rights with Social media influencing votes.

31. NICHOLAS CRUZ does not have the courage or capacity to walk into a School and shoot kids just like the Officers who are afraid to help kids under lawsuits. Hence proof of Wounds, Lie detectors and more must be performed by THE ENGINEER due to retroactive Terrorist attacks timed with this US Resource in Courts from State and Federal all the way up to the US Supreme court now with more lawsuits by others helping coming into combine and take

out the deep state of Attorneys and Department of Justice hiding this US Resource and creating potential FALSE FLAG or FAKE shootings to attack the US Constitution and tax base.

32. The State Attorneys in Broward District 17 and/or NICHOLAS CRUZ knew of the 300mile Pipeline presentation on April 12, 2016 presented on the Broward County Commission agenda as a Delegation Request showing Earth Healthiest Drinking Water to 10million Florida taps, Hospitals and Businesses.

33. State Attorneys, ex-President Donald Trump, Governor Desantis, FDEP, Senator Rick Scott, Florida Leaders and School board knew of THE ENGINEER'S presentation on March 20, 2018 and continue to sue and hide this US Resource with Stoneman Douglas Victims.

34. If Defendant NICHOLAS CRUZ admits in deposition to playing out an Act as Students were preparing all week for, his charges will be lowered to conspiring to steal tax base or something much less than Capital Murder.

35. Motion to Intervene have been filed on Civil Cases against Cruz and President Trump, Obama, Media, EPA and Lawyers ignores this hidden underground Critical in permit US Resource that brings a much HIGHER Level of Service to the Region and lowers cancer Rates, medicine sales, diseases, birth defects and deaths generated from current poor bottled Water and treated Tap water to homes, businesses and Hospitals. Its trivial that natural ready to drink out of the ground Alkaline mineral spring water is healthier than treated arsenic contaminated ground water or polluted rivers.

36. NICHOLAS CRUZ has known mental issues an can be easily convinced with Police, high power politicians and Violent Video games, Movies, TV to create a potential Staged Act or even a Real Shooting in a massive Political Agenda to take guns and attack America's 2nd Amendment rights for a Agenda 21, the Midterm Elections and more. His mental capacity may be easy for him to LIE on TV if he ever even spoke or looked at the camera, which has never

been seen to the Pubic thus far to our knowledge. To date nobody has seen any true gun shots, dying person live and then dead on video, or bullet wounds or real shots entering persons on video

37. A ongoing staged shooting was being rehearsed all week at the Stoneman Douglas High School and NICHOLAS CRUZ was a perfect fit for a potential FALSE FLAG that could be in so much as a REAL shooting, partial shooting with actors or a total fake shooting

38. Many kids want to be famous on TV and this could be a massive DRAMA ACT just like our Presidents and leaders pretending they don't know of a 300mile Antioxidant pipeline in permit from FDEP, FDOT, ACOE, EPA, FEMA, over 15 counties and 45+ Cities and presented to multiple commissioners and School Boards from Dade, Broward, Sarasota, Lee, and more. Emails daily to staff, leaders, media and more who just can see that less expensive Alkaline Spring Water to the Tap lowers Cancer Rates vs Polluted Rivers and Arsenic Ground Water Raw Resources treated with Chemicals?

39. We have proof Boston Bomb was setup to raise Gilberti Bond in Tampa 12 days after Jim Murray of Amps Well Maintenance in Palm Beach performed a Down the Hole Video who has drilled Oil over ¾ of the World for decades and is a Federal known consultant who also works for Palm Beach, Broward, Collier and many other counties to maintain aquifers. He stated they were deleting emails of the screen in front of his eyes at Gilberti—Daughtrey Ranch in Sarasota on April 3, 2013. He claimed there is no other Water Antioxidant even close on the Planet and this isolated location and resource has Endless Flow capacity and flows to keep pipes full, lower cancer, and ends Water Restrictions, Salt Water intrusion and Sea Rise concerns on Water Supply in South Florida, via Florida North South Water war per National Resource Defense council per Jeb Bush.

40. Victims of the Shooting, their Parents, Broward School Board and Teachers have

ignored a $17million dollar offer on March 20, 2018 by THE ENGINEER to show wounds and discuss Violent video games while Gilberti was being processed for a FAKE AR-15 emails by ex public defender on Boston Bomb game in Hillsborough. Chris Shaw, District 13 where Pam Bondi lives and worked for years, who is manipulating courts with High Power Law firms such as Morgan & Morgan, Greenberg Traurig, Foley Lardner, Icard Merrill, Henderson Franklin, Gray Robinson law, Snyder law just to name a few.

41. THE ENGINEER needs to depose NICHOLAS CRUZ on said issues and put him on a LIE DETECTOR to ask him if he really shot anyone, was there a rehearsal earlier in the week or if anyone convinced him to Shoot a School or fake a shooting.

42. THE ENGINEER needs to depose wounded Children to see if they have real wounds with forensics and determine if they knew of the offer to the School board on March 20, 2018 public record agenda.

43. Gov Scott, Marco Rubio, Candidates in elections, and other Leaders which many of which are attorneys and Judges manipulating State Attorneys offices, FDLE, Police Officers, Universities, School Districts, private lawyers, Hospital Foundations, Hospitals, Doctors, Cities within Broward, Dade, Palm Beach, Collier, Lee, Charlotte, Desoto, Sarasota, Hillsborough, Manatee Counties, Big Pharmacy hedge funders and Media to hide this Resource to steal Medicaid money in a massive Racketeering investigation as related to RAW Water resources for drinking water, bottled water and medicine production.

44. NICHOLAS CRUZ was coheresed through Governor Rick Scott, Florida Leaders, crooked State Attorneys through various Political Agendas with US Leaders, FEMA, Gun Control Activist, Liaisons for Politicians to create a staged Shooting with FAKE Police reports regarding an AR-15 shooting where common grounds to attack THE ENGINEER Joseph Gilberti with various cases prior to, during and after with Tampa District 13 to also attack Gun

control with FAKE Police Reports and Political agendas, tied to Agenda 21 with Hillsborough Misdemeanor Case 12-CM-011299A, Felony Cases 16CF010976A, 18CF004829A & 18CF005038A timed with Civil cases in Sarasota District 12, Civil Cases 2011 CA 004209 NC, 2015 CA 006544 NC and 2016 CA 000205 NC; Federal Cases with THE ENGINEER clients at the US Supreme Courts on Terrorism and this Critical Water Supply under Israel Mosaic Phosphate attack pending from US Middle District Case 9:13-bk-14831 and 11th District Court of Appeal Case 15-14544.

45. The Tampa District Cases involve all Attorneys who attacked the land with Deep State Cops, Judges and Lawyers who have been hiding this US Resource with FEMA, EPA, NASA and USGS agencies to keep the Level of Service Water supply very low from poor raw water resources to increase Cancer Rates, Diseases and more from bottled and Tap water to Homes of over half of Florida from Tampa to South Florida.

46. Tampa Misdemeanor Cases involve Greenberg Traurig who THE ENGINEER clients fired on land for Conflict of Interest as Dave Weinstein of Greenberg is Chief Council for decades for a massive Phosphate production group destroying and attacking US Aquifers in West Florida from Polk County south to Charlotte Harbor. This massive Group of Lawyers, Cops, Media and consultants with Israel Mosaic Phosphate next to our land in Sarasota-Desoto region where Gilberti ranch is located at 9438 Daughtrey Road, Sarasota Florida 34266 has manipulated Deep State Cops, Attorneys, Judges and Media in the region to attack our Family and subdue this Resource for foreign groups like Nestle, FPL-Nextra, Monsanto and Mosaic Phosphate.

47. The Felony cases in Tampa involve Gilbert ex public defender Chris Shaw who ran off before trial in a case retroactive with the Boston Marathon explosion where Gilberti was on bond for $500 and sent a Jog email of FDEP in a Torch Run with Herschel Vinyard and Governor Rick Scott 5hrs prior and suddenly the explosion hits, Gilberti misdemeanor bond

jumps to $300,000 and is surrounded by Secret Service, US Marshals and deep state cops. He was tortured and put in a Hole for months while other Lawyers and Judges attacked his land and client Cecil Daughtrey 2300ac ranch in Sarasota with the known underground Natural Resource since 1969.

48. A simple water test and Health Scan that takes only ONE HOUR can be verified at Gilberti's Ranch will show reading off the chart for health mankind have never seen before. This unique spring water is essentially liquid medicine out of the ground.

49. Local Media, Leaders and Agencies are playing this US resource down in courts purposely due to the extreme value and the fact Rothschild Federal Reserve bank is caught with Wall Street Big Parma Hedge funders, Mosaic Phosphate who controls world food, and NASA who hid this 40yrs causing millions of deaths. This site teaches mankind how to find the rest in Days via Gilberti KT Hypothesis of access to Oceans beneath from large meteor impact craters. This site is next to a titled platform from the Yucatan meteor impact or KT event.

50. Timing of NICHOLAS CRUZ'S FAKE Police report was done retroactive with Joseph Gilberti's petition with FDEP Director in Ft Myers, as witness, to FDEP Marjorie Stoneman Douglas building, Tallahassee Florida for the World healthiest water readings tied to Oceans on 17 days after the FDEP State Revolving Fund letter for Inclusion list was mailed out, January 28, 2018. Which would trigger a massive revenue adjustment to huge developers like Lennar, Benderson, Debartolo, WCI homes, Toll Brothers and Hard Rock Seminole Tribe Casino and Seminole Tribe members who met Gilberti in 2013, who all know of this Resource since 2012 and met with THE ENGINEER. This application to FDEP changes TIER moneys in the millions for Water supply developer agreements in priority and much more that affects economic growth and Tax base spending toward their profits.

51. A Massive underground River showing endless Capacity of Alkaline Spring

Water with Reading never seen on the planet for Health. Energy production and new medicine.

52. This Marjorie Stoneman Douglas Case Pollack vs Cruz Broward Case 2018-09607 has a Motion to Intervene by Joseph Gilberti pending as the Marjorie Stoneman Douglas shooting was timed exactly 17 days after a Critical World Drinking Water was submitted to FDEP State Revolving Fund on January 28th 2018 for a World Medicine changing Resource under THE ENGINEER'S property located at 9438 Daughtrey Road. Sarasota Florida 34266. This site is in US Supreme Courts, Sarasota to Tampa courts for years as part of the Florida North South Water Conflict; currently under Israel-Saudi Arabia Mosaic Phosphate attack working with Health Foundations, Hospitals and Big Pharmacy groups to maintain a massive racketeering operation in Lower Level of Service Water supply.

53. Proof of this critical Water supply which has been in permit for a 300mile Transmission down I-75 since 2012 to lower cancer rates and bring millions of new jobs has been surrounded by Terrorism acts by the US Government and Wall Street corps such as Mosaic ranging from the Boston Bomb Marathon and more. See attachments.

54. With past FDEP emails of Jog Torch run by FDLE in Leon County five hours before the Boston Bomb used to kidnap INTERVENOR with Tampa Dist 13 and Governor Rick Scott, Marco Rubio, Obama, Bill Nelson and more, just to name a few, this case is also part of other cases in the State and Federal system.

55. Sarasota Cases 2015 CA 006344 NC and 2016 CA 000205 NC has the Marjorie Stoneman Douglas shooting involved. US Federal Cases involving the land next door also include multiple terrorism acts and this shooting which is being reviewed by FBI and US Supreme Court under Daughtrey vs Rivera Trustee. Also Tampa Cases under Joseph Gilberti Jr. show additional information where Pam Bondi and Tampa District 13 Judges filed fake AR-15 emails the week of the Pulse Bar shooting on THE ENGINEER to time the kidnapping two

weeks after the Marjorie Stoneman Douglas offer in 2018 with boad games and hikes.

56. Cory Gilberti, INTEVENERS cousin was set up by Broward Sheriff Scott Israel's and Broward county State Attorneys office with Cambridge Security with a FAKE AR-15 police report that shows Cambridge Security building was shot up by an AR-15 and blame put on him the same time a Fake AR-15 email threat falsified by Chris Shaw was done on THE ENGINEER in June 2016 showing a massive group tied to FDLE and Florida Leaders, media and more to play games and time subduing their adversaries to hide or control this US and World Drinking water resource for foreign corporations like Mosaic Phosphate, Nestle and Global elite. See Broward Case for Cory Gilberti vs State of Florida Case No. 17002130CF10A.

57. Water Treatment is based on Cancer Rates and millions of People have died from this access to a massive underground Ocean on never seen before Alkaline Mineral Spring Water.

58. THE ENGINEER'S in Civil Actions filed a Complaint for Damages on May 29, 2018 or later after THE ENGINEER Gilberti offer of $17million to show wounds and discuss Violent Video games, TV and Movies with picture of Governor Scott and Gilberti CAD Tech before and after the Boston Marathon explosion retroactive with another FDEP Email or submission copied to Washington, Leaders and Agencies hiding this Critical World and US Resource, was presented to victims of Stoneman Douglas shooting to School Board on March 20, 2018.

59. NICHOLAS CRUZ is looking at life in Prison or worse so THE ENGINEER cannot damage him any more on sentencing but potentially show that NOBODY was killed and this whole FALSE FLAG was a setup on a Mentally ill young person who was looking for attention on Television while Students from Drama classes at Stoneman were also convinced that Guns kill people versus People kill People. All in an effort to manipulate votes in the Midterm

and upcoming Presidential election and more.

60. Both Parties need to provide proof of timing and events so THE ENGINEER can examined, deposed and included discovery pending in many other current State and Federal ongoing tied to this case that affect National Defense, Security and Healthcare as many more of these Secret underground rivers, timed with Terrorist acts or Shootings, in Florida and US Courts, can be found by NASA, EPA and USGS who is hiding them for the ELITE to kill Families at the tap with Cancer Rates, Diseases and Vaccines.

61. Why would any School Board, News Team, Judge, Supreme Court in Washington DC on file now, Commission, Governor, President, Sheriff's office hide a US Resource that helps millions of People or this offer presented to make these kids, parents heroes to America for helping expose this US Resource and lower Water and utility bills, cancer to over 10million Florida Homes, Businesses, Schools, Hospitals and more.

62. If this Critical medicine changing endless US Resource was disclosed by Media and Stoneman Douglas wounded kids millions of Lives could be saved. Civil Servants, Cops and Teachers would get raises and job security from a massive Alkaline housing boom that stabilized Mileage rates.

> Broward county 300mile Antioxidant pipeline presentation sent to FDOT Dist 1, 4, 6 in 2014 for permitting.
>
> https://youtu.be/fEPRWLHnEyQ?list=PLTpRyvKDXjaupA7BTAHdMog8tXwP0hgm
>
> Broward School Board presentation on Marjorie Stoneman Douglas FAKE Shooting to steal tax base with cops!
>
> https://youtu.be/LPQmW2SHmM?list=PLTpRyvKDXjaupA7BTAHdMog8tXwP0hgm
>
> Why isn't this AR-15 Broward County Case# 17002130CF10A with Engineer Joe Gilberti's cousin Cory Gilberti, Broward Sheriff Scott Isreal, Obama and Pam Bondi set up with all Florida Leaders?
>
> https://www.bitchute.com/video/yn8zS4qQkYPT/

## RELIEF REQUESTED

**WHEREFORE**, Plaintiffs respectfully request the following relief:

A. Plaintiffs re-alleges and incorporates by reference all of the preceding paragraphs in this complaint.

B. Trial by jury on all issues so triable;

C. General and special compensatory damages;

D. Punitive damages;

E. Injunctive relief ordering Defendants to stop all Vaccines until the $20bill is assessed by the entire US Public on National TV and by the US Leaders who must disclose this Crime against Humanity. Stop all Water infrastructure funding of in Florida until this resource is assessed.

F. Award to Plaintiffs of reasonable attorneys' fees and costs incurred in connection with this action from the Defendants pursuant to 42 U.S.C. §1988;

G. Arrest all Broward and Florida Media owners listed and their employees with the US National Guard for US Treason.

H. Detain Sheriff Carmine Marceno, his Litenants who were given the Boston Bomb game who attacked THE ENGINEERS home days later, and caught sneeking around the house with Cops; and arrest the FBI Director and ENTIRE STAFF for the Lee County to Tampa branch for US Treason and his staff involved in the RAIDS on my family to stop the *Gilberti vs Pentagon, et al* service during another kidnapping end of school year in 2021. Using a Covid19 quaranteen game, causing the VP and School Board Director for 15 years to resign the next day.

I. Detain all Teachers, Principles at Lexinton Middle School who setup the attack, (**PRIVATE VIDEOS IN VAULT for DISCOVERY**) and School Board, thier lawyers and Lee health Board officials and attorneys for US Treason working with Rick Scott, Obama, Biden and Desantis to hide a Global medicine source and geological knowledge hidden by EPA and all Media to find more in days, essentially under all **MILITARY BASES and BOTTLING PLANTS and Israel MOSAIC PHOSPHATE MINES**. Bring in Pentagon and Military and secure all rights on Mosaic, bottling plants and Military Bases for THE PEOPLE of the UNITED STATES taps for Water Supply resources.

J. Allow discovery to take place as all other Courts on related cases CORRUPTLY skipped all EVIDENCE and DISCOVERY to hide this US and Global Resource from the PENTAGON and US Soldiers, causing more Wars and conflicts throughout the World, all centralized at Tampa Central Command with Tampa to Miami corruption that has bleed into the entire US Congress with Greed.

K. Force US Military and Head of Pentagon to inspect the Resource, arrest Police who attacked my family and Americans at the Tap in Lee County involved, **attacking my kids when real young on Christmas EVE in 2017 for a WALT DISNEY PEDOPHILE RING** (see videos) tied to the US Military and FDLE in Florida with DCF and media and news teams, Florida and US Politicians systematically for US TREASON, with all Florida Judges, Cops, Teachers, School Boards who were copied on the cases and apathetically allowed US Timed Terrorism and courts to subdue Plaintiff with Falsified Police Reports.

L. Allow US Military and PLAINTIFF, to impose Sanctions on Defendants, require them to be placed on Live TV on Lie Detector test on their knowledge of the past

8yrs in this Florida and Global Water War in west Florida holding down critical global knowledge with NASA, EPA and President Biden, Harris and Ron Desantis and his gang of Florida Judges.

M. Allow Plaintiff and US Military to inspect all scars with forensics on all wounded Parkland, Boston Bomb, and Pulse Bar victims since Lee Schools just attempted another fake shooting to subdue plaintiff with his own son, at Lexington Middle School, with witnesses ready, as Superintendent resigned next day after some listed Defendants, Desantis and Biden failed.

N. Note, this claim against the PENTAGON is a friendly lawsuit to the PENTAGON to bring the ARMY, NAVY, AIR-FORCE and MARINES to this site to open up millions more across America and other Nations to end World Hunger in Days and arrest all Media IMMEDIATELY for US Treason. Throw them ALL in FEMA Camps with all West Florida developers like Lennar, Culverhouse, Debartolo, Seminole Tribe Casino, Pat Neil, Neil Benderson, and engineers listed in Gilberti vs Ardurra, et al, at the US Supreme Court for docketing.

O. Such further and different relief as is just and proper or that is necessary to make the Plaintiff whole.

**WHEREFORE**, the Engineer demand judgment against Defendants for the amount of **$300,000,000 US dollars**, plus damages, costs, and such further relief as the Court may deem proper with a full investigation of crimes by the Defendants, US Media, Florida Courts, US Courts, Judges, Cops, Hospitals, FDEP and EPA agencies, Mosaic Phosphate, private lawyers and Public lawyers, US Congress and US Military for Treason.

Dated this 19th day of July, 2022.

/s/ Joe Gilberti P.E.
Joseph D. Gilberti, P.E.
Plaintiff

385 Danora Blvd
Fort Myers Beach, Florida 33931
813-470-6000 direct
gilbertowater@gmail.com
www.gilbertibluegold.com

Attachments: Notice of Intent to Sue EPA filed at DOAH

LANDTECH DESIGN GROUP, INC.
Planning, Engineering & Consulting Services
385 Danora Blvd
Ft Myers, Florida 33931
813-470-6000
gilberti.water.company.fla@gmail.com

November 23, 2018

Honorable Andrew Wheeler
Acting Administrator
U.S. EPA
Ariel Rios Building
1200 Pennsylvania Ave, N.W.
Washington, DC 20460

Honorable Mary S. Walker
Regional Administrator
U.S. EPA Region IV
Sam Nunn Atlanta Federal Ctr
61 Forsyth Street, SW
Atlanta GA 30303

**RE: Clean Water Act Notice of Intent to File Suit**
Section 505(a)(2) of the Clean Water Act (CWA) and
Section 1449(a)(2) of the Safe Drinking Water Act (SDWA)

- Failure to Utilize Higher Level of Service for Raw Water Resources from EPA and Peace River Manasota Water Authority Florida hidden Underground Alkaline Endless Spring Water River and improper use of State Revolving Funds, US Grants to build potential Terror attack above Sky Reserviors (ZIKA Ponds) via RV Griffin Reservior after Hurricane Charlie pursuant to Title 42 U.S.C. to protect the Public Safety and Welfar of US citizens at the Tap of a 4 to 6 County Regional System.

- Harboring known US Terrorist Attacks surrounding this critical medicine changing Unique underground Spring water mixture and Resource and its court docket timing to kidnap engineer Gilberti while attacking his land and his clients land with Florida Dept of Justice and Leaders.

Dear Acting Administrator Wheeler and Region IV Administrator Walker:

LandTech Design Group, Inc. (LDG) hereby gives Notice of Intent to file suit under the both Section 1365 citizen suit (33 U.S.C. §1365) provision of the Clean Water Act (CWA) and the Federal Administrative Procedures Act (APA) (5 U.S.C. Section 701-706) against the U.S. Environmental Protection Agency (EPA), Acting Administrator Andrew Wheeler in his official capacity as EPA Administrator, and against Mary S. Walker in her official capacity as EPA Regional Administrator for Region IV, for their failure to perform EPA's following non-discretionary duty under Section 303(d) of the CWA and 40 C.F.R. §130.7 and Failure to utilize an available Underground hidden Alkaline Spring Water River known for 40yrs by Southwest Florida Water Management District, EPA officials and staff, Department of Interior, Manatee, Hillsborough, Desota,

Charlotte, Lee, Collier and Sarasota counties for HIGHER LEVEL OF SERVICE Raw Drinking Water Resources to millions of Florida citizens to Lower Cancer Rates in the Region at the Tap. Current FDEP Regulations 62-555 (310) as written pursuant to the EPA Clean Water Act of 1974 and its revisions and additions thereto.

1. Peace River Manasota, Sarasota, Charlotte, Manatee Counties, City of North Port, City of Punta Gorda have hidden this US Resource to fill cancer centers with Medicaid Fraud Gov Scott and a massive Racketeering Act to sell medicine and fill Cancer Centers. Current City of Punta Gorda utilities is expanding a Shell Creek Treatment facility and purposely ignored a Sarasota 2014 transmission permit application submitted by LandTech to connect to the Peace River Manasota Water Supply board owned by Sarasota, Desoto, Charlotte and Manatee county. These counties are stealing medicaid money by pumping a known Arsenic River to millions of Homes and ignoring this Spring Water unique Natural Resource that is not a spring but a massive underground River with Alkaline readings from a Titled platform from the K-T Event. This resource has been flowing for over 65million years and is not leaving or running out. It has the endless capacity and can serve 10million plus homes via a submitted FDOT 300mile Antioxidant spring pipeline from Tampa to Miami from this Source. Phase 1 charges Peace River counties and Fort Myers and Naples with minimum costs to the Region less than Shell Creek WTP expansion. Southwest Florida Water Managment District with Governor Rick Scott has attacked Engineer Gilberti land with local Mosaic Phosphate attorneys Greenberg Traurig and a slough of medicaid Fraud Racketeering groups tied to US Middle District, Tampa District 13, Sarasota District 12 and Lee county District 20.

2. EPA has a duty to come to Gilberti Ranch and test this US Resource under attack by Local Leaders and Developers hiding it to fill Cancer Centers with Lower Level of Service Raw Water Resources failing the the Intent of the Clean Water Act and using 50 States of Grant money to build RV Griffin Reservior with Southwest Florida Water management District, FDEP SRF Funding, State Revolving Funds, State Cooperative funding to keep Cancer rising, stealing Grants for 50c13 Cancer Research at USF Moffit and other Universities across America in within a massive west Florida to south Florida Cancer cluster that ignores Raw Water Quality resources such as this 2000ft deep underground River in the Rocks showing a pH=7.49, Chlorides at 206mg/l, Calcium at 114mg/l, Magnesium at 78mg/l ready to drink Spring Water tied to a underground ocean. As a Professional Engineer for over 15yrs we ask the EPA and its consultants to come to our land, as will provide access to test this never seen on Earth Water Quality, perform pump report test and see the massive natural Frack past 1100 feet that yield

tremendous flows that eliminate Water shortage issues, lowers water bills, cancer rates and provides enormous Sustainability to the Region.

3. EPA has a Duty to inspect this Unique wonder of the World that shows Mankind how to find the rest hidden across America, such as near Flint Michigan, the Tri-State Florida Water War in Alabama-Georgia region and even near Washinton DC at the Chesapeak impact crator.

4. A large $500 million reservoir (RV Griffin) was installed and a 20mile 42-inch Water main by Southwest Florida Water Management (SWFWMD), Peace River Manasota Water Supply Authority (PRMWA) stole 50 states of Grant money by to hide a secret underground Alkaline River tied to an Ocean under Joe Gilberti's land and Cecil Daughtrey lands with unlimited Cancer slowing ready to drink Spring Water after Hurricane Charlie. Southwest Florida Water Management and Sarasota county gave Florida Forever Trust funds to Longino, Carlton and Walton Ranches along the this improvement who also have known of this secret underground River as these families have grown up for generations together and the Well accessing the Secret isolated river was dug in 1969 and had a WUP with SWFWMD for since 2001. These SWFWMD Reservoirs like RV Griffin are essentially high maintenance ZIKA PONDS that we have permit plans showing to convert these potential Water supply terror attacks to a Power plant with our endless underground spring water resource, engineering plans and connection. This Reservoir extorted American Tax money for Power corps in the area like FPL, Duke Energy and PRECO while creating cancer clusters, death of Americans at the Tap to millions and a potential and above sky terror attack from Pesticide Planes at the Reservoir hidden in a Swamp of Trees where low flying plains and drones cannot be detected. See FEMA Stafford Act 6.11.

5. A simple Water health scan and pump report can verify this World Drinking Water resource in a few hours which eliminates billions of Tax dollars being wasted by SWFWMD, West Florida County commissioners, Peace river Manasota and Florida Forever Trust funds building these Poor Water Supply systems from Poor Water supply resources pursuant to FDEP 62-555 (310).

6. All plans and regional permit petitions have been ready for approval and obtained by FDEP director Jon Iglehart in Fort Myers Florida. Application fees of $10,300 cleared by FDEP in November 2013 with Brian Dietz P.E., these permits were transferred to FDEP Fort Myers Florida December 31, 2013. Resubmitted was done again after hurricane Irma where FPL, Duke, and all Florida leaders, SWFWMD, and EPA purposely hid the resource with to put Americans at risk.

a. Engineer Gilberti is in litigation with a group called 72 Partners LLC in Sarasota county which includes five men named, Thomas Howze, Lee Pallardy, Kenny Harrison, Laurence Hall and Spenser Hall. Kenny Harrison owns Harrison Cattle LLC which leases land from SWFWMD at the RV Griffin Parcel where the RV Griffin Reservoir was built to steal $500million from 50 States after Hurricane Charlie and hide this Resource to serve it to Mosaic Phosphate who is destroying Aquifers with the help of these groups included in this Lawsuit. This is a Racketeering operation to sell medicine as when taking a shower a liter soaks into the body hence driving home values down and cancer rates and water bill up in the region using POOR Raw Water resources.

7 The Supreme Court has been filed by Cecil Daughtrey on a barrage of Terrorism acts timed with Tampa District 12, Lee county District 20 as well as Sarasota District 12 lawsuits and kidnapping of engineer Gilberti with falsified police reports by Mosaic Phosphate chief council who was fired on our Property due to Mining compact conflicts on our land holding a SWFWMD mining permit from 2009 with phosphate in the dirt in the Mosaic Phosphate District of Sarasota county.

8 This resource under our land hidden by the SWFWMD, Peace River and West Coast engineers, leaders and Media shows underground formations and knowledge that millions more exist across the Earth, to help other US States and other nations.

9 Israel Mosaic Phosphate next to our land Nestle, Coke, Pepsi, Disney and all hospitals hid this U.S. resource to the tap with Tampa to Ft Myers Agencies, Engineers, EPA for 40 years to sell medicine and kill people with cancer, diseases, and a low level of service (LOS) in drinking rain water resources. The well was dug in 1969.

10 See FDEP Revolving fund to Marjorie Stoneman Douglas Building in Tallahassee 1-28-2018 then suddenly a Parkland Marjorie Stoneman Douglas High School shooting or terror attack 17 days later with 17 shot and 17 wounded and our engineer was kidnapped by Tampa District 13 again to stall our permitting and investment groups or run them off?

11 A class action and RICO is at hand on hiding Critical US Drinking water supply resources and medicine tied to a massive Medicaid fraud operation by leaders, developers and Hospital foundations in Florida. This needs to be forwarded by all parties to Washington State Attorneys office to investigate the aforementioned immediately and put on US media to find more issues of agencies, their lawyers and engineers purposely hiding

Raw Alkaline spring water resources that never end in flow and capacity.

12 President Trump, Congress and Media must take action on these critical issues and this unique resource hidden by Hospitals stealing Medicaid from Lower level of Service Water Supply, Colleges and Universities, Agencies, Department of Justice, EPA, NASA and US media.

13 Indicators show SWFWMD, West Florida Leaders, Tampa Bay Water, Peace River Manasota Water supply, Israel Mosaic Phosphate, Rothschild IMF World Bank, and Federal Reserve central banks hid this Resource for over 40yrs to create cancer clusters and Wars as this site shows Mankind how to find many more access points to this Underground Ocean of Unique Spring Water ready to drink right out of the Ground.

14 Public Service commission complaints on FPL, Duke Energy and more were filed in 2012 by others PSC Complaints 05400-13 and 02424-13 with Gilberti Water supply documents attached at the same time Duke and Progress Energy were assessing $1.5billion to clean up a STILL EMITTING Nuclear Power plant in Crystal River which are the Headwaters of Hillsborough River pumping 65MGD of Radioactive Water to the Tampa Region to fill Moffitt cancer centers and USF Cancer Grants. Very similar to Radioactive mining spill by Mosaic Phosphate during 2011 Fort Meade Case when Gilberti and Daughtrey fired Dave Weinstein of Greenberg Traurig due to conflicts as he was on that case, our lands, and we have a Phosphate mining permit and a deep Floridan well, the two essentials for a Fertilizer plant. Now Desoto where Peace River Water plant is working Horse Prairie which was traded as a settlement in the Fort Meade Case. Mosaic was after our site timed with their RV Griffin improvements! They would have never opened it; they would just sell medicine and create more cancer centers with Medicaid Fraud Gov Scott.

*Administrative Law Judge J. Lawrence Johnston will conduct a hearing to consider the environmental effects and any other appropriate matters regarding whether to approve the site certification of the proposed Progress Energy Florida, Levy Nuclear Plant Units 1 and 2, application for site certification number PA08-51, DOAH Case number 08-2727EPP, DEP Office of General Counsel Case Number 08-1621, pursuant to the Florida Electrical Power Plant Siting Act, Sections 403.501-.518, Florida Statutes. ...*

*Meeting: hearing*

*Contact: Mr. Michael P. Halpin, P.E., Marjory Stoneman Douglas Building, 3900 Commonwealth Boulevard, M.S. 48, Tallahassee, Florida 32399-3000, (850)245-2007*

15 The Administrative Law Judge can order (daily) multiple lab tests and verify the resource with our experts, such as Jim Murray in Palm Beach Florida of AMPS Aquifer maintenance who performed a DTH video showing higher benefits as we drill deeper.

16 After this discovery of a massive underground ocean from a Meteor impact crater verified by Oil consultants, suddenly Tampa Dist 13 kidnapped engineer Gilberti for 300days on Boston Marathon explosion day 4-15-2013 after sending a Jog email of Leaders and FDEP with Hershel Vineyard of Foley Lardner and Gov Rick Scott running in a Torch run 5hrs earlier on file in Tampa and Sarasota Courts. See LandTech Design Group vs 72 Partners Inc. All in an effort to hide this Secret Underground Ocean from THE PEOPLE and their home taps and tax Americans with unnecessary Reservoirs to sell medicine as Tap Water is based on Cancer Rates. Alkaline Natural Spring water with lower water bills eliminates the need for Rivers, Reservoirs and huge lawsuits and loafing like this case at hand.



Rob Stampe is being deposed who worked on Gilberti plans married into the Sam Walton family (Wal-Mart) and is taking pictures with Gov Scott two different times to testify on all said issues of Corruption against THE US PEOPLE on this Water Supply!



**This FDEP Email was sent 5hrs before the Boston Bomb and suddenly Gilberti is kidnapped by Pam Bondi and Obama in District 13 with Judge Dominquez and Judge Conrad with Mark Ober and a slew of State Attorneys and Public Defenders**

**Gilberti Blue Gold – "The People's Water"**

**GILBERTI K-T HYPOTHESIS**

**Yucatan Meteor Impact or K-T Event tilts Florida Platforms accessing Alkaline Spring Water Oceans beneath the Earth hidden 40yrs for Eugenics**



**800-mile Antioxidant pipeline solves Florida North South Water Conflict submitted to FDOT in 2014 on file**



Local Peace River Manasota Water Supply Infrastructure adjacent to Daughtrey and Gilberti Lands used ELAPP in Sarasota, Peace River Manasota Water Supply Authority, SWFWMD and Florida Forever Trust Funds with Carlton, Walton and Longino to hide this Resource and build unnecessary RV Griffin Reservoir on this Map



ZIKA Pond Reservoirs built to Hide Secret Underground River of Spring Water to fill Cancer Centers using a Lower Level of Service in the Swamp subject to Pesticide plans, drone attacks pursuant to Stafford Act 6.11



Peace River Manasota Water Supply System next to Daughtrey Lands hiding this Critical US Resource to fill Cancer Centers with US Families and Children from Radioactive Mosaic RED TIDE rivers water Supply

VERSUS

Endless less expensive Alkaline Mineral Spring Water Supply




Four county commissioners via Sarasota, Desoto, Charlotte and Manatee County own this Regional system.

Unique Alkaline Mineral Spring Water Readings tied to Secret Underground Ocean isolated under Daughtrey and Gilberti Sarasota lands hidden by SWFWMD, Sarasota-Charlotte-Desoto county, Peace River Manasota Lawyer, Engineers and consultants and EPA

[illegible]



Daughtrey & Gilberti lands next to Peace River RV Griffin Reservoir located just south east in public record permit 5yrs. In the Mosaic Phosphate district with a Mining permit Gilberti obtained in 2009 for Sarasota Dr. William Sydney King MD at Sarasota Regional Hospital where many Doctors and Hospital foundations with Hedge funders are hiding it to KILL Citizens with Cancer Rates at the top with SWFWMD and Peace River Manasota Water Supply boards and engineers for Medicaid Fraud Racketeering case underway.



Certified Mail receipts for permit for Filtration plant submitted to FDEP Sarasota Brian Dietz, P.E. then transferred to Ft Myers FDEP as Gilberti was kidnapped during Boston bomb explosion setup by this Gang of West Florida Water supply and Medicaid fraud groups – Copied to Publix, Walt Disney, Coke and Pepsi the same day – Call Jon Iglehart Director who has been trying to help has recent permits after Hurricane IRMA to get FEMA to use our Water for Disaster recovery

17. SWFWMD and Peace River Manasota have ignored the General principles of using the best Raw Resources to maintain efficiency and the Pubic health, Safety and Welfare of Americans for water supply to Homes, Schools and businesses. These Lawyers, Engineers and environmental consultants have lost their grip on common sense and manipulate the system to create Medicine sales without thinking of our People and their Children in growth, just their jobs and salaries.

Title XXIX PUBLIC HEALTH

**SECTION 851**

**Declaration of policy intent.**

**403.851 Declaration of policy; intent.**—It is the policy of the state that the citizens of Florida shall be assured of the availability of safe drinking water. Recognizing that this policy encompasses both environmental and public health aspects, it is the intent of the Legislature to provide a water supply program operated jointly by the department, in a lead-agency role of primary responsibility for the program, and by the Department of Health and its units, including county health departments, in a supportive role with specific duties and responsibilities of its own. Without any relinquishment of Florida's sovereign powers and responsibilities to provide for the public health, public safety, and public welfare of the people of Florida, the Legislature intends:

(1) To give effect to Pub. L. No. 93-523 promulgated under the commerce clause of the United States Constitution, to the extent that interstate commerce is directly affected.

(2) To encourage cooperation between federal, state, and local agencies, not only in their enforcement role, but also in their service and assistance roles to city and county elected bodies.

(3) To provide for safe drinking water at all times throughout the state, with due regard for economic factors and efficiency in government.

**History.**—s. 2, ch. 77-337; s. 162, ch. 79-400; s. 425, ch. 94-356; s. 164, ch. 99-8.

18. Background on Natural Alkaline spring water to the Region and cancer rates shown by Nobel Peace prize winner Dr. Otto Warburg in 1931. It's trivial to anyone; including children that Alkaline filtered spring water not exposed to Pollution and Hurricanes is FAR healthier and safer than Peace River and these Treated Water supply plants. They lie about Water Resources, their capacity and build falsified Caution area maps when there are ENDLESS rivers of Alkaline spring water deeper below.

*The Warburg hypothesis (/ˈvɑːrbʊərɡ/), sometimes known as the Warburg theory of cancer, postulates that the driver of tumorigenesis is an insufficient cellular respiration caused by insult to mitochondria.[1] The term Warburg effect in oncology describes the observation that cancer cells, and many cells grown in vitro, exhibit glucose fermentation even when enough oxygen is present to properly respire. In other words, instead of fully respiring in the presence of adequate oxygen, cancer cells ferment. The Warburg hypothesis was that the Warburg effect was the root cause of cancer. The current popular opinion is that cancer cells ferment glucose while keeping up the same level of*

*respiration that was present before the process of carcinogenesis, and thus the Warburg effect would be defined as the observation that cancer cells exhibit glycolysis with lactate production and mitochondrial respiration even in the presence of oxygen.[8]*

## *Hypothesis[edit]*

*Warburg's hypothesis was postulated by the Nobel laureate Otto Heinrich Warburg in 1924.[9] He hypothesized that cancer, malignant growth, and tumor growth are caused by the fact that tumor cells mainly generate energy (as e.g., adenosine triphosphate / ATP) by non-oxidative breakdown of glucose (a process called glycolysis). This is in contrast to healthy cells which mainly generate energy from oxidative breakdown of pyruvate. Pyruvate is an end-product of glycolysis, and is oxidized within the mitochondria. Hence, according to Warburg, carcinogenesisstems from the lowering of mitochondrial respiration. Warburg regarded the fundamental difference between normal and cancerous cells to be the ratio of glycolysis to respiration; this observation is also known as the Warburg effect.*

*Cancer is caused by mutations and altered gene expression, in a process called malignant transformation, resulting in an uncontrolled growth of cells.[4][6] The metabolic difference observed by Warburg adapts cancer cells to the hypoxic (oxygen-deficient) conditions inside solid tumors, and results largely from the same mutations in oncogenes and tumor suppressor genes that cause the other abnormal characteristics of cancer cells.[5] Therefore, the metabolic change observed by Warburg is not so much the cause of cancer, as he claimed, but rather, it is one of the characteristic effects of cancer-causing mutations.*

*Warburg articulated his hypothesis in a paper entitled The Prime Cause and Prevention of Cancer which he presented in lecture at the meeting of the Nobel-Laureates on June 30, 1966 at Lindau, Lake Constance, Germany. In this speech, Warburg presented additional evidence supporting his theory that the elevatedanaerobiosis seen in cancer cells was a consequence of damaged or insufficient respiration. Put in his own words, "the prime cause of cancer is the replacement of the respiration of oxygen in normal body cells by a fermentation of sugar."[10]*

*The body often kills damaged cells by apoptosis, a mechanism of self-destruction that involves mitochondria, but this mechanism fails in cancer cells where the mitochondria are shut down. The reactivation of mitochondria in cancer cells restarts their apoptosis program.[8]*



**1969 Floridan Well (Earth Coring) dug 1509' deep accessing Oceans beneath the Earth located at my Land at 9438 Daughtrey Road, Sarasota Florida 34266. This Well was hidden and in permit files for SWFWMD for decades**

18. See Videos and Conflicts with 72 Partners on our note who also are shareholders for Peace River.

https://youtu.be/eOjUOsw356g?list=PLTpRjyKDXjaxqpA7BTAHdMog8tXwR0hgn Peace River to Power plant vs Zika Pond RV Griffin for water supply as NO WATER Shortages with our underground ENDLESS River!

https://youtu.be/5mhgbulaJa4 RV Griffin reservoir at Peace River, SWFWMD and 72 Partners in conflict of interest on Gilberti land with Water Supply! They are stopping all South Florida for 6yrs from getting spring water endless to eliminate Salt Water intrusion concerns!

https://youtu.be/fEPRWLHaEyQ?list=PLTpRjyKDXjaxqpA7BTAHdMog8tXwR0hgn Broward county 300mile Antioxidant pipeline presentation sent to FDOT Dist 1, 4, 6 in 2014 for permitting.

https://youtu.be/5fdHQsCtaY?list=PLTpRjyKDXjaxqpA7BTAHdMog8tXwR0hgn Third Presentation to Peace River Manasota Water supply stealing Tax base with SWFWMD and local municipalities to Lower level of service to Water Supply for Moffit cancer profit, Medicaid fraud racketeering and Mosaic Phosphate trying to steal Gilberti land with Greenberg Traurig, Tampa to Ft Myers Judges and Gov Scott and more.

https://youtu.be/VHuIVKWIUG0?list=PLTpRyKDXjazipA7BTAHdMog8tXwR0hgn Miami-Dade presentation 7-15-2014 after being kidnapped by FBI and Tampa Pam Bondi office on FAKE Boston bomb attack to raise Gilberti bond.

https://youtu.be/EabyXaoRGME?list=PLTpRyKDXjazipA7BTAHdMog8tXwR0hgn Proof Moffit USF and Marco Rubio got all files in October 2013! Hidden during elections to kill people with Cancer at the Tap for Medicaid Fraud.

https://youtu.be/-BzzRLaXuHM?list=PLTpRyKDXjazipA7BTAHdMog8tXwR0hgn Desoto county Rodeo board and Commissioners in conflict with Mosaic Parcel and stole Gilberti plans while Judge Hall relatives and friends on Daughtrey note tied to terrorism acts.

https://youtu.be/7eW3_tagiew?list=PLTpRyKDXjazipA7BTAHdMog8tXwR0hgn Cape Coral presentation Feb 2018 just before Marjorie Stoneman Douglas FAKE Shooting while Gilberti kidnapped again after turning in FDEP SRF funding to Marjorie Stoneman Douglas building Tallahassee!

https://youtu.be/LPQtwW2SHaM?list=PLTpRyKDXjazipA7BTAHdMog8tXwR0hgn Broward School Board presentation on Marjorie Stoneman Douglas FAKE Shooting to steal tax base with cops!

https://youtu.be/tQu8wfLeyR0 Access to Underground river tied to massive Ocean of Alkaline Mineral spring water hidden by SWFWMD and Bush Family for 50yrs! To create Cancers, Diseases, colleges, Wars as these secret access points from tilted platform via meteor impacts are all across Earth.

https://youtu.be/7SeL5K-dO3I?list=PLTpRyKDXjazipA7BTAHdMog8tXwR0hgn City of North Port presentation with Kids in 2013 just before we realized what we had then Obama and Bush plan Boston Marathon game with Tampa central command to kidnap Gilberti after Rob Stampe give Gov Scott readings who worked on plans and King engineering who is a consultant for Peace River right now hiding this US Resource with SWFWMD staff.

https://youtu.be/uArfsyaZes?list=PLTpRyKDXjazipA7BTAHdMog8tXwR0hgn Sarasota Presentation in Sept 2014 just after Dade county to commissioners still hiding this Resource.

Please call us to clarify additional permits and submittals to over 60 Cities from Tampa to south Florida and ongoing lawsuits as well as our neighbors lawsuits in the US Supreme Court. As well as our coordination with FDEP Director Jon Iglehart who has tried numerous times to help these local cities and County staff people get this Resource to their regions, including a class action case in Ft Myers to the Dunbar Residents similiar to Flint Michigan on Cancer issues in low income areas who can't help themselves created this time from Arsenic sludge. Arsenic at Peace River is the highest in the State and it could be pumping the Healthiest spring water on Earth to million with one pipe connection that should have been

installed by now but Leaders are attacking me, my family and clients to attack Americans, their homes, Schools, Businesses and Hospitals at the Top.

Sincerely,

/S/ Joe Gilberti

Joseph Gilberti P.E.
President
LandTech Design Group, Inc
Pro Se Litigant
Telephone: (813) 470-6000

cc: Honorable Mathew G. Whitaker
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Noah Valenstein., Secretary
Florida Department of Environmental Protection
Douglas Building
3900 Commonwealth Boulevard
Tallahassee, FL 32399-3000

US Senate Committee on Homeland Security and
Government Affairs
340 Dirksen Senate Office Building
Washington DC, 20510

**Exhibit B**

REQUEST TO PROSECUTE FOR FRAUDULENT TRANSFER IN JUDGE DONNA MARIE PADAR POSSESSION FOR YEARS AND SHE HARBORS IT WITH FLORIDA AND USA POLITICIANS ALL USING SMITH MUNDT ACTS OF TREASON HR 5736.

## SWORN REQUEST FOR PROSECUTION BY COMPLAINANT

"I desire prosecution in this case and request the State Attorney's Office and attorney generals in Florida & Attorney General for the United States of America to review it for prosecution. I and many witnesses will be present for any required court dates should this case be prosecuted."

## COMPLAINANT INFORMATION:

COMPLAINANT'S NAME: JOSEPH D. GILBERTI, P.E.

ADDRESS: 385 DONORA BLVD. FORT MYERS BEACH, FLORIDA 33931

CELL PHONE: 813-470-6000 HOME PHONE: N/A

EMAIL ADDRESS: gilbertiwater@gmail.com

EMPLOYER: LANDTECH DESIGN GROUP, INC. WORK PHONE: 813-470-6000

## SUSPECT INFORMATION:

SUSPECT'S NAME: RYAN SNYDER

RACE: WHITE SEX: MALE DATE OF BIRTH (IF KNOWN): APPROXIMATELY 40YRS OF AGE

ADDRESS (IF KNOWN): ______

RELATIONSHIP TO COMPLAINANT: NONE

LENGTH OF TIME KNOWN SUSPECT: Known of Mr. Snyder as attorney for 72 Partners LLC which includes suspects as well who are members, Lee Pallardy, Thomas Howze, Kenny Harrison, Laurence Hall and Matt Harrison

## ADDITIONAL SUSPECTS (IF ANY):

Suspect's Name (2): Thomas Howze, partner of 72 Partners llc

Race: white Sex: male Date of Birth (If Known): approximately 85yrs of age

Address (If Known): Myakka City, Florida

Relationship to Complainant: none

Length of Time Known Suspect: approximately 10yrs from litigations

Suspect's Name (3): Lee Pallardy, partner of 72 Partners llc

Race: white Sex: male Date of Birth (If Known): approximately 85yrs of age

Address (If Known): Myakka City, Florida

Relationship to Complainant: none

Length of Time Known Suspect: approximately 10yrs from litigations

Suspect's Name (3): Sarasota County Board of County Commissioners

Race: varies Sex: varies Date of Birth (If Known): varies

Address (If Known): Sarasota County Commission Chambers and abroad

Relationship to Complainant: none

Length of Time Known Suspect: approximately 10yrs from Water supply presentations and file RICO cases, water supply infrastructure permits submitted, etc.

## POLICE REPORT INFORMATION:

**DID COMPLAINANT CALL LAW ENFORCEMENT?** YES

- What agency responded - PHONE CALLS TO SARASOTA COUNTY, LEE COUNTY, CAPITOL POLICE AND FBI – also Cecil and Patty Daughtrey filed in November 2021 with Sam Esber PLS a professional land surveyor. It was filed on cattleman Branch in Sarasota County.
- Who was the reporting officer? not sure, but these witnesses are available
- If complainant did not contact law enforcement, please explain why. n/a

Police Report (CCR) Number: No copies were provided but witnesses who filed are available.

Date of Incident (Or date range): October 5, 2020

Location of Incident: Online foreclosure sale in Sarasota – 72 Partners vs Cecil Daughtrey Case 2011 CA 04209 NC

**Crime Noted on Police Report:**

1. *817.29 Cheating*
2. *817.535 - Unlawful filing of false documents or records against real or personal property*
3. *817.545 - Mortgage fraud*
4. *817.540 - Obtaining of mortgage, mortgage note, promissory note, etc., by false representation*

## CRIME INFORMATION:

Was the Suspect Using Alcohol or Drugs? Unknown

Was the Complainant Using Alcohol or Drugs? No

Please list all witnesses who observed any part of the criminal offense, including their phone number, home address, and email address (if known):

1. Cecil Daughtrey - 9438 Daughtrey Road, Sarasota Florida 34266.
   863-244-8972
   Buckdaughtrey58@gmail.com

2. Patricia Daughtrey - 9438 Daughtrey Road, Sarasota Florida 34266
   863-441-3387
   Mrs.pattyd@yahoo.com

3. Robert Flint - 2442 Northwest Flint Road, Arcadia, Florida 34266
   863-990-0932
   Flintfarms5277@yahoo.com

4. Sam Esber, P.L.S. - 5914 Palmer Blvd., Sarasota FL 34232
   941-379-8831
   Asepls4349@gmail.com

**Was there property damage?** Yes

- What property was damaged? Years of damage blocking use of the property with RICO gang of locals tied to multiple racketeering cases, including Gilberti vs Pentagon, et al.
- What is the approximate value of the damaged property? Over $50million
- Do you have documentation of the property loss? (Receipts, repair estimates, repair bills? Available upon request.

**Do you have any other photographs or materials related to the incident (Ex.: text messages, emails, voicemails, surveillance video, etc.)? Please describe or attach any relevant documentation:**

See Attached documentation with more detail available upon request.

## - THE CRIME -

**Please give a brief recitation of the facts.** (attach an additional page, if necessary):

Ryan Snyder and suspects set a foreclosure sale through advertisement for over 2300 acres and 6 separate parcels of land late August 2020 and SWITCHED OUT THE LEGAL DESCRIPTION, per the Clerk, the DAY OF THE SALE on OCTOBER 5, 2020.

Ryan Snyder and suspects replaced the legal with a 96acre homestead parcel where Daughtrey was reserved in Bankruptcy Court, so it only bid to $185,001.00 dollars for a massive advertisement of over 2300 acres and six parcels.

Sarasota Commissioners and Environmental Staff with FDEP coordinated stealing $3.5mil in Environmental easement funds, buying a 1000acre easement in the process when they simple could have PURCHASED THE WHOLE PROPERTY for $185,002.00 dollars? Demonstrating the RACKETTEERING with Tallahassee Water Supply funding and easements being played to pump polluted rivers from Desoto INTO Sarasota Taps for another 20yrs knowing this underground river existed showing WHITE COLLAR CRIMES involving Commissioners, Cops and Judges in region.

A copy of the LIES and they suspects on the stand in Hillsborough County in front of Judge Lynne Goudie on January 28, 2022 is shown below in link and is Public record for Hillsborough Case, State vs Gilberti – **Case 16-CF-10976-A.**

**THIS VIDEO IS FULL PROOF OF SUSPECTS TESTIFYING TO THE FRAUD ON STAND BLAMING EACH OTHER AND THE COUNTY STATE ATTORNEYS OFFICE IN SARASOTA!! ED BRODSKI AND CHRIS HALLET WITH MARK ADAMS, ESQ.**

https://drive.google.com/file/d/18Ni8fvpTDwVmIbWgcwlvX97QILDZbMZ/view?usp=drive_web

This video zoom hearing is public record at Hillsborough County Clerk of Court to the public if link is not available for case 16-CF-10976-A, where Judge Mark Wolfe, Public Defender Chris Shaw, and State Attorneys April Johnson, Andrew Warrens office and more fabricated emails with Pam Bondi and Mark Ober to subdue Defendant illegally timed with lien cases, record terrorism acts based on emails or engineering submittals to FDEP, as shown in Gilberti vs Desantis, et. al, docketing at the US Supreme Court with Sarasota county commissioners, just like this many Sarasota related RICO cases have shown.

This was the only online sale for Sarasota that day with the Sheriff and County comptroller and online auction system.

This sale was from a Sarasota foreclosure in dispute, that involves a unique hidden US Resource for Water Supply, a gang of FDEP and EPA agencies and local developers have been hiding, giving him a Motive to do so.

**What is your desired outcome for the case?** To have suspects arrested for crimes and land returned to the proper owners and to move all their cows off the property immediately that could be damaging a critical US Water Supply resource with their actions and crimes against Humanity documented as related to hiding and doing this Land Grab with Sheriff Hoffman and Det Wyche of Sarasota County.

I swear and affirm the information on this form is true and correct

**Complainant's Signature** Joe Gilberti PE

Date: August 9, 2022 Joseph Gilberti, P.E.

## FLORIDA LAWS RELATED TO COMPLAINT AND CRIMES BY SUSPECTS

**817.29 Cheating.**—Whoever is convicted of any gross fraud or cheat at common law shall be guilty of a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

**History.**—s. 54, ch. 1637, 1868; RS 2475; GS 3344; RGS 5187; CGL 7290; s. 860, ch. 71-136.

**817.535 Unlawful filing of false documents or records against real or personal property.**—

(2)(a)A person who files or directs a filer to file, with the intent to defraud or harass another, any instrument containing a materially false, fictitious, or fraudulent statement or representation that purports to affect an owner's interest in the property described in the instrument commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)A person who violates paragraph (a) a second or subsequent time commits a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(3)If a person is convicted of violating subsection (2) and the owner of the property subject to the false instrument is a public officer or employee, the offense shall be reclassified as follows:

(a)In the case of a felony of the third degree, to a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)In the case of a felony of the second degree, to a felony of the first degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(4)(a)If a person is convicted of violating subsection (2) and the person committed the offense while incarcerated in a jail or correctional institution or while participating in a pretrial diversion program under any form of pretrial release or bond, on probation or parole, or under any post release supervision, the offense shall be reclassified as follows:

1.In the case of a felony of the third degree, to a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

2.In the case of a felony of the second degree, to a felony of the first degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)If a person's offense has been reclassified pursuant to this subsection, the sentencing court shall issue a written finding that the offense occurred while incarcerated in a jail or correctional institution and direct that a copy of the written finding and judgment of conviction be forwarded to the appropriate state institution or county facility for consideration of disciplinary action and forfeiture of all gain-time or any early release credits accumulated up to the date of the violation.

(5)If the person is convicted of violating subsection (2) and the owner of the property covered by the false instrument incurs financial loss as a result of the instrument being recorded in the official record, including costs and attorney fees incurred in correcting, sealing, or removing the false instrument from the official record as described herein, the offense shall be reclassified as follows:

(a)In the case of a felony of the third degree, to a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)In the case of a felony of the second degree, to a felony of the first degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(6)A person who fraudulently records a claim of lien in the official records pursuant to part I of chapter 713 is subject to the fraud provisions of s. 713.31 and not this section.

(7)If a person is convicted of violating this section, the sentencing court shall issue an order declaring the instrument forming the basis of the conviction null and void and may enjoin the person from filing any instrument in an official record absent prior review and approval for filing by a circuit or county court judge. The sentencing court may also order the instrument forming the basis of the conviction sealed from the official record and removed from any applicable electronic database used for recording instruments in the official record.

(8)(a)Any person adversely affected by an instrument filed in the official record which contains a materially false, fictitious, or fraudulent statement or representation has a civil cause of action under this section without regard to whether criminal charges are pursued under subsection (2). A notice of lis pendens in accord with s. 48.23 shall be filed which specifically describes the instrument under challenge and the real or personal property affected by the instrument.

(b)Upon a finding that the instrument contains a materially false, fictitious, or fraudulent statement or representation such that the instrument does not establish a legitimate property or lien interest in favor of another person:

1.The court shall determine whether the entire instrument or certain parts thereof are null and void ab initio. If the court finds the instrument void in its entirety, it may order the instrument sealed from the official record and removed from any electronic database used for indexing or locating instruments in the official record. The court may also, permanently or for a period of time, enjoin the defendant who filed the instrument or who directed the filer to file the instrument from filing or directing a person to file an instrument in the official records without prior review and approval for filing by a circuit or county court judge, provided that as to third parties who may have given value for an interest described or granted by any instrument filed in violation of the injunction, the instrument shall be deemed validly filed and provides constructive notice, notwithstanding any failure to comply with the terms of the injunction.

2.Upon a finding of intent to defraud or harass, the court or jury shall award actual damages and punitive damages, subject to the criteria in s. 768.72, to the person adversely affected by the instrument. The court may also levy a civil penalty of $2,500 for each instrument determined to be in violation of subsection (2).

3.The court may grant such other relief or remedy that the court determines is just and proper within its sound judicial discretion.

(c)The prevailing party in such a suit is entitled to recover costs and reasonable attorney fees.

(d)The custodian of any official record shall, upon payment of appropriate fees, provide a certified copy of the sealed instrument to the party seeking relief under this section for use in subsequent court proceedings; in addressing or correcting adverse effects upon the person's credit or property rights, or reporting the matter for investigation and prosecution; or in response to a subpoena seeking the instrument for criminal investigative or prosecution purposes.

(e)Upon request, the custodian of any official record shall, upon payment of appropriate fees, provide a certified copy of the sealed instrument to any federal, state, or local law enforcement agency.

(f)If feasible, the custodian of the official record where the instrument is recorded shall record any court order finding that the instrument is null and void in its entirety or in certain parts thereof.

(g)An instrument removed from an electronic database used for recording instruments in the public record pursuant to this section shall be maintained in a manner in which the instrument can be reduced to paper form.

(9)A government agency may provide legal representation to a public officer or employee if the instrument at issue appears to have been filed to defraud or harass the public officer or employee in his or her official capacity. If the public officer or employee is the prevailing party, the award of reasonable attorney fees shall be paid to the government agency that provided the legal representation.

(10)This section does not apply to the procedures for sealing or expunging criminal history records as provided in chapter 943.

History.—s. 1, ch. 2013-228.

**817.54 Obtaining of mortgage, mortgage note, promissory note, etc., by false representation.—** Any person who, with intent to defraud, obtains any mortgage, mortgage note, promissory note or other instrument evidencing a debt from any person or obtains the signature of any person to any mortgage, mortgage note, promissory note or other instrument evidencing a debt by color or aid of fraudulent or false representation or pretenses, or obtains the signature of any person to a mortgage, mortgage note, promissory note, or other instrument evidencing a debt, the false making whereof would be punishable as forgery, shall be guilty of a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

History.—s. 1, ch. 63-142; s. 880, ch. 71-136.

**817.545 Mortgage fraud.—**

(2)A person commits the offense of mortgage fraud if, with the intent to defraud, the person knowingly:

(a)Makes any material misstatement, misrepresentation, or omission during the mortgage lending process with the intention that the misstatement, misrepresentation, or omission will be relied on by a mortgage lender, borrower, or any other person or entity involved in the mortgage lending process; however, omissions on a loan application regarding employment, income, or assets for a loan which does not require this information are not considered a material omission for purposes of this subsection.

(b)Uses or facilitates the use of any material misstatement, misrepresentation, or omission during the mortgage lending process with the intention that the material misstatement, misrepresentation, or omission will be relied on by a mortgage lender, borrower, or any other person or entity involved in the mortgage lending process; however, omissions on a loan application regarding employment, income, or assets for a loan which does not require this information are not considered a material omission for purposes of this subsection.

(c)Receives any proceeds or any other funds in connection with the mortgage lending process that the person knew resulted from a violation of paragraph (a) or paragraph (b).

(d)Files or causes to be filed with the clerk of the circuit court for any county of this state a document involved in the mortgage lending process which contains a material misstatement, misrepresentation, or omission.

(3)An offense of mortgage fraud may not be predicated solely upon information lawfully disclosed under federal disclosure laws, regulations, or interpretations related to the mortgage lending process.

(4)For the purpose of venue under this section, any violation of this section is considered to have been committed:

(a)In the county in which the real property is located; or

(b)In any county in which a material act was performed in furtherance of the violation.

(5)(a)Any person who violates subsection (2) commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)Any person who violates subsection (2), and the loan value stated on documents used in the mortgage lending process exceeds $100,000, commits a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

History.—s. 13, ch. 2007-182; s. 2, ch. 2008-80.

# EXHIBIT A


Gilbert Water Company
(Not Included)
Daughtrey
Ranch
(Not Included)
72
1011-00-1000
1029-00-1000
1035-00-1000
1037-00-1000
Not Included

Monday October 5, 2020

< < Previous Auction    Current    Next Auction > >

Pursuant to new legislation effective July 1, 2008, F.S. 45.031(10), and F.S. 197.542 (4)(a),(b) the Clerk may conduct the sale of real or personal property under an order or judgment by electronic means, and tax deed sales in lieu of public outcry.

Running Auctions

**There are no cases currently being auctioned.**

Auctions Closed or Canceled

page 1 of 1

| | | |
|---|---|---|
| Auction Sold<br>10/05/2020 09:00 AM ET | Auction Type: | FORECLOSURE |
| | Case #: | 2011 CA 004300 NC |
| | Final Judgment Amount: | $5,470,618.47 |
| Amount<br>$185,003.00 | Parcel ID: | 1011001030 |
| | Property Address: | 3420 DAUGHTRY RD<br>SIDELL, 34266 |
| Sold To<br>Plaintiff | Assessed Value: | $87,487.00 |
| | Plaintiff Max Bid: | Hidden |

page 1 of 1

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com


About the Program |
Bill Furst
Info/Help
Parcel Search
By Shape
By Value
Features selected: 1
Account: [redacted]
Name: DAUGHTREY JR CECIL
Name 2:
SARASOTA COUNT...

# Sarasota County Receipt of Transaction

## Receipt # 2020078211

Karen Rushing
Clerk of the Circuit Court and County Comptroller
Sarasota County, Florida
www.SarasotaClerk.com

**Received From:**
Ryan Snyder
2025 Lakewood Ranch Blvd, Suite 102
Bradenton, FL 34211

**On Behalf Of:**

On: 10/9/20 10:37 am By: realauction
Transaction # 10102740

**CaseNumber 2011 CA 004209 NC**

| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (SUMCIRE) SUMMONS CIRCUIT EFILED - REQUEST | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (CPLFCL3) COMPLAINT FORECLSE >$250,000 | 1905.00 | 1905.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (SUMCIRE) SUMMONS CIRCUIT EFILED - REQUEST | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (SUMALICIRE) SUMMONS ALIAS CIRCUIT EFILED RE | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (SUMCIRE) SUMMONS CIRCUIT EFILED - REQUEST | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (FCLDOCSTP) FORECLOSURE DOCUMENTARY STA | 1295.70 | 0.00 | 0.00 | 1295.70 | 1295.70 | 0.00 |
| **Total:** | **3240.70** | **1945.00** | **0.00** | **1295.70** | **1295.70** | **0.0** |
| **Grand Total:** | **3240.70** | **1945.00** | **0.00** | **1295.70** | **1295.70** | **0.00** |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| Real Auction | | [illegible] | 1295.70 | 0.00 | 0.00 | 0.00 | 1295.70 |
| | | **Payments Total:** | **1295.70** | **0.00** | **0.00** | **0.00** | **1295.7** |

**Sarasota County**
**Clerk of Courts**
**FORECLOSURE SALE**
**BID LOG**

72 PARTNERS LLC A FLORIDA LIMITED LIABILITY COMPANY
Plaintiff

Case Number: 2011 CA 004209 NC

Sale Date: 10/05/2020

Vs.

CECIL DAUGHTREY JR; ET AL.
Defendant

**Presale Bids**

| Bidder ID | Bidder Name | Bid | Date/Time | IP Address |
|---|---|---|---|---|
| 5787 | STEVE BARNHARDT | $100,000.00 | 09/24/2020 11:53:58 AM | 73.255.145.178 |
| 9313 | Benjie Sperling | $69,000.00 | 10/03/2020 07:47:10 AM | 66.176.239.221 |
| 30559 | AMILCAR JIMENEZ** | $1.00 | 10/04/2020 12:55:15 AM | 174.48.179.124 |
| 28589 | Vernon Borntreger | $10.00 | 10/05/2020 08:49:42 AM | 107.77.216.92 |
| 26719 | sevim tavlan | $1,000.00 | 10/05/2020 08:58:02 AM | 47.200.97.166 |

**Auction**

| | | | | |
|---|---|---|---|---|
| | **Auction Open** | | 10/05/2020 09:00:00 AM | |
| 8700 | Plaintiff | *$100,001.00 | | |
| 9313 | Benjie Sperling | * $100,002.00 | 10/05/2020 09:01:31 AM | 66.176.239.221 |
| 8700 | Plaintiff | *$100,003.00 | | |
| 28589 | Vernon Borntreger | * $105,000.00 | 10/05/2020 09:01:38 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$105,001.00 | | |
| 28589 | Vernon Borntreger | * $110,000.00 | 10/05/2020 09:01:54 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$110,001.00 | | |
| 28589 | Vernon Borntreger | * $115,000.00 | 10/05/2020 09:02:07 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$115,001.00 | | |
| 28589 | Vernon Borntreger | * $120,002.00 | 10/05/2020 09:02:31 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$120,003.00 | | |
| 28589 | Vernon Borntreger | * $122,006.00 | 10/05/2020 09:03:03 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$122,007.00 | | |
| 28589 | Vernon Borntreger | * $128,000.00 | 10/05/2020 09:03:15 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$128,001.00 | | |
| 28589 | Vernon Borntreger | * $135,000.00 | 10/05/2020 09:03:33 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$135,001.00 | | |
| 9313 | Benjie Sperling | * $135,002.00 | 10/05/2020 09:03:41 AM | 66.176.239.221 |
| 8700 | Plaintiff | *$135,003.00 | | |

| | | | | |
|---|---|---|---|---|
| 28589 | Vernon Borntreger | * $139,000.00 | 10/05/2020 09:03:44 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$139,001.00 | | |
| 28589 | Vernon Borntreger | * $148,000.00 | 10/05/2020 09:03:56 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$148,001.00 | | |
| 28589 | Vernon Borntreger | * $150,000.00 | 10/05/2020 09:04:10 AM | 107.77.216.92 |
| 8700 | Plaintiff | *$150,001.00 | | |
| 9313 | Benjie Sperling | * $168,900.00 | 10/05/2020 09:04:19 AM | 66.176.239.221 |
| 8700 | Plaintiff | *$168,901.00 | | |
| 9313 | Benjie Sperling | * $168,999.00 | 10/05/2020 09:04:48 AM | 66.176.239.221 |
| 8700 | Plaintiff | *$169,000.00 | | |
| 9313 | Benjie Sperling | * $175,000.00 | 10/05/2020 09:05:44 AM | 66.176.239.221 |
| 8700 | Plaintiff | *$175,001.00 | | |
| 9313 | Benjie Sperling | * $184,999.00 | 10/05/2020 09:06:18 AM | 66.176.239.221 |
| 8700 | Plaintiff | *$185,000.00 | | |
| 9313 | Benjie Sperling | * $185,002.00 | 10/05/2020 09:06:52 AM | 66.176.239.221 |
| 8700 | Plaintiff | *$185,003.00 | | |
| | **Auction Closed** | | 10/05/2020 09:08:00 AM | |

**The final bid was made by:** 72 PARTNERS LLC

**In the total amount of:** $185,003.00

| | |
|---|---|
| **Final Bid Amount:** | $185,003.00 |
| **Clerk Fees:** | $0.00 |
| **Doc Stamps:** | $1,295.70 |
| **Total Due:** | $1,295.70 |

* = Bid via Proxy
** = Not Enough Deposit

Filing # 113228332 E-Filed 09/11/2020 01:24:47 PM

Serial Number
20-01738S

Business Observer

Published Weekly
Sarasota, Sarasota County, Florida

COUNTY OF SARASOTA

2011-CA-004209 NC

STATE OF FLORIDA

Before the undersigned authority personally appeared Karen Ovadia who on oath says that he/she is Publisher's Representative of the Business Observer a weekly newspaper published at Sarasota, Sarasota County, Florida; that the attached copy of advertisement,

being a Notice of Sale

in the matter of 72 Partners LLC vs. Cecil Dougherty Jr et al

in the Circuit Court, was published in said newspaper in the

issues of 9/4/2020, 9/11/2020

See Attached

Affiant further says that the said Business Observer is a newspaper published at Sarasota, Sarasota County, Florida, and that said newspaper has heretofore been continuously published and has been entered as periodicals matter at the Post Office in Sarasota in said Sarasota County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement, and affiant further says that he/she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper.
*This Notice was placed on the newspaper's website and floridapublicnotices.com on the same day the notice appeared in the newspaper.

Karen Ovadia

Karen Ovadia

Sworn to and subscribed, and personally appeared by physical presence before me,

11th day of September, 2020 A.D.

by Karen Ovadia who is personally known to me.

Notary Public, State of Florida
(SEAL)

Tad Hong
Commission # GG311445
Expires: March 15, 2023
Bonded Thru Aaron Notary

NOTICE OF SALE
IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA

**Case No.: [illegible]**

**72 PARTNERS, LLC**
**Plaintiff, v.**
**CECIL DAUGHTREY JR., et al.**
**Defendants**

Notice is hereby given pursuant to the Final Judgment entered in the above noted case, that Karen E. Rushing, Clerk of the Circuit Court, will sell the following property situated in Sarasota County, Florida described as:

All that part of Section 1, Township [illegible] South, Range [illegible] East, lying North of State Road 72. All Section 2, Township [illegible] South, Range [illegible] East, LESS right of way for State Road 72. All Section 11, Township [illegible] South, Range [illegible] East. The North 1/2 and the West 1/2 of the South 1/2 of Section 14, Township [illegible] South, Range [illegible] East. All of Section 15, Township [illegible] South, Range [illegible] East, LESS railroad right of way. The West 1/2 of Section 10, Township [illegible] South, Range [illegible] East, LESS a parcel of land in Sections 2, 11, 14 and 15, lying within the following described parcel: Begin at the NW corner of said Section 11; thence South [illegible] degrees [illegible] West, [illegible] feet to the SW corner of said Section 11, thence South [illegible] degrees [illegible] West, [illegible] feet to the SW corner of said Section 15; thence South [illegible] degrees [illegible] West, [illegible] feet; thence South [illegible] degrees [illegible] East, [illegible] feet; thence North [illegible] degrees [illegible] East, [illegible] feet to the South Right-of-Way line of State Road 72; thence North [illegible] degrees [illegible] West, [illegible] feet along said South Right-of-Way of State Road 72; thence along said South Right-of-Way of State Road 72, Northwesterly along a curve to the right [illegible] feet to the West line of said Section 2; thence South [illegible] degrees [illegible] West, [illegible] feet to the Point of Beginning. LESS Oil and Mineral Rights, all lying and being in Sarasota County, Florida.

LESS AND EXCEPT THE FOLLOWING:

A part of Section 1 and Section 2, Township [illegible] South, Range [illegible] East, Sarasota County, Florida lying North of the North maintained right-of-way of State Road No. 72 described as follows: Begin at the Northwest corner of said Section 1, for POINT OF BEGINNING; thence [illegible] E along the North line of said Section 1, [illegible] feet; thence S [illegible] W and parallel to the West line of said Section 1, [illegible] feet; thence N [illegible] W and parallel to the North line of said Section 1, [illegible] feet to a point on the East line of said Section 2; thence N [illegible] W, [illegible] feet; thence S [illegible] W and parallel to the East line of said Section 2, [illegible] feet to a point on the North maintained right-of-way of said State Road No. 72; thence along said North maintained right-of-way the following two courses: thence [illegible] W, [illegible] feet; thence [illegible] W, [illegible] feet; thence N [illegible] E and parallel to the East line of said Section 2, [illegible] feet; thence N [illegible] W, [illegible] feet; thence N [illegible] E and parallel to the East line of said Section 2, [illegible] feet to a point on the North line of said Section 2; thence N [illegible] E along the North line of said Section 2, [illegible] feet to the POINT OF BEGINNING.

at public sale, to the highest and best bidder for cash, via the internet at www.sarasota.realforeclose.com, at [illegible] a.m. on October [illegible], 2020. The highest bidder shall immediately post with the Clerk, a deposit equal to 5% of the final bid. The deposit must be cash or cashier's check payable to the Clerk of the Circuit Court. Final payment must be made on or before [illegible] p.m. of the date of the sale by cash or cashier's check.

IF YOU ARE A PERSON CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS. AFTER 60 DAYS, ONLY THE OWNER OF RECORD AS OF THE DATE OF THE LIS PENDENS MAY CLAIM THE SURPLUS.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Sarasota County Jury Office, P.O. Box [illegible], Sarasota, Florida [illegible], [illegible], at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711. Personal Representative

/s/ Ryan L. Snyder
Ryan L. Snyder
Florida Bar No. [illegible]
Attorney for Plaintiff
SNYDER LAW GROUP, P.A.
[illegible] Lakewood Ranch Blvd.
Suite [illegible]
Bradenton, FL [illegible]
Telephone: [illegible]
Facsimile: [illegible]
E-mail: [illegible]
September [illegible], 2020 [illegible]

☒ IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA
☐ IN THE COUNTY COURT IN AND FOR SARASOTA COUNTY, FLORIDA

| DIVISION: | CASE NUMBER: |
|---|---|
| CIVIL | 2011 CA 004209 NC |

72 PARTNERS LLC A FLORIDA LIMITED LIABILITY COMPANY
**PLAINTIFF(s)**

**VS.**

CECIL DAUGHTREY JR; ET AL
**DEFENDANT(s)**

**CERTIFICATE OF SALE**

The undersigned Clerk of the Circuit Court certifies that notice of public sale of the property described in the Order or Final Judgment was published in the Business Observer, a newspaper circulated in Sarasota County, Florida, in the manner shown by the Proof of Publication attached, and on October 05, 2020 the property was offered for public sale to the highest and best bidder for cash. The highest and best bid received for the property in the amount of $185,003.00 was submitted by 72 PARTNERS LLC to whom the property was sold. The proceeds of the sale are retained for distribution in accordance with the Order or Final Judgment.

WITNESS my hand and the seal of said Court on October 05, 2020

**KAREN E. RUSHING**
**CLERK OF THE CIRCUIT COURT**
**BY** [signature] **DATE** October 05, 2020
Deputy Clerk

Filing # 113228332 E-Filed 09/11/2020 01:24:47 PM

Serial Number
20-01736S

Business Observer

Published Weekly
Sarasota, Sarasota County, Florida

COUNTY OF SARASOTA

2011 CA 004209 NC

STATE OF FLORIDA

Before the undersigned authority personally appeared Karen Ovadia who on oath says that he/she is Publisher's Representative of the Business Observer a weekly newspaper published at Sarasota, Sarasota County, Florida; that the attached copy of advertisement,

being a Notice of Sale

in the matter of 72 Partners LLC vs. Cecil Dougherty Jr et al

in the Circuit Court, was published in said newspaper in the

issues of 9/4/2020, 9/11/2020

See Attached

Affiant further says that the said Business Observer is a newspaper published at Sarasota, Sarasota County, Florida, and that said newspaper has heretofore been continuously published and has been entered as periodicals matter at the Post Office in Sarasota in said Sarasota County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement, and affiant further says that he/she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper.
*This Notice was placed on the newspaper's website and floridapublicnotices.com on the same day the notice appeared in the newspaper.

Karen Ovadia

Sworn to and subscribed, and personally appeared by physical presence before me,

11th day of September, 2020 A.D.

by Karen Ovadia who is personally known to me.

Notary Public, State of Florida
(SEAL)

Tad Hong
Commission # GG311440
Expires March 13, 2023
Bonded Thru Aaron Notary

NOTICE OF SALE
IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA

**Case No.: 2013-CA-00[illegible] NC**
**72 PARTNERS, LLC**
**Plaintiff, v.**
**CECIL DAUGHTREY JR., et al.**
**Defendants**

Notice is hereby given pursuant to the Final Judgment entered in the above noted case, that Karen E. Rushing Clerk of the Circuit Court, will sell the following property situated in Sarasota County, Florida described as:

All that part of Section 1, Township 38 South, Range 22 East, lying North of State Road 72. All Section 2, Township 38 South, Range 22 East, LESS right of way for State Road 72. All Section 11, Township 38 South, Range 22 East. The North 1/2 and the West 1/4 of the South 1/2 of Section 14, Township 38 South, Range 22 East. All of Section 15, Township 38 South, Range 22 East, LESS railroad right of way. The West 1/2 of Section 10, Township 38 South, Range 22 East, LESS a parcel of land in Sections 2, 11, 14 and 15, lying within the following described parcel: Begin at the NW corner of said Section 11; thence South 00 degrees [illegible] West, [illegible] feet to the SW corner of said Section 11, thence North [illegible] degrees [illegible] West, [illegible] feet to the NW corner of said Section 15; thence South [illegible] degrees [illegible] West, [illegible] feet; thence South [illegible] degrees [illegible] East, [illegible] feet; thence North [illegible] degrees [illegible] East, [illegible] feet to the South Right-of-Way line of State Road 72; thence South [illegible] degrees [illegible] West, [illegible] feet along said South Right-of-Way of State Road 72; thence along said South Right-of-Way of State Road 72, Southwesterly along a curve to the right [illegible] feet to the West line of said Section 2; thence South [illegible] degrees [illegible] West, [illegible] feet to the Point of Beginning. LESS Oil and Mineral Rights, all lying and being in Sarasota County, Florida

LESS AND EXCEPT THE FOLLOWING:

A part of Section 1 and Section 2, Township 38 South, Range 22 East, Sarasota County, Florida lying North of the North maintained right-of-way of State Road No. 72 described as follows: Begin at the Northwest corner of said Section 1, for POINT OF BEGINNING; thence [illegible] E along the North line of said Section 1, [illegible] feet; thence S [illegible] W and parallel to the West line of said Section 1, [illegible] feet; thence N [illegible] W and parallel to the North line of said Section 1, [illegible] feet to a point on the East line of said Section 2; thence N [illegible] W, [illegible] feet; thence S [illegible] W and parallel to the East line of said Section 2, [illegible] feet to a point on the North maintained right-of-way of said State Road No. 72; thence along said North maintained right-of-way the following two courses: thence N [illegible] W, [illegible] feet; thence S [illegible] W, [illegible] feet; thence N [illegible] E and parallel to the East line of said Section 2, [illegible] feet; thence N [illegible] W, [illegible] feet; thence N [illegible] E and parallel to the East line of said Section 2, [illegible] feet to a point on the North line of said Section 2; thence N [illegible] E along the North line of said Section 2, [illegible] feet to the POINT OF BEGINNING.

at public sale, to the highest and best bidder for cash, via the internet at www.sarasota.realforeclose.com, at 9:00 a.m. on October [illegible], 2020. The highest bidder shall immediately post with the Clerk, a deposit equal to 5% of the final bid. The deposit must be cash or cashier's check payable to the Clerk of the Circuit Court. Final payment must be made on or before 4:00 p.m. of the date of the sale by cash or cashier's check.

IF YOU ARE A PERSON CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS. AFTER 60 DAYS, ONLY THE OWNER OF RECORD AS OF THE DATE OF THE LIS PENDENS MAY CLAIM THE SURPLUS.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Sarasota County Jury Office, P.O. Box 3079, Sarasota, Florida 34230-3079, (941)861-7400, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711. Personal Representative

/s/ Ryan L. Snyder
Ryan L. Snyder
Florida Bar No. [illegible]
Attorney for Plaintiff
SNYDER LAW GROUP, P.A.
[illegible] Lakewood Ranch Blvd.
Suite [illegible]
Bradenton, FL 34211
Telephone: (941) 747-[illegible]
Facsimile: (941) 747-[illegible]
E-mail: [illegible]@snyderlawgroup.com
September 4, 11, 2020 [illegible]

# EXHIBIT A

Homestead parcel with access issues from S.R. 72
Needs evidentiary hearing with survey expert work as no established FDOT Right of Way at State Recorded

Professional Surveyor Affidavit on Parcels and Bankruptcy deeds.






PDF Created with deskPDF PDF Creator X - Trial :: http://www.docudesk.com

**AFFIDAVIT**

STATE OF FLORIDA

COUNTY OF LEE

BEFORE ME, the undersigned authority, personally appeared, ALEX S. ESBER, who was sworn and says, under penalty of perjury that the following allegations are true and correct and made on personal knowledge and that the Affiant is over the age of eighteen (18) and is competent to testify to the matters stated:

1. Affiant's name is Alex S. Esber.
2. Affiant's address is 3712 75th Drive East, Sarasota Florida 34243.
3. Affiant is a Professional Surveyor and Mapper, State of Florida License No. 4349.
4. Affiant has been a licensed professional surveyor and mapper in the State of Florida for over 34 years.
5. Affiant's responsibilities include preparing, reviewing, tracing, and plotting legal descriptions, also ownerships and property rights in addition to preparing and certifying surveys of the same.
6. Affiant was engaged by Cecil Daughtrey, Jr., to review the legal descriptions language attached to the mortgage as Exhibit "A," recorded in the official records of Sarasota County, Instrument # 2010072083, the same legal is also attached to "Subordination, Non-disturbance and Attornment Agreement" recorded in the official records of Sarasota County, Instrument # 2010072085; several legal descriptions attached to or included in Court Case 2011 CA 004209 NC; legal description from Sarasota County Property Appraiser Website, Parcel No. 1011-00-1030, reflecting an acreage of said parcel as 96 acres, relative to the property ownership of Cecil Daughtrey.
7. Affiant certifies that he did review the legal description language attached to the mortgage as Exhibit "A," recorded in the official records of Sarasota County, Instrument # 2010072083; said legal also attached to "Subordination, Non-disturbance and Attornment Agreement" recorded in the official records

of Sarasota County, Instrument # 2010072085; several legal descriptions attached to or included in Court Case 2011 CA 004209 NC and, (a) said legal descriptions are defective; (b) said legal descriptions do not definitively describe the property of Cecil Daughtrey, Jr. and Patricia A. Daughtrey; (c) said legal description does not encompass the property of Cecil Daughtrey, Jr. and Patricia A. Daughtrey.

8. Affiant also certifies that he did review the legal description language attached to Sarasota County Property Appraiser Website, Parcel No. 1011-00-1030, reflecting an acreage of said parcel as 96 acres and said legal description attached thereto does not properly describe the 160 acre parcel represented in United States Bankruptcy Court Case 9:13-BK-14831-FMD.

FURTHER AFFIANT SAYETH NAUGHT.

Date: 02/17/2021

Alex S. Esber, PLS

State of Florida

County of Sarasota

Sworn to and subscribed before me this 17 day of February 2021, by Alex S. Esber, who did take an oath and who is personally known to me or he/she produced FlDL E216-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 for identification.

Cynthia Schindler
Signature of Notary Public

Cynthia Schindler
Print, Type, or stamp Commissioned Name of Notary Public

CYNTHIA SCHINDLER
Notary Public - State of Florida
Commission # GG 214181
My Comm. Expires Jul 1, 2022


Imported From IE
About the Program
Bill Furst
Info/Help
Parcel Search
By Shape
By Value
Features selected: 1
Account: [redacted]
Name: DAUGHTREY JR CECIL
Name 2:
SARASOTA COUNT...

Done 19 of 21

# 9438 Daughtry Rd Sidell, Arcadia, FL 34266

Auction Date: 06/22/20 · Status: Canceled · Land , 4,200,881 sqft of Land




Map Satellite

AMPS
AQUIFER MAINTENANCE AND PERFORMANCE SYSTEMS
7146 Haverhill Road • West Palm Beach, FL 33407 • 561-494-2844

November 22, 2021

To Whom It May Concern

Re: CLOSER TO THE HEART

Over the past 13 years I own, supervised & used downhole video units and water quality logging trucks in a variety of areas including Closer to the Heart. Based on the results obtained during our pull back zone testing, water quality is extremely good for both the area and depths, the pH values during zone testing ranged from 7.8 to 11.

If you have any questions about the above information or if we may be of any further assistance please don't hesitate to call. Thank you.

Sincerely,

*Jim Murray*

Jim Murray
President


PDF Created with deskPDF PDF Creator X - Trial :: http://www.docudesk.com




CLOSER TO THE HEART

LANDTECH DESIGN GROUP, INC.

7

**THIS INSTRUMENT PREPARED BY**
Joseph D. Gilberti, Jr., President
LandTech Design Group, Inc.
~~3148 Beaver Pond Trail~~ 385 Denver Ave
~~Valrico, Florida 33596~~ Ft Myers, FL 33931
~~(813) 470-6990~~ 813-482-8512

**Property Appraisers Tax Folio Numbers:**
**1009-00-1000 and 1011-00-1010**

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2014097584
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FL

Doc Stamp-Deed

**WARRANTY DEED**

**THIS INDENTURE**, made this 26th day of July, A.D. 2013 between **Cecil Daughtrey, Jr.** joined by his spouse **Patricia Ann Daughtrey,** whose address is 9438 Daughtrey Road, Sidell, Florida 34266, grantor*, and **Joseph D. Gilberti, Jr.** whose address is 3148 Beaver Pond Trail, Valrico, Florida 33596, grantee*

*"Grantor" and "Grantee" are used for singular and plural, as context requires.

**WITNESSETH** that said grantor, for the consideration of the sum of Ten Dollars ($10.00) and other good and valuable considerations to said grantor I hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Sarasota County, Florida, to wit:

*All that part of Section 1 lying North of State Road No. 72 and all that part of the East 1675.00 feet of Section 2 lying North of State Road No. 72 and the North 2068.04 feet of the West 924.27 feet of the East 2,599.27 feet of said Section 2, all in Township 38 South, Range 22 East, Sarasota County, Florida.*

*Subject to reservations, restrictions and easements of record (360 +/- Acres)*

**TOGETHER WITH:** All tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining, with all oil, gas and mineral rights held by grantor and by Predecessors in title.

**THE ABOVE-DESCRIBED REAL PROPERTY IS NOT THE HOMESTEAD OF THE GRANTOR**

And the said grantor of the first part does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

**IN WITNESS WHEREOF**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Signature of first witness to both

Cecil Daughtrey, Jr.

CARL MUSSELWHITE
Printed name of first witness

Signature of second witness to both

Patricia Ann Daughtrey

Jonathan Forman
Printed name of second witness

**STATE OF FLORIDA**

**COUNTY OF DESOTO**

The foregoing instrument was acknowledged before me this 26th day of July, 2013, by **Cecil Daughtrey, Jr.** joined by his spouse **Patricia Ann Daughtrey**, husband and wife, who are each [✓] personally known to me or who have each produced [ ] a Florida driver's license as identification, and who did/did not take an oath.

Sign ______
Notary Public, State of Florida

Bobbi Jo Forman
Print Notary Name
My Commission Expires: 9/21/13

DD 907737
Commission Number

# SKETCH AND DESCRIPTION

THAT PART OF SECTION 1, TOWNSHIP 38 SOUTH, RANGE 22 EAST, LYING NORTH OF STATE ROAD 72, CONTAINING 328.5 ACRES.

ALSO THAT PART OF THE EAST 1675 FEET OF SECTION 2, TOWNSHIP 38 SOUTH, RANGE 22 EAST, LYING NORTH OF STATE ROAD 72, AND THE NORTH 2038.04 FEET OF THE WEST 324.27 FEET OF THE EAST 2000.27 FEET OF SAID SECTION 2, TOWNSHIP 38, RANGE 22 EAST, CONTAINING 157 ACRES, MORE OR LESS.




## CERTIFICATION

[illegible]

## SURVEYOR'S NOTE

[illegible]

STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of pages 1 through 3 of the instrument filed in this office. The original instrument filed contains 3 pages.
☐ This copy has no redactions. ☐ This copy has been redacted pursuant to law.
Witness my hand and official seal this 12 day of ___ 20__
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: Deputy Clerk

SKETCH AND DESCRIPTION

ESSER & ASSOCIATES
Professional Surveyors

# A Sustainable Water Supply for South Florida

## Revitalizing the Environment, Economy, & Health






**GILBERTI KT HYPOTHESIS - ENDLESS CLEAN WATER, FOOD PROVIDES WORLD PEACE.**

KT Event Impact kills Dinosaurs and tilts Florida Platforms giving access to Oceans Beneath the Earth 400miles below, hidden 40yrs for Cancer Profits & Natural Resource Wars.








- Eliminate Sea Water Intrusion on Water Supply replacing Tap with Spring Water Pipeline – Port Export of Medicine Water pays US Health, Soc Security & Education!
- Reduce Local Withdrawal from Constrained Upper Aquifer & End Florida Water Wars
- Reduce Toxic Waste Disposal in Lower Local Aquifer
- Reduce Carbon Footprint and Mitigate Climate Change & Sea Level Rise
- Make Funds Available for Environmental Conservation, Preservation and Remediation

# Environmental Benefits


ETR

Health Scan Report



- Reestablish Real Estate Values with Alkaline Cancer preventing homes!
- Permit Increased Production
- Create Housing & Science Jobs
- Reduce Energy & Water Costs
- Reduce Future Capital Costs

# Economic Benefits

- Magnesium sulfate helps prevent eclampsia
- Magnesium sulfate decreases maternal mortality.
- Magnesium sulfate has been demonstrated to prevent preterm labors
- High-calcium water is beneficial to bone density
- Calcium & Magnesium improves digestive health
- Calcium & Magnesium reduces gastric, esophageal & ovarian cancer
- Calcium & Magnesium reduce heart disease
- High pH reduces cancer
- "Many renowned scientists have considered hard water as a boon as it has some fantastic health benefits that seem to encourage longer life expectancy and improved health." (Int J Prev Med. Aug 2013; 4(8): 866–875. PMCID: PMC3775162, **Potential Health Impacts of Hard Water,** Pallav Sengupta)

# Health Benefits





Gilberti's Engineer Tech Rob Stampe Doing Business with Gov Scott in 2013.

Rothschild World Bank owns United States Federal Reserve and worth $500 Trillion is willing to pay down entire FEDERAL DEBT in 1-Day if America allows them to fund BLUE GOLD PIPELINES & help PROTECT Israel and other Nations around the World with Gilberti Blue Gold Science to locate more access points for World Peace!

## ROTHSCHILD WORLD BANK HELPS AMERICA GROW

**ETR** Environmental Testing & Research Laboratories

Report #: 11712156
Date : 11/7/2012
P.O.Number: 102 Ck

Same as Client

Matrix: Well Water
Client: Cecil Daughtrey Jr.
Sample Location: 9438 Daughtrey Rd
Sidell FL 34266
Phone (813) 470-6000

This sample taken by Joe Gilberti, P.E. at 3:00:00 PM on 10/24/2012 . Point of collection: Well #2

## Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| ***General Bacteria*** | | | |
| Total Coliform | Absent | Animal or Vegetational Bacteria | 0 |
| Fecal/E. Coli | Absent | Animal Bacteria | 0 |
| ***MicroAnalysis*** | | | |
| MicroAnalysis | See Attached | | |
| ***General Chemistry*** | | | |
| Sodium | 74.05 mg/L | 20.0 mg/L is Mass. DEP Guideline | 250.0 mg/L |
| Potassium | 4.11 mg/L | A Component of Salt | No Limit |
| Copper | Not Detected | Indicates Plumbing Corrosion | 1.30 mg/L |
| Iron | 0.64 mg/L | Brown Stains, Bitter Taste | 0.30 mg/L |
| Manganese | Not Detected | May Cause Laundry Staining | 0.05 mg/L |
| Magnesium | 71.90 mg/L | A Component of Hardness | No Limit |
| Calcium | 116.20 mg/L | A Component of Hardness | No Limit |
| Arsenic | Not Detected | A Toxic Metal | 0.010 mg/L |
| Lead | Not Detected | A Toxic Metal | 0.015 mg/L |
| Zinc | Not Detected | A Toxic Metal | 5.0 mg/L |
| pH | 7.48 SU | Acid/Basic Determination | 6.5 - 8.5 SU |
| Turbidity | 0.49 N.T.U. | Presence of Particles | No Limit |
| Color | Not Detected | Clarity (0), Discoloration (15) | 15.0 C.U. |
| Odor | Not Detected | Odor due to Contamination | 3.0 T.O.N. |
| Conductivity | 1771.0 umhos | Electrical Resistance (umhos/cm) | No Limit |
| T.D.S. | 1,082.6 mg/L | Total Dissolved Minerals Present | 500.0 mg/L |
| Sediment | Absent | Undissolved Solids | Present |
| Alkalinity | 170.0 mg/L | Ability to Neutralize acid | No Limit |
| Chlorine | Not Detected | A Disinfectant | 4.0 mg/L |
| Chloride | 206.13 mg/L | A component of salt | 250.0 mg/L |
| Hardness | 591.2 mg/L | 0 - 75 is considered soft | No Limit |
| Nitrate as Nitrogen | 0.29 mg/L | Indicator of Biological Waste | 10.0 mg/L |
| Nitrite as Nitrogen | Not Detected | Indicator of Waste | 1.0 mg/L |
| Ammonia as Nitrogen | 0.497 mg/L | Indicator of Waste | No Limit |
| Sulfate | 651.40 mg/L | A Mineral, Can Cause Odor | 250.0 mg/L |
| ***Radiochemistry*** | | | |
| Radon in Water | Not Detected | Massachusetts D.E.P. Guideline | 10,000 pCi/L |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

**ETR** Environmental Testing & Research Laboratories

**Report #:** 11712156
**Date :** 11/7/2012
**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water
**Client:** Cecil Daughtrey Jr.
**Sample Location** 9438 Daughtrey Rd
Sidell FL 34266
**Phone** (813) 470-6000

This sample taken by Joe Gilberti, P.E. at 3:00:00 PM on 10/24/2012 . Point of collection: Well #2

## Health Scan Report

| | Results | Public Drinking Water EPA Limits |
|---|---|---|
| ***Organic Analysis*** | | |
| Benzene | Not Detected | 5.0 ug/L |
| Bromobenzene | Not Detected | No Limit |
| Bromochloromethane | Not Detected | No Limit |
| Bromodichloromethane | Not Detected | No Limit |
| Bromoform | Not Detected | No Limit |
| Bromomethane | Not Detected | No Limit |
| n-Butylbenzene | Not Detected | No Limit |
| sec-Butylbenzene | Not Detected | No Limit |
| tert-Butylbenzene | Not Detected | No Limit |
| Carbon-Tetrachloride | Not Detected | 5.0 ug/L |
| Chlorodibromomethane | Not Detected | No Limit |
| Chloroethane | Not Detected | No Limit |
| Chloroform | Not Detected | No Limit |
| Chloromethane | Not Detected | No Limit |
| 1,2-Chlorotoluene | Not Detected | No Limit |
| 1,4-Chlorotoluene | Not Detected | No Limit |
| 1,2-Dibromo-3-chloropropane | Not Detected | No Limit |
| Dibromomethane | Not Detected | No Limit |
| 1,2-Dibromoethane | Not Detected | No Limit |
| 1,3-Dichlorobenzene | Not Detected | No Limit |
| 1,2-Dichlorobenzene | Not Detected | 600.0 ug/L |
| 1,4-Dichlorobenzene | Not Detected | 5.0 ug/L |
| Dichlorodifluoromethane | Not Detected | No Limit |
| 1,1-Dichloroethane | Not Detected | No Limit |
| 1,2-Dichloroethane | Not Detected | 5.0 ug/L |
| 1,1-Dichloroethylene | Not Detected | 7.0 ug/L |
| cis-1,2-Dichloroethene | Not Detected | 70.0 ug/L |
| trans-1,2-dichloroethene | Not Detected | 100.0 ug/L |
| 1,2-Dichloropropane | Not Detected | 5.0 ug/L |
| 1,3-Dichloropropane | Not Detected | No Limit |
| 2,2-Dichloropropane | Not Detected | No Limit |
| 1,1-Dichloropropene | Not Detected | No Limit |
| 1,3-Dichloropropene | Not Detected | No Limit |
| trans-1,3-Dichloropropene | Not Detected | No Limit |
| Ethylbenzene | Not Detected | 700.0 ug/L |
| Fluorotrichloromethane | Not Detected | No Limit |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

**ETR** Environmental Testing & Research Laboratories

**Report #:** 11712156
**Date :** 11/7/2012
**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water
**Client:** Cecil Daughtrey Jr.
**Sample Location:** 9438 Daughtrey Rd
Sidell FL 34266
**Phone** (813) 470-6000

This sample taken by Joe Gilberti, P.E. at 3:00:00 PM on 10/24/2012 . Point of collection: Well #2

## Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| Hexachlorobutadiene | Not Detected | | No Limit |
| Isopropylbenzene | Not Detected | | No Limit |
| Methyl-t-Butyl Ether (MTBE) | Not Detected | Massachusetts DEP Limit | 70.0 ug/L |
| p-Isopropyltoluene | Not Detected | | No Limit |
| Methylene Chloride | Not Detected | | 5.0 ug/L |
| Monochlorobenzene | Not Detected | | 100.0 ug/L |
| Napthalene | Not Detected | | No Limit |
| n-Propylbenzene | Not Detected | | No Limit |
| Styrene | Not Detected | | 100.0 ug/L |
| 1,1,1,2-Tetrachloroethane | Not Detected | | No Limit |
| 1,1,2,2-Tetrachloroethane | Not Detected | | No Limit |
| Tetrachloroethylene | Not Detected | | 5.0 ug/L |
| Toluene | Not Detected | | 1000.0 ug/L |
| 1,2,3-Trichlorobenzene | Not Detected | | No Limit |
| 1,2,4-Trichlorobenzene | Not Detected | | 70.0 ug/L |
| 1,1,1-Trichloroethane | Not Detected | | 200.0 ug/L |
| 1,1,2-Trichloroethane | Not Detected | | 5.0 ug/L |
| Trichloroethylene | Not Detected | | 5.0 ug/L |
| 1,2,3-Trichloropropane | Not Detected | | No Limit |
| 1,2,4-Trimethylbenzene | Not Detected | | No Limit |
| 1,3,5-Trimethylbenzene | Not Detected | | No Limit |
| Vinyl Chloride | Not Detected | | 2.0 ug/L |
| o-Xylene | Not Detected | | T. Xylenes 10K ug/ |
| m+p Xylenes | Not Detected | | T. Xylenes 10K ug/ |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

**Exhibit 2**

Pending Civil Claims on Gilberti Lien being Compromised by Illegal incarceration by Padar in Sarasota County in a Fraud Transfer

Case: 25-2126, 09/02/2025, DktEntry: 1.1, Page 117 of 182

ClerkNet

Home Search Case Lists Logout

[illegible] Return To Search View Printer Friendly Version

Case Details

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | [illegible] | Uniform Case Number: | [illegible] | Case Status: | REOPEN |
| Case File Date: | [illegible] | Last Close Date: | [illegible] | Judge: | [illegible] |

Party Information

| Party Name | Party Type | Attorney (Date Dismissed) |
|---|---|---|
| 72 PARTNERS LLC | Plaintiff | MORRELL, EDUARDO (illegible) |
| GILBERTI FE JOSE | Counter Plaintiff | |
| SARASOTA TAX COLLECTOR | Third Party Defendant | |
| SARASOTA COUNTY PROPERTY APPRAISER | Third Party Defendant | |
| CARLTON LISA | Third Party Defendant | |
| SARASOTA HEALTH DEPARTMENT | Third Party Defendant | [illegible] |
| FEDERAL BUREAU OF INVESTIGATION FBI | Third Party Defendant | |
| CENTRAL INTELLIGENCE AGENCY CIA | Third Party Defendant | |
| DEPARTMENT OF DEFENSE | Third Party Defendant | |
| NASA | Third Party Defendant | |
| NIKKI FRIED FLORIDA AGRICULTURAL COMMISSIONER | Third Party Defendant | |
| FLORIDA CONGRESS | Third Party Defendant | |
| FLORIDA SENATE | Third Party Defendant | |
| US MIDDLE DISTRICT COURT OF FLORIDA | Third Party Defendant | |
| TWELFTH JUDICIAL CIRCUIT COURT OF FLORIDA | Third Party Defendant | |
| THIRTEENTH CIRCUIT COURT OF FLORIDA | Third Party Defendant | |
| TWENTIETH JUDICIAL CIRCUIT COURT OF FLORIDA | Third Party Defendant | |
| SARASOTA PLANNING AND ZONING DEPARTMENT | Third Party Defendant | |
| SARASOTA COUNTY CLERK OF COURT COMPTROLLER | Third Party Defendant | |
| LEE COUNTY HEALTH SYSTEMS | Third Party Defendant | |
| CENTER OF DISEASE CONTROL AND PREVENTION | Third Party Defendant | |
| FLORIDA POWER AND LIGHT NEXTRA | Third Party Defendant | |
| DUKE ENERGY | Third Party Defendant | |
| PEACE RIVER ELECTRIC CORP | Third Party Defendant | |
| EX PRESIDENT DONALD J TRUMP | Third Party Defendant | |
| US SENATOR MARCO RUBIO | Third Party Defendant | |
| US CONGRESSMAN VERN BUCHANAN | Third Party Defendant | |
| BROWARD SHERIFFS OFFICE | Third Party Defendant | |
| BOSTON POLICE DEPARTMENT | Third Party Defendant | |
| US CONGRESSWOMAN MARJORIE TAYLOR GREENE | Third Party Defendant | |
| SNYDER LAW GROUP PA | Third Party Defendant | |
| DADE COUNTY BOARD OF COUNTY COMMISSIONERS | Third Party Defendant | |
| MIAMI DADE WATER AND SEWER DEPT WASD | Third Party Defendant | |
| PALM BEACH COUNTY BOARD OF COUNTY COMMISSIONERS | Third Party Defendant | |
| EX GOVERNOR JEB BUSH | Third Party Defendant | |
| PENTAGON DOD | Third Party Defendant | |
| GILBERTI F E JOSEPH | Defendant | |
| 72 PARTNERS LLC | Counter Defendant | MORRELL, EDUARDO (illegible) |

Case Events

| Date | Time | Location | Description |
|---|---|---|---|
| 07/07/2021 | 04:10 PM | COURTROOM ZOOM | MOTIONS |
| 07/21/2021 | 10:00 AM | COURTROOM ZOOM | MOTIONS |
| 08/28/2024 | 08:30 AM | COURTROOM ZOOM | LACK OF PROSECUTION |

Case Fees

| Fee Description | Total Fee | Amount Paid | Waived Amount |
|---|---|---|---|
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| COMPLAINT REAL PROP $50,000 OR LESS | $400.00 | $400.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| PREPARATION OF APPEAL - BALANCE DUE | $168.50 | $0.00 | $168.50 |
| COMPLAINT COUNTER - CIRCUIT | $300.00 | $300.00 | $0.00 |
| NOTICE OF APPEAL - FILED AND RECORDED | $100.00 | $100.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| ADDITIONAL DEFENDANTS IN EXCESS OF FIVE @ $2.50 PER DEFENDANT | $72.50 | $72.50 | $0.00 |
| SUBPOENA ISSUED | $2.00 | $2.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 |
| NOTICE OF APPEAL - FILED AND RECORDED | $100.00 | $0.00 | $100.00 |

| Fee Description | Total Fee | Amount Paid | Waived Amount |
|---|---|---|---|
| NOTICE OF APPEAL - FILED AND RECORDED | $100.00 | $0.00 | $100.00 |
| TOTAL | $1,790.00 | $1,429.50 | $[illegible] |

Case Docket

Create PDF From Selected

| Docket Date | DIN | Description |
|---|---|---|
| 7/11/2025 | 286 | NOTICE - EVIDENCE |
| [illegible] | 285 | APPEAL - ORDER - 2025-0315 |
| [illegible] | 284 | APPEAL - ORDER - 2025-1452 |
| 7/7/2025 | 283 | NOTICE - EVIDENCE - ONLINE SALE FRAUD TRANSFER BY [illegible] PARTNERS LLC |
| [illegible] | 282 | APPEAL - ORDER - SC2025-[illegible] - 2025-0315 |
| 7/1/2025 | 281 | APPEAL CORRESPONDENCE - 2025-0315 |
| [illegible] | 280 | APPEAL - ORDER - 2025-0315 |
| [illegible] | 279 | THIRD MOTION FOR NEW TRIAL/REHEARING/MOTION TO REOPEN CASE (ORGANIZED FRAUD FEDERAL INDICTMENT) FILED ON BEHALF OF GILBERTI, JOSEPH P E ET AL |
| [illegible] | 278 | ACKNOWLEDGEMENT BY APPELLATE COURT OF NEW APPEAL CASE - AMENDED - 2025-1452 |
| [illegible] | 277 | ACTION: FORWARDED DIN 2[illegible] TO THE SECOND DISTRICT COURT OF APPEAL FOR REVIEW |
| [illegible] | 276 | APPEAL - ORDER - 2025-1452 |
| [illegible] | 275 | APPEAL - ORDER - 2025-1452 |
| [illegible] | 274 | APPEAL - ORDER - 2025-1452 |
| [illegible] | 273 | ACKNOWLEDGEMENT BY APPELLATE COURT OF NEW APPEAL CASE - 2025-1452 |
| [illegible] | 272 | APPEAL - ORDER - 2025-1452 |
| [illegible] | 271 | APPEAL - ORDER - 2025-1452 |
| [illegible] | 270 | INDIGENCY APPLICATION APPROVED |
| [illegible] | 269 | FORWARD NOTICE OF APPEAL TO APPELLATE COURT |
| [illegible] | 268 | APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS |
| [illegible] | 267 | APPEAL - NOTICE |
| [illegible] | 266 | RECEIPT, REVIEW AND ACTION TAKEN REGARDING CORRESPONDENCE |
| [illegible] | 265 | NOTIFICATION AUTOEMAILED TO JUDGE FOR DIN 2[illegible] |
| [illegible] | 264 | FILING - PRO SE |
| [illegible] | 262 | OBJECTION - ORDER DISMISSING CASE BASED ON ONGOING APPEAL AND SUPREME COURT ORDER |
| [illegible] | 260 | ORDER DIRECTING CLERK TO CLOSE FILE |
| [illegible] | 261 | APPEAL - ORDER - SC2025-0[illegible] - 2025-0[illegible] |
| [illegible] | 260 | APPEAL - ORDER FOR WRITTEN OPINION - DENIED - 2025-0[illegible] |
| [illegible] | 259 | ACTION: EMAILED DIN 2[illegible] AND 2[illegible] TO THE JUDICIAL ASSISTANT FOR JUDGE WALKER FOR REVIEW |
| [illegible] | 258 | ACKNOWLEDGEMENT BY APPELLATE COURT OF NEW APPEAL CASE - WRIT - MANDAMUS - SC2025-0[illegible] |
| [illegible] | 257 | NOTIFICATION AUTOEMAILED TO JUDGE FOR DIN 2[illegible] |
| [illegible] | 256 | PETITION FOR WRIT OF MANDAMUS - SC2025-0[illegible] 2025-0315 |
| [illegible] | 255 | APPEAL - ORDER TRANSFERRING PETITION FOR WRIT OF MANDAMUS - SC2025-0[illegible] |
| [illegible] | 254 | ORDER EXTENSION OF TIME - APPEAL - 2025-0315 |
| [illegible] | 253 | APPEAL - ORDER - SC2025-0[illegible] - 2025-0315 |
| [illegible] | 252 | APPEAL - ORDER - SC2025-0[illegible] - 2025-0315 |
| [illegible] | 251 | APPEAL - ORDER - SC2025-0[illegible] - 2025-0[illegible] |
| [illegible] | 250 | ACKNOWLEDGEMENT BY APPELLATE COURT OF NEW APPEAL CASE - SC2025-0[illegible] - 2025-0[illegible] |
| [illegible] | 249 | APPEAL CORRESPONDENCE - 2025-0315 |
| [illegible] | 248 | MOTION - AMENDED - REOPEN CASE - ATTEMPTED SCHOOL SHOOTING |
| [illegible] | 247 | ACKNOWLEDGEMENT BY APPELLATE COURT OF NEW APPEAL CASE - [illegible] |
| [illegible] | 246 | APPEAL - ORDER - 2025-0315 |
| [illegible] | 245 | REQUEST - JUDICIAL REVIEW |
| [illegible] | 244 | APPEAL - ORDER - SC2025-0[illegible] - 2025-0315 |

| Add All | Docket Date | DIN | Description |
|---|---|---|---|
| | 3/18/2025 | 243 | ACKNOWLEDGEMENT BY APPELLATE COURT OF NEW APPEAL CASE - 2025-0315 |
| | 3/18/2025 | 242 | APPEAL CORRESPONDENCE - 2025-0315 |
| | 3/14/2025 | 241 | APPEAL - ORDER - 2025-0315 |
| | 3/4/2025 | 240 | RECORD FORWARDED TO APPELLATE COURT - 2025-0315 |
| | 3/4/2025 | 239 | APPEAL COVERSHEET & INDEX PREPARED AND FORWARDED TO APPELLATE PARTIES - 2025-0315 |
| | 2/27/2025 | 238 | FORWARD NOTICE OF APPEAL - INCLUDING DIN 237 TO APPELLATE COURT |
| | 2/14/2025 | 237 | APPEAL - NOTICE |
| | 2/14/2025 | 236 | ACKNOWLEDGEMENT BY APPELLATE COURT OF NEW APPEAL CASE - AMENDED - 2025-0315 |
| | 2/11/2025 | 235 | APPEAL - ORDER - 2025-0315 |
| | 2/11/2025 | 234 | ACKNOWLEDGEMENT BY APPELLATE COURT OF NEW APPEAL CASE - 2025-0315 |
| | 2/5/2025 | 233 | FORWARD NOTICE OF APPEAL INCLUDING DIN 230 TO APPELLATE COURT |
| | 2/5/2025 | 232 | INDIGENCY APPLICATION APPROVED |
| | 2/4/2025 | 231 | APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS |
| | 2/4/2025 | 230 | APPEAL - NOTICE |
| | 2/4/2025 | 229 | MOTION - REOPEN CASE |
| | 1/7/2025 | 228 | ORDER DIRECTING CLERK TO CLOSE FILE |
| | 1/2/2025 | 227 | MOTION - OTHER |
| | 12/18/2024 | 226 | APPEAL - ORDER DISMISSING APPEAL - 2024-2777 |
| | 11/25/2024 | 225 | APPEAL - ORDER - 2024-2777 |
| | 11/7/2024 | 224 | APPEAL - ORDER - 2024-2777 |
| | 11/5/2024 | 223 | STATEMENT OF JUDICIAL ACTS FOR APPELLATE RECORD |
| | 10/16/2024 | 222 | APPEAL - ORDER - 2024-2777 |
| | 10/16/2024 | 221 | APPEAL - ORDER - 2024-2777 |
| | 10/16/2024 | 220 | APPEAL - ORDER - 2024-2777 |
| | 10/16/2024 | 219 | APPEAL - ORDER - 2024-2777 |
| | 10/15/2024 | 218 | APPEAL - ORDER - 2024-2777 |
| | 10/16/2024 | 217 | ACKNOWLEDGEMENT BY APPELLATE COURT OF NEW APPEAL CASE - 2024-2777 |
| | 10/4/2024 | 216 | FORWARD NOTICE OF APPEAL TO APPELLATE COURT |
| | 10/4/2024 | 215 | MOTION - PRO SE |
| | 10/4/2024 | 214 | APPEAL - NOTICE |
| | 9/23/2024 | 213 | MOTION - PRO SE |
| | 9/23/2024 | 212 | STATEMENT OF JUDICIAL ACTS FOR APPELLATE RECORD |
| | 9/16/2024 | 211 | STATEMENT JUDICIAL ACTS |
| | 9/12/2024 | 210 | ORDER - DENYING REQUEST FOR HEARING TO REOPEN CASE |
| | 9/6/2024 | 209 | MOTION - PRO SE |
| | 9/6/2024 | 208 | REQUEST - JUDICIAL REVIEW RETURNED |
| | 9/4/2024 | 207 | NOTICE |
| | 8/22/2024 | 206 | REQUEST - JUDICIAL REVIEW |
| | 8/28/2024 | 205 | STATEMENT OF JUDICIAL ACTS FOR APPELLATE RECORD |
| | 8/28/2024 | 204 | NOTICE OF FILING - TRANSCRIPT(S) |
| | 8/26/2024 | 203 | REQUEST - HEARING TO REOPEN CASE |
| | 8/26/2024 | 202 | REQUEST - HEARING TO REOPEN CASE |
| | 5/6/2024 | 201 | MAIL RETURNED - 72 PARTNERS LLC |
| | 3/29/2024 | 200 | ORDER OF DISMISSAL FOR LACK OF PROSECUTION FILED AND RECORDED - RECORDED (OR...) - 2024[illegible] |
| | 3/29/2024 | 199 | COURT APPEARANCE RECORD - LOP ORDER FOR DISMISSAL |
| | 2/22/2024 | 198 | COURT EVENT SET EVENT: LACK OF PROSECUTION DATE: Mar 29 2024 9:30AM JUDGE: WALKER, STEPHEN LOCATION: JUCS |
| | 1/22/2024 | 197 | NOTICE OF HEARING - DISMISS FOR FAILURE TO PROSECUTE |
| | 2/17/2023 | 196 | NOTICE - EVIDENCE |
| | 2/1/2023 | 195 | NOTICE - EVIDENCE |
| | 2/6/2023 | 194 | ACTION: EMAILED MANDATE & OPINION TO THE JUDICIAL ASSISTANT FOR JUDGE WALKER, COUNTY COUNSEL AND GAO FOR REVIEW - 2021-2 |
| | 2/3/2023 | 193 | APPEAL MANDATE & OPINION ISSUED ON APPEAL - AFFIRMED - 2021-2770 |

| Add All | Docket Date | DIN | Description |
|---|---|---|---|
| | 1/18/2023 | 192 | NOTICE - EVIDENCE |
| | 1/18/2023 | 191 | APPEAL - ORDER - DENIED - 2021 2775 |
| | 11/10/2022 | 190 | APPEAL - ORDER - 2021 2775 |
| | 9/14/2022 | 189 | NOTICE OF FILING - MOTION TO ABATE (INDICATION FRAUD) |
| | 8/31/2022 | 188 | APPEAL - ORDER - 2021 2775 |
| | 6/14/2022 | 187 | APPEAL - ORDER - 2021 2775 |
| | 6/6/2022 | 186 | NOTICE OF FILING - WRITTEN ORDER FOR FLORIDA SUPREME COURT RECORD |
| | 6/6/2022 | 185 | APPEAL - ORDER DISMISSING CASE - 2022-[illegible], 2021 2775 |
| | 6/6/2022 | 184 | NOTICE OF FILING - IN FEDERAL COURT |
| | 4/27/2022 | 183 | APPEAL - ORDER - 2021 2775 |
| | 3/30/2022 | 182 | RECORD FORWARDED TO APPELLATE COURT |
| | 3/30/2022 | 181 | APPEAL COVERSHEET & INDEX PREPARED AND FORWARDED TO APPELLATE PARTIES - FIRST SUPPLEMENTAL - 2021 2775 |
| | 3/29/2022 | 180 | APPEAL - DIRECTIONS TO CLERK |
| | 3/23/2022 | 179 | ORDER SUPPLEMENTING APPEAL RECORD - 2021 2775 |
| | 3/8/2022 | 178 | NOTICE - MINERAL AND LAND RIGHTS |
| | 3/7/2022 | 177 | NOTICE OF FILING - COURT TRANSCRIPTS OF THE HEARING HELD ON JULY 21, 2021 |
| | 2/17/2022 | 176 | APPEAL - ORDER - DENIED - 2021 2775 |
| | 2/8/2022 | 175 | ORDER - STRIKING MOTION TO DISQUALIFY JUDGE STEPHEN WALKER |
| | 1/26/2022 | 174 | MOTION - TO DISQUALIFY JUDGE |
| | 12/30/2021 | 173 | APPEAL - ORDER - 2021 2775 |
| | 12/14/2021 | 172 | ORDER EXTENSION OF TIME - APPEAL - 2021 2775 |
| | 12/9/2021 | 171 | RECORD FORWARDED TO APPELLATE COURT |
| | 12/9/2021 | 170 | APPEAL COVERSHEET & INDEX PREPARED AND FORWARDED TO APPELLATE PARTIES |
| | 12/9/2021 | 169 | ACTION: INDIGENCY APPLICATION APPROVED FORWARDED TO DOR |
| | 12/8/2021 | 168 | INDIGENCY APPLICATION APPROVED - 2021 2775 |
| | 12/9/2021 | 167 | APPEAL - ORDER |
| | 12/8/2021 | 166 | APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS |
| | 11/19/2021 | 165 | APPEAL - ORDER - 2021 2775 |
| | 11/10/2021 | 164 | APPEAL - ORDER - 2021 2775 |
| | 11/10/2021 | 163 | APPEAL COST SHEET PREPARED & FORWARDED - 2021 2775 |
| | 11/10/2021 | 162 | FEE LETTER FOR PREPARATION OF APPEAL - 2021 2775 |
| | 11/9/2021 | 161 | CORRESPONDENCE - JUDGE - PUBLIC - CHRISTINE GILBERT |
| | 11/4/2021 | 160 | APPEAL - ORDER - 2021 2775 |
| | 10/31/2021 | 159 | ORDER - DENYING MOTION FOR REHEARING |
| | 9/8/2021 | 158 | APPEAL - ORDER - 2021 2775 |
| | 8/8/2021 | 157 | APPEAL - ORDER - 2021 2775 |
| | 8/6/2021 | 156 | ACKNOWLEDGEMENT BY APPELLATE COURT OF NEW APPEAL CASE - 2021 2775 |
| | 8/6/2021 | 155 | FORWARD NOTICE OF APPEAL TO APPELLATE COURT |
| | 8/2/2021 | 154 | PAYMENT $100.00 RECEIPT #[illegible] |
| | 8/2/2021 | 153 | NOTICE OF APPEAL - FILED AND RECORDED - Recorded (OR - [illegible]) |
| | 8/2/2021 | 152 | NOTICE - EXPERT WITNESS |
| | 8/30/2021 | 151 | REQUEST - EMERGENCY FOR HEARING |
| | 8/13/2021 | 150 | MOTION - EMERGENCY FOR REHEARING |
| | 8/13/2021 | 149 | NOTICE - OF REMOVAL |
| | 8/13/2021 | 148 | NOTICE - REMOVAL TO UNITED STATES DISTRICT COURT |
| | 7/28/2021 | 147 | ORDER FILED AND RECORDED - ON MOTION FOR SUMMARY JUDGMENT AND MOTION TO SUBORDINATE - Recorded (OR - [illegible]) |
| | 7/21/2021 | 146 | COURT APPEARANCE RECORD |
| | 7/20/2021 | 145 | REQUEST - FOR CONTINUANCE AND EXTENSION OF COUNTERCLAIM SERVICE TO THIRD PARTY DEFENDANTS |
| | 7/19/2021 | 144 | MOTION - TO QUASH |
| | 7/19/2021 | 143 | NOTICE OF APPEARANCE AND NOTICE OF DESIGNATION OF EMAIL ADDRESS |
| | 7/19/2021 | 142 | RESPONSE - TO MOTION TO ABATE CASE ACTIONS |

| Add All | Docket Date | DIN | Description |
|---|---|---|---|
| | 7/15/2021 | 141 | REQUEST - EMERGENCY REQUEST FOR HEARING TO MAGISTRATE |
| | 7/13/2021 | 140 | MOTION - TO ABATE CASE ACTIONS |
| | 7/13/2021 | 139 | CERTIFICATE - OF SERVICE |
| | 7/11/2021 | 138 | MEMORANDUM - IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGEMENT AS TO QUIET TITLE COUNT |
| | 7/11/2021 | 137 | MOTION - TO COMPEL AND DETERMINE DAMAGES |
| | 7/11/2021 | 136 | REQUEST - HEARING |
| | 6/29/2021 | 135 | ** CANCELLED - COURT EVENT SET EVENT: MOTIONS DATE: Jul 7 2021 4:15PM JUDGE: WALKER, STEPHEN LOCATION: JACS |
| | 6/25/2021 | 134 | COURT EVENT SET EVENT: MOTIONS DATE: Jul 7 2021 4:15PM JUDGE: WALKER, STEPHEN LOCATION: JACS |
| | 6/24/2021 | 133 | COURT EVENT SET EVENT: MOTIONS DATE: Jul 21 2021 10:00AM JUDGE: WALKER, STEPHEN LOCATION: JACS |
| | 6/8/2021 | 132 | OBJECTION - AND ANSWERS TO INTERROGATORIES |
| | 6/8/2021 | 131 | RESPONSE - AND OBJECTION TO REQUEST FOR ADMISSIONS |
| | 5/27/2021 | 130 | REQUEST - FOR CHANGE IN VENUE |
| | 5/27/2021 | 129 | NOTICE OF FILING |
| | 5/21/2021 | 128 | NOTICE OF HEARING |
| | 5/20/2021 | 127 | REQUEST FOR ADMISSIONS |
| | 5/20/2021 | 126 | REQUEST - FOR ANSWERS TO INTERROGATORIES |
| | 5/20/2021 | 125 | NOTICE - OF EVIDENCE |
| | 5/20/2021 | 124 | NOTICE - OF EVIDENCE |
| | 5/20/2021 | 123 | COURT EVENT SET EVENT: MOTIONS DATE: Jul 21 2021 10:00AM JUDGE: WALKER, STEPHEN LOCATION: JACS |
| | 5/20/2021 | 122 | MOTION - TO BIFURCATE |
| | 5/20/2021 | 121 | REQUEST - FOR JUDICIAL NOTICE |
| | 5/20/2021 | 120 | AFFIDAVIT - THOMAS R HOWZE |
| | 5/20/2021 | 119 | MOTION - FOR SUMMARY JUDGMENT ON THE COMPLAINT (COUNT I) AND COUNTERCLAIM (COUNT I) |
| | 5/13/2021 | 118 | SUBPOENA |
| | 5/13/2021 | 117 | SUBPOENA |
| | 5/13/2021 | 116 | SUBPOENA |
| | 5/13/2021 | 115 | SUBPOENA |
| | 5/13/2021 | 114 | SUBPOENA |
| | 5/13/2021 | 113 | SUBPOENA |
| | 5/13/2021 | 112 | SUBPOENA |
| | 5/13/2021 | 111 | SUBPOENA |
| | 5/11/2021 | 110 | PAYMENT $2.00 RECEIPT #[illegible] |
| | 5/10/2021 | 109 | SUBPOENA ISSUED - RON DESANTIS GOVERNOR OF FLORIDA |
| | 5/7/2021 | 108 | RECEIPT OF CORRESPONDENCE FROM JUDGE |
| | 5/6/2021 | 107 | PAYMENT $10.00 RECEIPT #[illegible] |
| | 5/6/2021 | 106 | PAYMENT $10.00 RECEIPT #[illegible] |
| | 5/6/2021 | 105 | PAYMENT $10.00 RECEIPT #[illegible] |
| | 5/6/2021 | 104 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - AS TO THIRD PARTY COMPLAINT - FEDERAL BUREAU OF INVESTIGATION (FBI) - ISSU |
| | 5/6/2021 | 103 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - AS TO THIRD PARTY COMPLAINT - US CONGRESSWOMAN MARJORIE TAYLOR GREE 5/7/21 |
| | 5/6/2021 | 102 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - AS TO THIRD PARTY COMPLAINT - EX-GOVERNOR JEB BUSH - ISSUED 5/7/21 |
| | 5/6/2021 | 101 | PAYMENT $10.00 RECEIPT #[illegible] |
| | 5/6/2021 | 100 | PAYMENT $10.00 RECEIPT #[illegible] |
| | 5/4/2021 | 99 | PAYMENT $10.00 RECEIPT #[illegible] |
| | 5/4/2021 | 98 | SUBPOENA - RON DESANTIS GOVERNOR OF FLORIDA |
| | 5/4/2021 | 97 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - AS TO THIRD PARTY COMPLAINT - US CONGRESSMAN VERN BUCHANAN - ISSUED 5/ |
| | 5/4/2021 | 96 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - AS TO THIRD PARTY COMPLAINT - US SENATOR MARCO RUBIO - ISSUED 5/4/21 |
| | 5/4/2021 | 95 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - AS TO THIRD PARTY COMPLAINT - PEACE RIVER ELECTRIC CORP (PRECO) - ISSUED |
| | 5/4/2021 | 94 | PAYMENT $10.00 RECEIPT #[illegible] |
| | 5/4/2021 | 93 | PAYMENT $10.00 RECEIPT #[illegible] |
| | 5/4/2021 | 92 | PAYMENT $10.00 RECEIPT #[illegible] |
| | 5/4/2021 | 91 | PAYMENT $10.00 RECEIPT #[illegible] |

| Add All | Docket Date | DIN | Description |
|---|---|---|---|
| | 5/4/2021 | 90 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 89 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 88 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 87 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 86 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 85 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - DUKE ENERGY - ISSUED 05/05/2021 |
| | 5/4/2021 | 84 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - FLORIDA POWER AND LIGHT (NEXTERA) - ISSUED 05/05/2021 |
| | 5/4/2021 | 83 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - SARASOTA HEALTH DEPARTMENT - ISSUED 05/05/2021 |
| | 5/4/2021 | 82 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - SARASOTA COUNTY CLERK OF COURT - COMPTROLLER - ISSUED 05/05/2021 |
| | 5/4/2021 | 81 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - SARASOTA COUNTY PROPERTY APPRAISER - ISSUED 05/05/2021 |
| | 5/4/2021 | 80 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - SARASOTA PLANNING AND ZONING DEPARTMENT - ISSUED 05/05/2021 |
| | 5/4/2021 | 79 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - TWENTIETH JUDICIAL CIRCUIT COURT OF FLORIDA - ISSUED 05/05/2021 |
| | 5/4/2021 | 78 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - THIRTEENTH CIRCUIT COURT OF FLORIDA - ISSUED 05/05/2021 |
| | 5/4/2021 | 77 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - SARASOTA TAX COLLECTOR - ISSUED 05/05/2021 |
| | 5/4/2021 | 76 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 75 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 74 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 73 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 72 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 71 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 70 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 69 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 68 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 67 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 66 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 65 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 64 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 5/4/2021 | 63 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - NASA - ISSUED 05/04/2021 |
| | 5/4/2021 | 62 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - CENTRAL INTELLIGENCE AGENCY CIA - ISSUED 05/04/2021 |
| | 5/4/2021 | 61 | SUMMONS- PROPOSED - CLERK UNABLE TO ISSUE SUMMONS - NAME DOES NOT MATCH COMPLAINT - FEDERAL BUREAU OF INVESTIGATION |
| | 5/4/2021 | 60 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - EX PRESIDENT DONALD J TRUMP - ISSUED 05/04/2021 |
| | 5/4/2021 | 59 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - DEPARTMENT OF DEFENSE - ISSUED 05/04/2021 |
| | 5/4/2021 | 58 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - CENTER OF DISEASE CONTROL AND PREVENTION - ISSUED 05/04/2021 |
| | 5/4/2021 | 57 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - FLORIDA SENATE - ISSUED 05/04/2021 |
| | 5/4/2021 | 56 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - NIKKI FRIED AGRICULTURAL COMMISSIONER - ISSUED 05/04/2021 |
| | 5/4/2021 | 55 | SUMMONS- PROPOSED - CLERK UNABLE TO ISSUE SUMMONS - NAME DOES NOT MATCH COMPLAINT - TWELFTH JUDICIAL COURT OF FLORI |
| | 5/4/2021 | 54 | SUMMONS- PROPOSED - CLERK UNABLE TO ISSUE SUMMONS - NAME DOES NOT MATCH COMPLAINT - FLORIDA HOUSE OF REPRESENTATIVE |
| | 5/4/2021 | 53 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - BOSTON POLICE DEPARTMENT - ISSUED 05/04/2021 |
| | 5/4/2021 | 52 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - LEE COUNTY HEALTH SYSTEMS - ISSUED 05/04/2021 |
| | 5/4/2021 | 51 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - BROWARD SHERIFF'S OFFICE - ISSUED 05/04/2021 |
| | 4/30/2021 | 50 | ORDER REASSIGNING CASE |
| | 4/26/2021 | 49 | ORDER - DISQUALIFICATION |
| | 4/23/2021 | 48 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 4/23/2021 | 47 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 4/23/2021 | 46 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 4/23/2021 | 45 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 4/23/2021 | 44 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 4/23/2021 | 43 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 4/23/2021 | 42 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 4/23/2021 | 41 | PAYMENT $10.00 RECEIPT #2021[illegible] |

| Add All | Docket Date | DIN | Description |
|---|---|---|---|
| | 4/23/2021 | 40 | PAYMENT $10.00 RECEIPT #2021105601 |
| | 4/20/2021 | 39 | SUMMONS- PROPOSED - CLERK UNABLE TO ISSUE SUMMONS - NAME DOES NOT MATCH COUNTER COMPLAINT - GREGORY LONG SUPERINT CHIEF BOSTON POLICE DEPARTMENT |
| | 4/20/2021 | 38 | SUMMONS- PROPOSED - CLERK UNABLE TO ISSUE SUMMONS - NAME DOES NOT MATCH COUNTER COMPLAINT - GREGORY TONY SHERIFF BROWARD SHERIFFS DEPARTMENT |
| | 4/23/2021 | 37 | SUMMONS- PROPOSED - CLERK UNABLE TO ISSUE SUMMONS - PARTY NAME DOES NOT MATCH COUNTERCLAIM - HEALTH SYSTEM BOARD |
| | 4/22/2021 | 36 | SUMMONS CIRCUIT E-FILED - REQUEST FOR ISSUANCE - AS TO COUNTER COMPLAINT - PALM BEACH COUNTY BOARD OF COUNTY COMMISSI 04/23/2021 |
| | 4/22/2021 | 35 | SUMMONS CIRCUIT E-FILED - REQUEST FOR ISSUANCE - AS TO COUNTER COMPLAINT - DADE COUNTY BOARD OF COUNTY COMMISSIONERS 04/23/2021 |
| | 4/20/2021 | 34 | SUMMONS- PROPOSED - MIAMI DADE WATER AND SEWER DEPARTMENT WASD |
| | 4/22/2021 | 33 | SUMMONS- PROPOSED - CLERK UNABLE TO ISSUE - NAME DOES NOT MATCH COUNTER COMPLAINT - CHRIS SPROWLS SPEAKER OF THE FL HOUSE OF REPRESENTATIVES |
| | 4/22/2021 | 32 | SUMMONS CIRCUIT E-FILED - REQUEST FOR ISSUANCE - AS TO COUNTER COMPLAINT - US MIDDLE DISTRICT COURT OF FLORIDA ISSUED 04 |
| | 4/20/2021 | 31 | SUMMONS- PROPOSED - CLERK UNABLE TO ISSUE - NAME DOES NOT MATCH COUNTER COMPLAINT - KIMBERLY CARLTON BOWMAN CHIEF JU JUDICIAL COURT OF FLORIDA |
| | 4/21/2021 | 30 | PAYMENT $40.00 RECEIPT #2021104601 |
| | 4/21/2021 | 29 | LETTER - OUTSTANDING FEES |
| | 4/20/2021 | 28 | PAYMENT $10.00 RECEIPT #2021104422 |
| | 4/20/2021 | 27 | PAYMENT $10.00 RECEIPT #2021104421 |
| | 4/20/2021 | 26 | PAYMENT $10.00 RECEIPT #2021104420 |
| | 4/20/2021 | 25 | PAYMENT $0.00 RECEIPT #2021104418 |
| | 4/20/2021 | 24 | PAYMENT $10.00 RECEIPT #2021104417 |
| | 4/20/2021 | 23 | PAYMENT $10.00 RECEIPT #2021104419 |
| | 4/20/2021 | 22 | PAYMENT $10.00 RECEIPT #2021104415 |
| | 4/19/2021 | 21 | SUMMONS- PROPOSED - CLERK UNABLE TO ISSUE - NAME DOES NOT MATCH COUNTER COMPLAINT - WILLIAM JOSEPH BURNS DIRECTOR CE INTELLIGENCE AGENCY (2021-PRESENT) |
| | 4/19/2021 | 20 | SUMMONS- PROPOSED - CLERK UNABLE TO ISSUE - NAME DOES NOT MATCH COUNTER COMPLAINT - DONALD J TRUMP US PRESIDENT (201 |
| | 4/19/2021 | 19 | SUMMONS- PROPOSED - CLERK UNABLE TO ISSUE - NAME DOES NOT MATCH COUNTER COMPLAINT - STEVE JURCZYK DIRECTOR NATIONAL AND SPACE ADMINISTRATION (NASA) (2021-PRESENT) |
| | 4/19/2021 | 18 | SUMMONS- PROPOSED - CLERK UNABLE TO ISSUE - NAME DOES NOT MATCH COUNTER COMPLAINT - GENERAL LLOYD JAMES AUSTIN US SE DEFENSE (2021 - PRESENT) |
| | 4/19/2021 | 17 | SUMMONS- PROPOSED - CLERK UNABLE TO ISSUE - NAME DOES NOT MATCH COUNTER COMPLAINT - CHRISTOPHER WRAY DIRECTOR FEDE OF INVESTIGATION (2017-PRESENT) |
| | 4/19/2021 | 16 | SUMMONS- PROPOSED - CLERK UNABLE TO ISSUE - NAME DOES NOT MATCH COUNTER COMPLAINT - WILTON SIMPSON PRESIDENT FLORID |
| | 4/19/2021 | 15 | SUMMONS- PROPOSED - CLERK UNABLE TO ISSUE - NAME DOES NOT MATCH COUNTER COMPLAINT - NIKKI FRIED FLORIDA COMMISSIONER AGRICULTURE FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES |
| | 4/14/2021 | 14 | ANSWER - AFFIRMATIVE DEFENSES TO COUNTERCLAIM - T2 PARTNERS LLC |
| | 4/14/2021 | 13 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 4/13/2021 | 12 | SUMMONS- PROPOSED - CLERK UNABLE TO ISSUE SUMMONS - CANNOT ISSUE MULTIPLE PARTY SUMMONS |
| | 4/13/2021 | 11 | RESPONSE - IN AVOIDANCE OF ANSWER AND AFFIRMATIVE DEFENSES |
| | 4/12/2021 | 10 | COMPLAINT- COUNTER - CIRCUIT - ANSWER TO SHOW CAUSE, FORECLOSURE OF LIEN AND THIRD PARTY CLAIMS |
| | 4/9/2021 | 9 | PAYMENT $[illegible] RECEIPT #2021[illegible] |
| | 3/31/2021 | 8 | LETTER - OUTSTANDING FEES |
| | 3/31/2021 | 7 | COMPLAINT- COUNTER - CIRCUIT - ANSWER TO SHOW CAUSE, FORECLOSURE OF LIEN AND THIRD PARTY CLAIMS |
| | [illegible] | 6 | SUMMONS SERVED - JOSEPH GILBERT P.E. |
| | 3/8/2021 | 5 | PAYMENT $10.00 RECEIPT #2021[illegible] |
| | 3/4/2021 | 4 | SUMMONS CIRCUIT E-FILED - REQUEST FOR ISSUANCE - JOSEPH GILBERT P.E. - ISSUED 03/[illegible] |
| | 3/3/2021 | 3 | PAYMENT $400.00 RECEIPT #2021[illegible] |
| | 3/3/2021 | 2 | COMPLAINT |
| | 3/3/2021 | 1 | CIVIL COVER SHEET |

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION**

**72 PARTNERS, LLC**, a Florida limited
Liability Company,

Plaintiff,

v. **CASE NO. 2011 CA 004209 NC**

**JOSEPH D. GILBERTI, P.E.**, and individual
And Licensed Professional Engineer,

Defendant,

v.

**Federal Bureau of Investigation (FBI),** Central
Intelligence Agency (CIA), Department of Defense
Pentagon (DOD), NASA, Florida Congress,
US Middle District Court of Florida,
Twelfth Judicial Circuit Court of Florida, Thirteenth
Circuit Court of Florida, Twentieth Judicial Circuit
Court of Florida, Sarasota Planning and
Zoning Department, Sarasota Tax Collector,
Sarasota County Property Appraiser, Sarasota
County Clerk of Court-Comptroller, Sarasota
Health Department, Lee County Health Systems,
Center of Disease Control and Prevention, Florida
Power and Light (Nextra), Duke Energy, Peace River
Electric Corp (PRECO), Lisa Carlton, ex-Governor
Jeb Bush, ex-President Donald J. Trump, US Senator
Marco Rubio, US Congressman Vern Buchanan, Broward
Sheriffs Office, Boston Police Department, US Congresswoman
Marjorie Taylor Greene, Snyder Law Group, P.A.,
Dade County Board of County Commissioners,
Miami-Dade Water and Sewer Dept (WASD),
Palm Beach Board of County Commissioners,

Third-Party Defendants.
_______________________________________/

**DEFENDANTS ANSWER TO SHOW CAUSE, FORECLOSURE OF LIEN
COUNTER-CLAIMS, AND THIRD-PARTY CLAIMS**

Defendant, Joseph D. Gilberti, P.E., an individual and Licensed Professional Engineer (the "Engineer"), hereby file this Answer, Defenses, Counter-Claims, and Third-Party Claims and state as follows:

**ANSWER**

Without waiving the grounds of the Motion to Dismiss set forth below, the Engineer, hereby Answers the Plaintiff's Complaint and to each correspondingly numbered paragraph state as follows:

**Parties, Jurisdiction, and Venue**

1. Admitted.

2. Admitted.

3. Denied. This Jurisdiction may need to be re-evaluated due to related cases and conflict of interest in Water Supply Eugenics, time Terrorism to subdue the Engineer due to the unique resource found by the Engineer May 2012, filed on this Circuit Court via ***Gilberti vs CDC, et al.*** **US Central California, Western Division Case 2:20-08251.**

4. There is a dispute in Title and multiple cases between 72 Partners and Engineer regarding land interest. Therefore, neither admitted or Denied.

5. Denied for Plaintiff.

**General Allegations**

6. Denied. 72 Partners recorded a fraudulent transfer of a quit claim deed without Warrantee from a Trustee in a Racketeering Case involving US Terrorism timed to subdue the Engineer with the Boston Marathon Explosion with Tampa and Hillsborough Police, FBI, CIA and US Marshals Service for months illegally while attacking the land and his clients; once he found the Resource, and has multiple Federal and State cases of Fraud and title disputes in multiple venues showing Fraud by 72 Partners LLC, their numerous councils, councils hired, a massive group of Lawyers, Judges and Water Board officials pumping arsenic treated water ON PURPOSE to millions of Taps to increase viruses and cancer rates while hiding endless spring water persons of 72 Partners like Kenny Harrison are working with Lisa Carlton and more.

7. Admitted.

8. Admitted.

9. Denied. The Engineer has performed engineering, planning, consulting services and investigations regarding timed Terrorism related to hiding this World Water Supply with a massive RICO group and increased tremendous value with his work product, assumed proprietary work-product, on the liened land in which Joe Gilberti, Jr. still has legal land, mineral, title and deed rights.

10. Denied. The Claim of Lien is a Contract between land owner and mineral rights Joe Gilberti, Jr., and Joe Gilberti, P.E., the Engineer. This confidential contract scope shows Assumed work for Infrastructure Engineering over the past years, new Planning, Engineering and consulting services, whistleblowing investigations and assistants to both State and Federal authorities, Military personnel of proof of timed Terrorism by Plaintiff and their associates, with cops, videos, and court fraud by 72 Partners, parallel with the World Resource find in multiple courts and more cases being filed with Police, JQS, Bar License complaints and FBI Reports on all parties, Judges and Lawyers involved.

11. Denied.

12. Denied.

**Count I – Order to Show Cause**

13. Acknowledged.

14. Neither admitted or denied.

15. Denied. The Engineer has an enforceable contract on the land.

16. Denied. No contact has been made between parties since the recorded claim of lien regarding any releases or negotiations. Just more fraud on the courts by this racketeering group tied to Water supply Eugenics to fill Moffit cancer and local cancer centers, etc. and

Cancer Research through regional water supply Eugenics.

**Count II – Fraudulent Lien**

17. Acknowledged.

18. Acknowledged.

19. Denied.

20. Denied.

21. Denied.

**Count III – Slander of Title**

22. Acknowledged.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied. Specifically, plaintiff and/or plaintiff's predecessor in interest failed to deliver all material disclosures required by the Truth in Lending Act ("TILA") and Regulation Z, including but not limited to failing to clearly and accurately disclose (1) the amount financed, (2) the finance charges, (3) the annual percentage rate, including any variable feature disclosure, (4) the number, amounts, and timing of payments scheduled to repay the obligations, and (5) the total payments using these terms; and plaintiff did not, therefore, obtain an enforceable security interest which is a condition precedent to filing and maintaining a foreclosure action against the Daughtreys, who never got a Trial and is pending, which directly relates to this case and pending Racketeering Cases on this Judicial Circuit and other is a massive coup via ***Gilberti vs CDC, et. al.*** Moreover, plaintiff failed to provide Patricia A. Daughtrey with a Notice from the Court Regarding Lawsuits to Foreclose Mortgage Trials, evidentiary hearings in US Middle District Courts on surveys on Homesteads as required under the applicable administrative order(s).

**General Denial**

All allegations of the Complaint that the Engineer has not specifically admitted are denied

**DEFENSES**

**First Defense**. Pending Quiet Title Cases and Racketeering Cases. Plaintiff has failed to provide discovery on all Quiet Title cases, and has worked with this Circuit and certain Judges, and counterclaimed defendants listed, to commit Fraud on Title and foreclosure sales. See Quiet Title Case Gilberti vs 72 Partners, LLC, Sarasota Case 2019 CA 04532 NC where Plaintiff has avoided all title and survey work, discovery for over two years while continuing to attack the Engineer with a Racketeering group hiding this World medicine and endless Water Supply resource and knowledge with Tampa Central Command and local Developers, such as but not limited to Lennar Homes, Lakewood Ranch Pat Neil, Hugh Culverhouse of Palmer Ranch, Debartolo, Benderson, Lee Pallardy, C1 Bank/Ozark Bank, and power energy groups.

**Second Defense**. Failure to Satisfy Conditions Precedent. Plaintiff has failed to demonstrate its compliance with the conditions precedent to the institution and maintenance of Count III and other related cases to title and ownership, other ongoing cases, of this action as more specifically alleged in paragraph 6, 10,16 & 27 of the Answer, above, and accordingly, Plaintiff has committed fraud on the Courts by recording property with fraudulent sales from October 5, 2020 and January 20, 2021, with help from County tax paid employees in a Racketeering and corruption case.

**Third Defense**. Set Off. The Engineer is entitled to a set off for the damages caused by the Plaintiff and/or Plaintiff's predecessor in interest based upon the violations of the Truth in Lending Act, Home Ownership and Equity Protection Act, Florida Fair Lending Act, Florida Deceptive and Unfair Trade Practices Act, and Florida Consumer Collections Practices Act more specifically outlined in the Counter-claims and Third-Party Claims that were avoided by

sneaking a Trial through on Columbus Day during an Obama shutdown and E-file computer software transfer on October 14, 2013, with Chief Judge Charles and Kimberly Carlton Bonner (now Chief Judge of this Circuit who owns Carlton WTP and partners with members of Plaintiff; set forth below, the pertinent parts of which are incorporated herein by reference.

**<u>Fourth Defense.</u>** <u>Recoupment</u> The Engineer are entitled to recoupment for the damages caused by the Plaintiff and/or Plaintiff's predecessor in interest based upon the violations of the Truth in Lending Act, Home Ownership and Equity Protection Act, Florida Fair Lending Act, Florida Deceptive and Unfair Trade Practices Act, and Florida Consumer Collections Practices Act more specifically outlined in the Counter-claims and Third-Party Claims set forth below, the relevant parts of which are incorporated herein by reference.

**<u>Fifth Defense.</u>** <u>Unclean Hands</u> As more specifically outlined in the Counter-claims and Third-Party claims set forth below, the relevant portions of which are incorporated herein by reference. Plaintiff and/or Plaintiff's predecessor in interest violated the Truth in Lending Act, Home Ownership and Equity Protection Act, Florida Fair Lending Act, Florida Deceptive and Unfair Trade Practices Act, and Florida Consumer Collections Practices Act in connection with the subject recent foreclosure sales to steal the Engineers property and work, subdue him with other under the counterclaim and attack his family and life. Accordingly, the Plaintiff comes to the Court with unclean hands and, to the extent that Plaintiff claims of land title and title from a corrupt Trustee Compromise that is simply a Quit Claim Deed without Warrantee, showing any true chain of title with fraud so equitable relief, the same should be denied.

**<u>Sixth Defense.</u>** <u>No Security Interest in Real Property</u>. Upon information and belief the legal description contained in the recent Plaintiff foreclosure sale and January 20, 2021 recording is fraudulent and fails to describe the correct real property (see Professional Survey Affidavit by Alex Esber- **Exhibit A**). As such, no enforceable security interest was created which would support Plaintiff's Just Cause claim. As such, Plaintiff should provide all discovery in the

pending Quiet Title Case in Sarasota county they are delaying in a Stay with Judge Walker and Judge Charles Williams who railroaded the Trial on Columbus Day 2013 in a Federal Obama Shutdown, with an E-file meta data game with this Circuit under investigation working with Judges across the State and Governor Desantis and Rick Scott since 2013. **See Exhibit A - recent Court Transcripts of Judge Charles Williams conspiring** with this entire Circuit court of Judges, and other Circuits to hide this World Resource for 8yrs from the American People and Humanity. This sites knowledge opens many more hidden by the Department of Defense, CDC and more through Tampa Central Command.

**Seventh Defense.** Failure to Join Indispensable Parties. Upon information and belief, the legal description contained in the recent sale of real property, and, instead, appears to describe real property owned by one or more non-parties and has fraud across the Sarasota Tax appraisers office, US Middle District Bankruptcy Courts with the **Daughtreys Case 20-bk-07973** and **Sarasota Case 2011 CA 004209 NC via 72 Partners vs Cecil Daughtrey (See Exhibit B)**. Such non-parties are indispensable to this action. As such, Plaintiff should take nothing on Count I of the Amended Verified Complaint.

**COUNTER-CLAIM**

Joseph D. Gilberti, P.E., and individual and Licensed Professional Engineer (the "Engineer"), hereby sues Plaintiff/Counter-Defendant, 72 Partners, LLC a Florida limited liability company, (" 72 Partners") and allege as follows:

**COUNT I – FORCLOSURE OF LIEN
FOR PROFESSIONAL SERVICES**

1. Defendant Joe Gilberti, P.E., and individual and Licensed Professional Engineer, hereinafter "Engineer" does business in the State of Florida. Defendant is an engineer and design professional for planning, engineering and consulting services project throughout the State of Florida.

2. Plaintiff 72 PARTNERS LLC, hereinafter "72 Partners," is a Florida Corporation doing business within the State of Florida.

3. At all times material, the Engineer were owners of the improved real property with vested interest in deeds, title, land and minerals.

4. This is an action for damages for a sum in excess of $30,000.00 dollars.

5. Jurisdiction is vested to this Honorable Court pursuant to Article V, &5, Florida Constitution and &26.012, Fla. Stat.

**COUNT II– DAMAGES - VIOLATION OF TRUTH IN LENDING ACT AND REGULATION Z**
**(As Amended by the Home Ownership and Equity Protection Act)**

1. This is an action for damages which exceed $15,000.00 exclusive of interest, costs and attorney's fees resulting from the violation of the Truth in Lending Act ("TILA") and Regulation Z, as amended by the Home Ownership and Equity Protection Act ("HOEPA").

2. 72 Partners is a Florida limited liability company doing business in Sarasota County, Florida.

3. The Engineer is a Citizen of the State of Florida and owns land deeds, mineral and title rights in Sarasota County Florida.

4. Venue is proper in this Court in that one or more of the loan documents which are the subject of this action purport to create a security interest in real property owned by the Daughtreys and located in Sarasota County, Florida.

5. On or about June 8, 2010, the Daughtreys and 72 Partners' predecessor in interest, BSLF Holdings, LLC, a Florida limited liability company, ("BSLF") closed on a loan transaction having a principal amount of $2,371,840.00 (the "Loan").

6. In connection with the closing on the Loan, the Daughtreys and BSLF executed a Loan Agreement, a copy of which is attached as Exhibit "B" to the Amended Verified Complaint

filed by BSLF in the foreclosure action in Case 72 Partners vs Daughtrey, **Sarasota Case 2011 CA 004209 NC (the "Amended Complaint"), and appeal Case in 2D20-3254** and is incorporated herein by reference to the past Fraudulent Foreclosures with invalid mortgages that never received notification of Trial while Plaintiff and other Racketeering groups including US and State Judges, FBI, Police have subdued the Engineer timed with this foreclosure and docket soundings to prevent the Defendants client and Defendants Land with falsified Police reports, kidnapping of his Family just for their Water Stock Futures and investors like Adam Putnam, Coke, Nestle, Pepsi, Disney and Israel Mosaic Phosphate/Israel Chemical LTD, for the past years with Tampa to New York Wall Street Groups, while timing Terrorism acts on America to hike bonds and recuse Judges who commit the crimes against Humanity the same day, such as Judge Dominquez on April 18, 2013 to hike a whistleblowing bond with Greenberg Traurig in Tampa chief Council for Mosaic Phosphate next to this site attacking America from Israel and others in Florida from foreign nations.

7. Prior to the closing on the fraudulent and predatory loan as Sarasota county forced a Levy to steal all 2230 acres on June 2010 timed with FDEP Florida Forever Trust Funds as Commissioner Longino closes next door on ELAPP Funds for $16million with Lisa Carlton and Kenny Harrison of 72 Partners who have targeted this site since 1991 per our investigators, Cecil Daughtrey, Jr., signed a loan commitment letter which was provided by BSLF in the original principal amount of $1,483,301.13 (the "Commitment"). A copy of the Commitment is attached as Exhibit "A" to the Amended Complaint, and is incorporated in Case 2011 CA 004209 NC by reference.

8. The Commitment was not signed by Patricia A. Daughtrey.

9. The Commitment, the Loan Agreement, the Note, the Mortgage, and the Assignment of Leases are hereinafter collectively referred to as the "Loan Documents."

10. Subsequent to the closing of the Loan and the filing of the Amended Complaint, BSLF and 72 Partners executed that certain Assignment of Note, Mortgage and other Loan Documents dated July 20, 2011 and recorded in the Official Records of Sarasota County, Florida as Instrument # 2011085414 (the "Assignment"). All of this never received a Trial as Sarasota with Ed Browski, Circuit Judges and US Judges conspired to skip the Trial while kidnapping the Engineer who was permitting the Resource.

11. The Assignment was made without the knowledge or consent of the Daughtreys and the same original lender BSFL Holdings attacked again timed with the Parkland Shooting that subdued the Engineer again with falsified AR-15 threats by State Attorneys office in Tampa, Judge Mark Wolfe, SA April Johnson, Attorney Chris Shaw and basically the entire Circuit 13 as they all know for years and harbor the Terrorism with the FBI and Department of Defense in Tampa Central Command.

12. Thereafter, on July 26, 2011, this Court entered an Order substituting 72 Partners in place of BSLF as the Plaintiff in this action (the "Substitution").

13. The Substitution was done without the knowledge or consent of the Daughtreys.

14. By virtue of the Assignment, the Substitution, or otherwise, 72 Partners is liable for all claims and defenses arising in connection with the Loan. The Daughtreys were forced in to a Bankruptcy Ch7 without lawyers as the lawyers constantly cheat both Daughtreys and Engineer after they take our money, as the other side is so massive they get afraid to serve their clients appropriately.

15. The Loan was secured by the Mortgage which purports to contain a legal description that includes the Daughtreys' principal dwelling.

16. At no time prior to the closing of the Loan transaction or the Assignment did either BSLF or 72 Partners obtain a survey of the real property which was intended to be collateral for the Loan.

17. At all material times, BSLF and 72 Partners knew that the Loan was intended to be secured by the Daughtreys' principal dwelling.

18. The Loan was for personal or consumer use and, therefore, was subject to the TILA and Regulation Z, as amended by HOEPA.

19. At all material times, BSLF and 72 Partners knew that the Loan was for personal or consumer use.

20. At all material times, the Daughtreys were both unemployed and did not have sufficient income, or otherwise have the ability, to repay the loan, and, at all material times, BSLF and 72 Partners had knowledge of the foregoing.

21. BSLF and/or 72 Partners violated the provisions of the TILA and Regulation Z, as amended by HOEPA, in ways including, but not limited to, extending credit to the Daughtreys without determining that they had the ability to repay the Loan; extending credit to the Daughtreys based on the value of the purported collateral without regard to the Daughtreys' repayment ability; failing to establish an escrow account for property taxes and homeowners insurance; and failing to deliver all material disclosures required by the TILA and Regulation Z, as amended by HOEPA, including but not limited to failing to clearly and accurately disclose (1) the amount financed, (2) the finance charges, (3) the annual percentage rate, including any variable feature disclosure, (4) the number, amounts, and timing of payments scheduled to repay the obligations, and (5) the total payments using these terms.

22. As a result of BSLF's and/or 72 Partners' violations of the TILA and Regulation Z, the Engineer has suffered, and are continuing to suffer, damages.

24. The Daughtreys during this Racketeering as shown in ***Gilberti vs CDC, et al***, Case 2:20-CV-08251-FMO pending in California Central District Western Division that includes multiple Florida and US Courts, Judges, FDLE and Senator Rick Scott, Governor Desantis and Florida Department of Environmental Protection and their staff who have committed crimes of

Treason but the FBI and Department of Defense are attacking America and its most valuable Water Supply too, so there is NO JUSTICE IN FLORIDA, just Tax Paid Terrorist everywhere with lawyers, judges and cops attacking with Defendant who is tied to 72 Partners Thomas Howze who washed local notes from Community Bank of Manatee he owned, and sold to C1 Bank, with Ryan Snyder of Ryan Snyder law on the C1 Bank Board quarterbacking the court fraud and no notice with Sarasota Judges on Columbus Day October 14, 2013 (See Transcripts attached on Chief Judge Charles Williams Fraud) who sold to OZARK Bank due to this Water futures Stock, potentially held in WATR Alkaline 88 opened days after the find, as Adam Putnam, Coke and Warren Buffet attacked as shown in the confidential vault in related RICO Cases..

25. **WHEREFORE**, the Engineer demands judgment against 72 Partners for damages, including, but not limited to, the full amount of the lien, defendant removed from all lands under the lien with mineral rights or subject to this regional Water supply permitting they have stalled and delayed causing hundreds of millions in damages, costs, and such further relief as the Court may deem proper.

**COUNT III – RESCISSION - VIOLATION OF TRUTH IN LENDING ACT AND REGULATION Z (As Amended by the Home Ownership and Equity Protection Act)**

26. This is an action for rescission for violation of the Truth in Lending Act ("TILA") and Regulation Z, as amended by the Home Ownership and Equity Protection Act ("HOEPA").

27. The Engineer re-allege the allegations contained in paragraphs 2 through 25, inclusive, above, as though the same were fully set forth herein.

28. As a result of the violations of the TILA and Regulation Z, as amended by HOEPA, committed by BSLF and/or 72 Partners, the Engineer is entitled to rescission of the Loan and termination of any security interest created by the Loan to the Daughtrey's by Plaintiff as there was an invalid mortgage with NO CHAIN of TITLE, just crooked Judges getting rotated

in from Orlando at 85yrs of age or others on Holidays during Obama Hp Glitch shutdown showing the games. computer crimes. meta data crimes that have taken over the Sarasota Circuit Courts, Clerks and locals to the point of US TREASON with the FBI and Department of Defense US Navy helping with timed Dow Chemical Blue-Green Algae GMO that mutated in the Air.

**WHEREFORE**, the Engineer demand judgment against 72 Partners for rescission of the Daughtrey Loan that triggered all this litigation as the courts assisted in Fraud on Courts with Terrorism acts to subdue the Engineer once he found the World underground Resource; which demands, termination of any security interest created by the loan, reasonable attorneys' fees, costs, and such further relief as the Court may deem proper.

**COUNT III – CIVIL CONSPIRACY**

29. This is an action for damages that exceed $15,000.00, exclusive of interest, costs, and attorneys' fees for civil conspiracy.

30. The Engineer re-allege the allegations contained in paragraphs 2 through 25 inclusive, above, as though the same were fully set forth herein.

31. At all material times, the real property owned by the Daughtreys was, and still is, worth substantially more than the amount of the Loan by 72 Partners; contains wetlands and other natural conditions that make it desirable for acquisition as part of an Environmental Land Acquisition and Protection Program; and has a deep well located within its boundaries, the control of which by certain persons or entities could cause such persons or entities to achieve, or maintain, a monopoly power with regard to the areas' water supply.

32. At all material times, BSLF and 72 Partners had knowledge of the foregoing.

33. During the time from BSLF's first contact with the Daughtreys regarding the Loan through the present, BSLF and 72 Partners have had an agreement to try to achieve the goal of obtaining an ownership or other interest in the Daughtreys' land for less than fair

compensation by unlawful means, and/or to obtain said real property with the intent of achieving or maintaining, or assisting others to achieve or maintain, a monopoly power.

34. BLSF and 72 Partners and have committed overt acts in furtherance of their agreement, including, but not limited to, violating the TILA and Regulation Z, as amended by HOEPA, as set forth herein; violating the provisions of Florida Fair Lending Act in connection with the Loan in ways, including but not limited to, including a prepayment penalty without offering the Daughtreys the choice of another product without a prepayment penalty; failing to provide the Daughtreys with written disclosures relating to the prepayment penalty; including an interest rate that is higher after default on the loan; including terms under which the aggregate amount of the regular periodic payments would not fully amortize the outstanding principal balance; and engaging in a pattern or practice of extending high-cost home loans to borrowers, including the Daughtreys, based; and prosecuting and maintaining the present action, seeking to foreclose on the Daughtreys' real property.

35. As a result of the acts done by BSLF and 72 Partners in furtherance of this agreement, the Daughtreys which is the Engineers client and the Engineer and his family have suffered, and are continuing to suffer, damages.

36. 72 Partners is jointly and severally liable for all damages resulting from the conspiracy.

**WHEREFORE**, the Engineer demands judgment against 72 Partners for damages, reasonable attorneys' fees, costs, and such further relief as the Court may deem proper.

## COUNT IV – VIOLATION OF FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT

37. This is an action for damages which exceed $15,000.00, exclusive of interest, costs and attorney's fees for violation of the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA").

38. The Engineer re-alleges the allegations contained in paragraphs 2 through 25, inclusive, and paragraphs 31 through 36, inclusive, above, as though the same were fully set forth herein.

39. Such actions on the part of BSLF and 72 Partners, constitute violations of FDUTPA.

40. As a result of the violations of FDUTPA by BSLF and 72 Partners, the Engineer has suffered damages.

WHEREFORE, the Engineer demands judgment against 72 Partners for damages, reasonable attorneys' fees, costs, and such further relief as the Court may deem proper.

**COUNT V – VIOLATION OF FLORIDA CONSUMER COLLECTIONS PRACTICES ACT**

41. This is an action for damages and other statutory relief for violation of the Florida Consumer Collections Practices Act ("FCCPA").

42. The Engineer re-allege the allegations contained in paragraphs 2 through 25, inclusive, above, as though the same were fully set forth herein.

43. Based on the foregoing, BSLF and 72 Partners knew, or should have known, that the Mortgage did not created a legitimate security interest in the real property owned by the Daughtreys and that the mortgage never had chain of Title. The Trustee discharged a Warrantee Deed who never had possession of over 360acres in Section 1 & 2, and transferred it through deed illegally and ran off, using lawyers who also are tied into the Tampa cases to subdue the engineer timed with **Boston Bomb Explosion, Parkland and Pulse Bar shooting with bond hikes and fake AR-15 death threats and Tampa Police reports with Chris Shaw, April Johnson and Luis Rivera Trustee of US Middle District**, with the help of Lee County, SWFWMD, FDEP and Boston Police.

44. Despite the foregoing, BSLF and 72 Partners brought and maintained the present action to attempt to foreclose the Mortgage.

45. Such actions on the part of BSLF and 72 Partners constitute violations of the FCCPA.

46. As a result of the violations of the FCCPA by BSLF and 72 Partners, the Daughtreys and the Engineer have suffered damages.

**WHEREFORE**, the Engineer demands judgment against 72 Partners for damages, reasonable attorneys' fees, costs, and such further relief as the Court may deem proper.

**COUNT VI –CIVIL RICO**
**(Civil Remedies for Criminal Practices Act)**

47. This is an action for damages which exceed $15,000.00, exclusive of interest, costs and attorney's fees for violation of the Civil Remedies for Criminal Practices Act ("CCFCPA").

48. The Engineer re-allege the allegations contained in paragraphs 2 through 25, inclusive, paragraphs 31 through 36, inclusive, and paragraphs 43 and 44, above, as though the same were fully set forth herein.

49. BSLF and 72 Partners conspired or endeavored to acquire and maintain an interest in the real property owned by the Daughtreys and the Engineer, through a pattern of criminal activity or through the collection of an unlawful debt.

50. At all material times, BSLF and 72 Partners were associated with an enterprise, which from approximately January, 2010 through the present has functioned as a continuing unit and has been engaged in an ongoing and continuing course of conduct with the common purpose of obtaining an ownership or other interest in the Daughtreys' land, and/or for the purpose of achieving or maintaining a monopoly power.

51. In furtherance of such goals, the enterprise engaged in a pattern of criminal activity including, but not limited to, violations of Chapter 838, Florida Statutes, relating to bribery and misuse of public office, and violations of §817.54, Florida Statutes, by obtaining the Mortgage, Note and other Loan Documents by false pretenses.

52. BSLF and 72 Partners participated and/or conspired to participate in said enterprise through a pattern of criminal activity and/or the collection of an unlawful debt.

53. As a direct result of the foregoing, the Engineer has suffered, and is continuing to suffer, damages.

**WHEREFORE**, the Engineer demands judgment against 72 Partners for damages, reasonable attorneys' fees, costs, and such further relief as the Court may deem proper.

**THIRD-PARTY CLAIMS**

Joseph D. Gilberti, P.E., and individual and Professional Engineer (hereinafter, the "Engineer"), hereby sues Third-Party Defendant, (hereinafter "Third Party Defendants") BSLF Holdings, LLC, a Florida limited liability company, (" BSLF"), **Federal Bureau of Investigation (FBI)**, Central Intelligence Agency (CIA), Department of Defense, Pentagon (DOD), NASA, Florida Congress, US Middle District Court of Florida, Twelfth Judicial Circuit Court of Florida, Thirteenth Circuit Court of Florida, Twentieth Judicial Circuit Court of Florida, Sarasota Planning and Zoning Department, Sarasota Tax Collector, Sarasota County Property Appraiser, Sarasota County Clerk of Court-Comptroller, Sarasota Health Department, Lee County Health Systems, Center of Disease Control and Prevention, Florida Power and Light (Nextra), Duke Energy, Peace River Electric Corp (PRECO), Lisa Carlton, ex-Governor Jeb Bush, ex-President Donald J. Trump, US Senator Marco Rubio, US Congressman Vern Buchanan, Broward Sheriffs Office, Boston Police Department, US Congresswoman Marjorie Taylor Greene, Snyder Law Group, P.A., Dade County Board of County Commissioners, Miami-

Dade Water and Sewer Dept (WASD), Palm Beach Board of County Commissioners, and allege as follows:

## COUNT I – CIVIL CONSPIRACY

54. This is an action for damages that exceed $15,000.00, exclusive of interest, costs, and attorneys' fees for civil conspiracy.

55. The Engineer re-alleges the allegations contained in paragraphs 2 through 53, inclusive, above, as though the same were fully set forth herein for actions by 72 Partners and Third Party Defendants.

56. At all material times, the real property owned by the Daughtreys was, and still is, worth substantially more than the amount of the Loan; contains wetlands and other natural conditions that make it desirable for acquisition as part of an Environmental Land Acquisition and Protection Program; and has a deep well located within its boundaries, the control of which by certain persons or entities could cause such persons or entities to achieve, or maintain, a monopoly power with regard to the areas' water supply.

57. At all material times, Third Party Defendants had knowledge of the foregoing.

58. During the time from Third Party Defendants first contact with the Daughtreys and the Engineer regarding the Loan through the present, Third Party Defendants and 72 Partners have had an agreement to try to achieve the goal of obtaining an ownership or other interest in the Daughtreys' land for less than fair compensation by unlawful means, and/or to obtain said real property with the intent of achieving or maintaining, or assisting others to achieve or maintain, a monopoly power.

59. Third Party Defendants and 72 Partners and have committed overt acts in furtherance of their agreement, including, but not limited to, violating the TILA and Regulation Z, as amended by HOEPA, as set forth herein; violating the provisions of Florida Fair Lending

Act in connection with the Loan in ways, including but not limited to, including a prepayment penalty without offering the Daughtreys the choice of another product without a prepayment penalty; failing to provide the Daughtreys with written disclosures relating to the prepayment penalty; including an interest rate that is higher after default on the loan, including terms under which the aggregate amount of the regular periodic payments would not fully amortize the outstanding principal balance, and engaging in a pattern or practice of extending high-cost home loans to borrowers, including the Daughtreys, based: and prosecuting and maintaining the present action, seeking to foreclose on the Daughtreys' real property. These actions have continued now through Title Fraud as shown in the Quiet Title Case ***Gilberti vs 72 Partners*** **Case 2019 CA 04532 NC**, recent Objections by Daughtreys shown in US Middle District Bankruptcy Case 20-bk-07973 where Daughtrey was forced to file Bankruptcy again due to another attack during the Election, and during a National Case ***Gilberti vs CDC, et al***, **Federal Case 2:20-CV-08251-FMO** which includes the same Judges attacking today, such as but not limited too, Judge Caryln Delano of US Middle District Tampa-Fort Myers and Judge Walker of Sarasota Circuit 12.

60. As a result of the acts done by Third Party Defendants in furtherance of this agreement and 8yrs of US Terrorism, Fraud and capitol crimes the Cops and FBI are harboring for foreign corps like Nestle and Mosaic Phosphate and Wall Street fools like Buffet, Bill Gates and Bush Family after this World Resource for years, the Engineer has suffered, and is continuing to suffer, damages.

61. Third Party Defendants are jointly and severally liable for all damages resulting from the conspiracy.

**WHEREFORE**, the Engineer demands judgment against Third Party Defendants for damages; reasonable attorneys' fees, costs, and such further relief as the Court may deem proper.

**COUNT IV – VIOLATION OF FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT**

62. This is an action for damages which exceed $15,000.00, exclusive of interest, costs and attorney's fees for violation of the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA").

63. The Engineer re-allege the allegations contained in paragraphs 2 through 53, inclusive, and paragraphs 55 through 62, inclusive, above, as though the same were fully set forth herein.

64. Such actions on the part of Third Party Defendants constitute violations of FDUTPA.

65. As a result of the violations of FDUTPA by Third Party Defendants, the Engineer has suffered, and is continuing to suffer, damages.

**WHEREFORE**, the Engineer demands judgment against Third Party Defendants for damages, reasonable attorneys' fees, costs, and such further relief as the Court may deem proper.

**COUNT V – VIOLATION OF FLORIDA CONSUMER COLLECTIONS PRACTICES ACT**

66. This is an action for damages and other statutory relief for violation of the Florida Consumer Collections Practices Act ("FCCPA").

67. The Engineer re-alleges the allegations contained in paragraphs 2 through 65, inclusive, above, as though the same were fully set forth herein.

68. Based on the foregoing, Third Party Defendants knew, or should have known, that the Mortgage did not created a legitimate security interest in the real property owned by the Daughtreys on this land under Federal and State attack by Politicians looking for campaign contributions for useless elections for big Wall Street goons attacking this Resource with US Media, Smith-Mundt Acts, Court Fraud, Police Fraud, FBI Fraud, for a World Water Supply

knowledge hidden by Florida Congress and NASA for Decades to pump poor arsenic water to Florida taps for 40yrs vs spring water with no water restrictions.

69. Despite the foregoing, Third Party Defendants and 72 Partners brought and maintained the present action to attempt to foreclose the Mortgage, time terrorism to subdue the Engineer along the dockets for 8 solid years of US and World Treason through Water Supply Eugenics and more.

70. Such actions on the part of Third Party Defendants constitute violations of the FCCPA.

71. As a result of the violations of the FCCPA by BSLF, the Daughtreys have suffered, and are continuing to suffer, damages.

**WHEREFORE**, the Daughtreys demand judgment against BSLF for damages, reasonable attorneys' fees, costs, and such further relief as the Court may deem proper.

**COUNT VI –CIVIL RICO**
**(Civil Remedies for Criminal Practices Act)**

47. This is an action for damages which exceed $15,000.00, exclusive of interest, costs and attorney's fees for violation of the Civil Remedies for Criminal Practices Act ("CCFCPA").

48. The Daughtreys re-allege the allegations contained in paragraphs 2 through 53, inclusive, paragraphs 55 through 65, inclusive, and paragraphs 66 and 71, above, as though the same were fully set forth herein.

49. Third Party Defendants, with 72 Partners and/or others, conspired or endeavored to acquire and maintain an interest in the real property owned by the Daughtreys and the Engineer, through a pattern of criminal activity or through the collection of an unlawful debt,

timed US Terrorism to subdue the Engineer, Title and Auction fraud, Tax appraiser fraud to manipulate FDEP Florida Forever Trust Funds and more.

50. At all material times, Third Party Defendants was associated with an enterprise, which from approximately January, 2010 through the present has functioned as a continuing unit and has been engaged in an ongoing and continuing course of conduct with the common purpose of obtaining an ownership or other interest in the Daughtreys' and Engineers land and WORLD RESOURCE FIND in WATER SUPPLY for all Florida and World Medicine production, and/or for the purpose of achieving or maintaining a monopoly power of local developers, bottling, machine parts and National Defense! Hidden by Tampa Central Command, DOJ, USGS, NASA, Hospitals, Tampa Moffit, Lee Health Systems with Swfwmd-FDEP and EPA criminals. See Gilberti vs CDC, et al and over 25 related cases across Florida and USA.

51. In furtherance of such goals, the enterprise engaged in a pattern of criminal activity including, but not limited to, violations of Chapter 838, Florida Statutes, relating to bribery and misuse of public office, and violations of §817.54, Florida Statutes, by obtaining the Mortgage, Note and other Loan Documents by false pretenses.

52. Third Party Defendants participated in, and/or conspired to participate in, said enterprise through a pattern of criminal activity and/or the collection of an unlawful debt, US Terrorism planned to produce bond hikes timed with Florida State and Federal Courts, Judges and civil servants.

53. As a direct result of the foregoing, the Engineer has suffered, and continues to suffer, damages.

**WHEREFORE**, the Engineer demand judgment against 72 Partners, LLC and said Third Party defendants for the full lien amount plus damages, costs, and such further relief as the Court may deem proper.

Dated this 31st day of March, 2021.

/s/ *Joe Gilberti P.E.*
Joseph D. Gilberti, P.E.
A Licensed Professional Engineer
PE#56070
385 Donora Blvd
Fort Myers Beach, Florida 33931
813-470-6000 direct
gilbertiwater@gmail.com
www.gilbertibluegold.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing as well as others on Service list was furnished via E-File system email this 31st day of March, 2021 to:

Ryan L. Snyder, Esq.
FBN 0010849
**Snyder Law Group, P.A.**
*Co-Counsel for 72 Partners*
2025 Lakewood Ranch Blvd, Suite 102
Bradenton, FL 34211
941-747-3456
941-747-6789 Facsimile
Ryan@SnyderLawGroup.com

Eduardo F. Morrell, Esq.
FBN 0773281
**McIntrye Thanasides**
*Co-Council for 72 Partners*
425 S. Florida Avenue
Lakeland, Florida 33801
844-511-4800
813-899-6069 Facsimile
EMorrell@MorrellPA.com

# EXHIBIT A

PDF Created with deskPDF PDF Creator X - Trial :: http://www.docudesk.com

# AFFIDAVIT

STATE OF FLORIDA

COUNTY OF LEE

BEFORE ME, the undersigned authority, personally appeared, ALEX S. ESBER, who was sworn and says, under penalty of perjury that the following allegations are true and correct and made on personal knowledge and that the Affiant is over the age of eighteen (18) and is competent to testify to the matters stated:

1. Affiant's name is Alex S. Esber.
2. Affiant's address is 3712 75th Drive East, Sarasota Florida 34243.
3. Affiant is a Professional Surveyor and Mapper, State of Florida License No. 4349.
4. Affiant has been a licensed professional surveyor and mapper in the State of Florida for over 34 years.
5. Affiant's responsibilities include preparing, reviewing, tracing, and plotting legal descriptions, also ownerships and property rights in addition to preparing and certifying surveys of the same.
6. Affiant was engaged by Cecil Daughtrey, Jr., to review the legal descriptions language attached to the mortgage as Exhibit "A," recorded in the official records of Sarasota County, Instrument # 2010072083, the same legal is also attached to "Subordination, Non-disturbance and Attornment Agreement" recorded in the official records of Sarasota County, Instrument # 2010072085; several legal descriptions attached to or included in Court Case 2011 CA 004209 NC; legal description from Sarasota County Property Appraiser Website, Parcel No. 1011-00-1030, reflecting an acreage of said parcel as 96 acres, relative to the property ownership of Cecil Daughtrey.
7. Affiant certifies that he did review the legal description language attached to the mortgage as Exhibit "A," recorded in the official records of Sarasota County, Instrument # 2010072083; said legal also attached to "Subordination, Non-disturbance and Attornment Agreement" recorded in the official records

of Sarasota County, Instrument # 2010072085; several legal descriptions attached to or included in Court Case 2011 CA 004209 NC and, (a) said legal descriptions are defective; (b) said legal descriptions do not definitively describe the property of Cecil Daughtrey, Jr. and Patricia A. Daughtrey; (c) said legal description does not encompass the property of Cecil Daughtrey, Jr. and Patricia A. Daughtrey.

8. Affiant also certifies that he did review the legal description language attached to Sarasota County Property Appraiser Website, Parcel No. 1011-00-1030, reflecting an acreage of said parcel as 96 acres and said legal description attached thereto does not properly describe the 160 acre parcel represented in United States Bankruptcy Court Case 9:13-BK-14831-FMD.

FURTHER AFFIANT SAYETH NAUGHT.

Date: 02/17/2021

Alex S. Esber, PLS

State of Florida

County of Sarasota

Sworn to and subscribed before me this 17 day of February 2021, by Alex S. Esber, who did take an oath and who is personally known to me or he/she produced FlDL E216-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 for identification.

Cynthia Schindler
Signature of Notary Public

Cynthia Schindler
Print, Type, or stamp Commissioned Name of Notary Public

CYNTHIA SCHINDLER
Notary Public - State of Florida
Commission # GG 234181
My Comm. Expires Jul 1, 2022

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

CASE NO.: 2019 CA 4532 NC
DIVISION: A

JOSEPH GILBERTI,

Plaintiff,

vs.

72 PARTNERS, LLC., et al.

Defendants.

---

PROCEEDINGS HELD BEFORE
THE HONORABLE CHARLES WILLIAMS

DATE TAKEN: Monday, March 15, 2021

TIME: 1:30 p.m. - 1:45 p.m.

LOCATION: All Parties Appearing Remotely

REPORTED BY: Elizabeth Ashley Nole
Court Reporter/Notary Public
Commission No. HH07543
Expires 2/6/2025

APPEARANCES:

JOE GILBERTI, PRO SE
385 Donora Boulevard
Fort Myers, Florida 33931
gilbertiwater@gmail.com
(813) 470-6008

Appearing for Plaintiff, Pro Se

BRANDON M. DANIELS, ESQUIRE
Daniels & Hannan
11031 Gatewood Drive
Lakewood Ranch, Florida 34211
(941) 877-6496
brandon@dhlawfirm.org

Appearing for Defendant,
72 Partners, LLC

PROCEEDINGS

THE COURT: All right. So let's formally go on the record. This is Case Number 2019CA4532NC. I'm covering for Judge Walker today. It's apparent that Judge Walker set a status conference on this case, so I'm going to ask Mr. Daniels, and then I'll hear from Mr. Gilberti, what's happening in this case?

MR. DANIELS: Thank you, Judge. Just for some background reference. This involves two parcels of property that Mr. Gilberti is trying to quiet title on. Those parcels of property are encompassed within my client's property that was recently sold at the state foreclosure sale, which renders Mr. Gilberti's complaint here moot.

So what I think I should do, and now that we have concluded the state foreclosure sale, is I can file a Motion to Dismiss and present the evidence to the Court that Mr. Gilberti doesn't have any standing to proceed forward with the quiet title action.

THE COURT: Okay. Are there any other

pending motions? I know that we had a Plaintiff's Motion to Lift Stay Proceedings that apparently has not been heard. That was -- it looks like that was e-filed on February 13th.

MR. GILBERTI: That's correct.

THE COURT: So I'm assuming that's still pending.

MR. DANIELS: That is correct, Judge.

MR. GILBERTI: That's correct, Your Honor.

THE COURT: All right. And so, Mr. Daniels, it's your intent to file a Motion to Dismiss.

And so let me hear from Mr. Gilberti. Go ahead, sir.

MR. GILBERTI: Thank you, Your Honor. Your Honor, this property was deeded to me prior to a bankruptcy discharge that went to his client. A year before, I had a lien revision that was still in dispute.

There's a -- there's a natural resource under this property. There's a regional lawsuit against the CDC, against this circuit by the way, Gilberti versus CDC.

There's also one going in today to the FBI and The Pentagon. This thing was hidden 50 years. It's coming to the tap. It's a unique water resource. These guys are loan sharks that have been after it. So I'm asking to lift the stay. I never got to move for discovery.

They actually filed a quiet title, and once I brought up their client on a water board for SWFWMD pulled out, so I have since filed the quiet title.

There's fraud all over the court. They advertise 2200 acres in a case 2011CA -- this is their client's foreclosure case. They advertised 220 acres. They sold the homestead 85 acres, my client's home, and then turned around and recorded it on this 360 acres. And I have the affidavit that show from a professional surveyor there's fraud everywhere.

So I would ask that we move to lift the stay, go into an evidentiary phase, that I never got to see, and let me start my discovery. I've asked for stuff. They've never given anything. I could file a Motion

to Compel at this point.

I asked Judge Walker, who came brand-new into the case, maybe a week old last year about this time, I said, Hold up, we need to finish this quiet title prior to them doing the sale.

And because there's a massive racketeering thing -- I'm not going to get into the details of that because there's Federal investigations. Trump was served. I had him subpoenaed. He was scheduled on March 10th, last week. I can't disclose anything.

So there's more than enough information on related cases. You're more than welcome -- I had to do the whole circuit on civil rights, Gilberti versus CDC. It got filed in Los Angeles. They're going to try to bring it back to the Middle District, which I had to also sue.

Nobody is moving this underground river. It's got a permit on it. It needs one signature. Alkaline spring water to the tap creates an economic driver. DeSantis is in it. He knows about it. It's been going

on a while. Hell, there's a 320-mile permit all the way to Miami down 75.

So this quiet little issue, this was a partial payment on a lien I have that's still pending that's in appeals court because all of these judges are in an old general-development-corp gang I can't stop.

So we're okay. We're going to keep the water moving on the parcel across the street, Mr. Flint, where we have two of them. But this majorly affects the project, and I need to get this case moving. And we need to get at least some discovery. I have been stiched on all discovery. And they've rotated judges left and right.

So all I can do is ask. Can we just move, lift the stay, that way if he wants to file his motion, fine, I'll go in there and show him what I think it -- you know, I've got plenty here to go to trial so -- and he's more than welcome to file that motion.

I just want to lift the stay and move into a compel of evidence. I want to see everything they just sold, which is so obvious. Anyone can go online and see the

fraud.

October 5th was the sale. They sold 95 acres, not 20 -- 230 acres. That's a pretty big mistake. And then they turned around and recorded it on this so they could -- they basically messed up the property appraiser. They sold this land for 82 bucks an acre. I wish I could get 82 bucks an acre for land out here in Sarasota, don't you?

So you're new to the case. I know you're here just for a hearing on status. I'm just going to ask to lift the stay and let's move forward, because I don't know if I can do anything other than that right now.

THE COURT REPORTER: Judge --

MR. GILBERTI: Did y'all get that?

THE COURT REPORTER: The Judge is muted.

MR. DANIELS: You're muted, Judge.

THE COURT REPORTER: The Judge is muted.

MR. GILBERTI: Yeah, the Judge, he might be muted. I don't hear anything.

THE COURT: All right. So what I

would -- what I would like to do is go ahead and have you -- have you coordinate with Judge Walker for your Motion to Dismiss and the Plaintiff's Motion to Lift Stay. I would suggest that both motions be heard. The Motion to Dismiss obviously should be heard first, and following the ruling on that, the Plaintiff's Motion --

MR. GILBERTI: Well, Your Honor, my motion was filed first.

THE COURT: Okay. Well, I'll leave it up -- I'll tell you what, what we'll do -- what we'll do is we'll cross-notice both motions, and then Judge Walker can choose --

MR. GILBERTI: Your Honor --

THE COURT: -- which motion to hear first.

MR. DANIELS: Thank you, Judge.

MR. GILBERTI: Your Honor, the Motion for the Stay had one condition. They wanted to go to sale. They went to sale. We can simply lift the stay now --

THE COURT: Okay.

MR. GILBERTI: -- and let's move forward.

THE COURT: Well, I can't do it. I'm here just for the status -- yeah, I'm just here for the status conference, but I'm just going to enter an Order that both motions are to be heard. I think he can probably get hearing time within the next 30 days.

MR. DANIELS: I have to draft up the motion, Judge.

THE COURT: Okay. How about within the next 60 days?

MR. DANIELS: That's fine.

THE COURT: All right. And what I would like --

MR. GILBERTI: Why not 30? Why not 30? Let's get --

THE COURT: Well --

MR. GILBERTI: I've been waiting forever. I filed this thing -- you know, we need to get moving fast. How about 15 days?

THE COURT: No, that's going to take more time. In fact, I know that Judge Walker's calendar is going to probably not allow that. So I think it can be heard within 60 days.

MR. GILBERTI: Okay. I mean --

MR. DANIELS: That'll be good.

MR. GILBERTI: -- that's fine with me. By then, a lot of this FBI complaint will come to fruition. And this is -- I'm sorry. When you first started -- this is Judge Williams?

THE COURT: Yes.

MR. GILBERTI: Charles Williams?

THE COURT: Yes.

MR. GILBERTI: Charles Williams, you were the Chief Judge at the time Mr. Daughtrey never got a trial during a Columbus Day, Obama's glitch shutdown when they were switching the Metadata. No one knew about the trial. I think you should go back to the 2011 case, because you're one of the key names in our -- in our district --

THE COURT: Okay.

MR. GILBERTI: -- here.

THE COURT: All right.

MR. GILBERTI: I just want to let you know, because I can't tell what's going on around you. I'm not living your life. But this is a massive thing. And you're more than welcome as a U.S. citizen to order a

lab test out here. Ain't nobody moving us.

These guys are criminals, and -- and I'd hate to see you getting pulled in on something and you didn't know about it. It's been a long time since 2000 I think '13 that thing got railroaded. Nobody knew there was a trial while they were leading in the Metadata software. Sarasota and one other county got the wait on the mandate, and that's when they did the trial. So we didn't know there was a trial.

Then they're kidnapping me with terrorism acts and putting me in Tampa while they're rotating with these clown attorneys and doing this with Greenberg Traurig. You should see -- you should read all the stuff, you need to, because --

MR. DANIELS: Your Honor, this is --

MR. GILBERTI: -- you're actually a person of interest, okay?

MR. DANIELS: -- this is the same (Unintelligible) that we already had a trial on that he was dismissed on, so do you want --

MR. GILBERTI: This guy has no --

MR. DANIELS: -- me to prepare an Order?

MR. GILBERTI: -- clue about any of that.

THE COURT: I'm going to ask Mr. Daniels -- I'm going to go ahead and do an Order that basically says that the Court directs that the Motion to Dismiss and the Motion to Stay proceedings be set within the next 60 days.

MR. DANIELS: Okay. Do you want me to prepare that and send it to you?

THE COURT: Yes, would you?

MR. DANIELS: Yes, Your Honor.

MR. GILBERTI: And, Mr. Williams, I'm going to be sending you a subpoena to depose you soon on this particular meeting too, because you're holding up millions of jobs and new medicine.

MR. DANIELS: Judge, may I be excused?

MR. GILBERTI: So I'm just letting you know.

THE COURT: All right.

MR. GILBERTI: I'm just letting you know.

THE COURT: Okay. So I made my ruling. We're going to go ahead and terminate the hearing. Thanks.

MR. DANIELS: Thank you, Judge. Have a great day.

THE COURT: All right. Thanks.

(Whereupon the proceedings concluded at 1:45 p.m.)

CERTIFICATE OF REPORTER

STATE OF FLORIDA )
COUNTY OF MANATEE )

I, ELIZABETH A. NOLE, Court Reporter, do hereby certify that I was authorized to and did report the foregoing proceedings remotely, and that the transcript is a true and correct record of my stenographic notes.

DATED this 26th day of March, 2021.

Elizabeth Ashley Nole

ELIZABETH A. NOLE, COURT REPORTER
Notary Public - State of Florida
Commission No. HH075454
Expires 2/6/2025

EXHIBIT B

PDF Created with deskPDF PDF Creator X - Trial :: http://www.docudesk.com

# VERIFIED RETURN OF SERVICE



**Date Received:** 3/02/2021 **Case Number:** 2:20-CV-08251-FMO-PVC

**Served To:** DONALD J. TRUMP, U.S. PRESIDENT (2016-2020)

---

JOSEPH D. GILBERTI, P.E.

vs

CENTER FOR DISEASE CONTROL & PREVENTION et. al.

**Court:** USDC CENTRAL CALIFORNIA
**Date/Hour:** 3/10/2020 10:45AM

**Writ Type:** SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

**To:** DONALD J. TRUMP, U.S. PRESIDENT (2016-2020) 1100 SOUTH OCEAN DRIVE PALM BEACH, FL 33480

RECEIVED THIS WRIT ON **3/02/2021** AT **1:18PM** AND ON **3/03/2021** AT **11:00AM** I SERVED IT ON THE WITHIN NAMED **DONALD J. TRUMP, U.S. PRESIDENT (2016-2020)** IN **PALM BEACH** COUNTY, FLORIDA.

**X AUTHORIZED/DESIGNATED BY LAW/APPOINTMENT SERVICE**

By serving a true copy of a **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**, and a copy of the **COMPLAINT**, with the date and hour of service, my identification number, and initials endorsed thereon by me to **ELIZA THURSTON, DEPUTY ASSISTANT TO THE PRESIDENT, DIRECTOR OF THE OFFICE OF THE CHIEF OF STAFF**, an agent authorized by law, or by appointment to receive service of process, per the policy and request of the office of **DONALD J. TRUMP**.

**Comments:**

At 10:30 AM I arrived at the address for service, a U.S. Secret Service controlled area. I was allowed to remain outside of the address while staff was notified. I had annotated the documents for 10:30 am, and later for 10:50 a.m., but I did not meet staff for service until 11 a.m. Eliza Thurston, staff member, accepted service on behalf of the witness.

PHYSICAL DESCRIPTION: WHITE FEMALE, 5'6", 115 LBS, BLONDE HAIR, 35-45 YEARS OF AGE, NOT WEARING GLASSES

**VERIFIED RETURN OF SERVICE** Page 2

**Date Received: 3/02/2021** **Case Number: 2:20-CV-08251-FMO-PVC**

**Served To: DONALD J. TRUMP, U.S. PRESIDENT (2016-2020)**

| | |
|---|---|
| FEES FOR SERVICE | 65.00 |
| RUSH SVC | 35.00 |

**Requestor:** JOSEPH D. GILBERTI, JR. P.E
LANDTECH DESIGN GROUP, INC
PRO SE
385 DONORA BLVD
FT. MYERS BEACH FL 33931

| | |
|---|---|
| TOTAL | 100.00 |
| PAID | 100.00 |
| **BALANCE** | |

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. FL Statute 92.525 (2)

BY: ______________________

PRINTED NAME: RYAN M WILSON
PALM BEACH CPS 1704 BROWARD SPS 1361

X I acknowledge that I am a Certified Process Server in the circuit in which the defendant was served, am in good standing and have no interest in the above action.

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

RMW
Broward SPS #1361
Palm Beach CPS #1704
03/03/2021 11:00 AM

Joseph D. Gilberti, P.E.
*Plaintiff*
v.
Center of Disease Control & Prevention (CDC), et al.
*Defendant*

Civil Action No. 2:20-cv-08251-FMO-PVC

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Donald J. Trump, U.S. President (2016 to 2020)

*(Name of person to whom this subpoena is directed)*

✓ *Testimony:* YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: | Date and Time: |
|---|---|
| Join Zoom Meeting<br>(see attached Call-in instructions) | 03/10/2021 10:45 am |

The deposition will be recorded by this method: Sarasota, Florida (Zoom) Official Court Reporter

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: All information related to this case and related cases, as listed in the complaint. All information related Marjories Stoneman Douglas Shooting, Lake O Blue Green Algae, Gilberti vs Federal Reserve, et. al, and Gilberti vs Desantis, et. al., and other cases filed related to this property showing and unique endless reading for water, energy and medicine production on file at FDEP.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: Feb - 3 2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

OR

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff Joseph D. Gilberti, P.E., who issues or requests this subpoena, are:

385 Donora Blvd, Fort Myers Beach, Florida 33931, gilbertiwater@gmail.com, 813-470-6000

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

PDF Created with deskPDF PDF Creator X - Trial :: http://www.docudesk.com

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2:20-cv-08251-FMO-PVC

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* DONALD J. TRUMP U.S. PRESIDENT (2016-2020)
on *(date)* 03/02/2021

☒ I served the subpoena by delivering a copy to the named individual as follows: by handing a copy of the subpoena along with a copy of the complaint to Eliza Thurston, Deputy Assistant to the President, a person authorized by law or appointment to receive service for the witness on *(date)* 03/03/2021 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ 0

My fees are $ 0 for travel and $ 100 for services, for a total of $ 100.00

I declare under penalty of perjury that this information is true.

Date: 03/04/2021

*Server's signature*

Ryan M Wilson, Certified Process Server #1704

*Printed name and title*

Advantage PI, LLC
261 N University Dr Ste 500 PMB 1016
Plantation, FL 33324
(858) 523-8428

*Server's address*

Additional information regarding attempted service, etc.:

At 10:30 AM I arrived at the address for service, a U.S. Secret Service controlled area. I was allowed to remain outside of the address while staff was notified. I had annotated the documents for 10:30 am, and later for 10:50 a.m., but I did not meet staff for service until 11 a.m. Eliza Thurston, staff member, accepted service on behalf of the witness.

PHYSICAL DESCRIPTION: WHITE FEMALE, 5'6", 115 LBS, BLONDE HAIR, 35-45 YEARS OF AGE, NOT WEARING GLASSES

PDF Created with deskPDF PDF Creator X - Trial :: http://www.docudesk.com

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:

(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***

(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**

The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

PDF Created with deskPDF PDF Creator X - Trial :: http://www.docudesk.com

**ZOOM MEETING INVITATION**
*Subpoena to Trump Subpoena*

Elizabeth Nole is inviting you to a scheduled Zoom meeting.

Topic: Gilberti vs. CDC, et al
Time: Mar 10, 2021 10:45 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/85856642032?pwd=QTg3aTN0RFVlVUJJYUFDM0Z0azFSQT09

Meeting ID: 858 5664 2032
Passcode: 800612
One tap mobile
+19292056099,,85856642032#,,,,*800612# US (New York)
+13017158592,,85856642032#,,,,*800612# US (Washington DC)

Dial by your location
+1 929 205 6099 US (New York)
+1 301 715 8592 US (Washington DC)
+1 312 626 6799 US (Chicago)
+1 669 900 6833 US (San Jose)
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
Meeting ID: 858 5664 2032
Passcode: 800612
Find your local number: https://us02web.zoom.us/u/kb2Wd2ETwn

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

Joseph D. Gilberti, P.E.
*Plaintiff*
v.
Center of Disease Control & Prevention (CDC), et al.
*Defendant*

Civil Action No. 2:20-cv-08251-FMO-PVC

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Donald J. Trump, U.S. President (2016 to 2020)

*(Name of person to whom this subpoena is directed)*

✓ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Join Zoom Meeting (see attached Call-in instructions) | Date and Time: 03/10/2021 10:45 am |
|---|---|

The deposition will be recorded by this method: Sarasota, Florida (Zoom) Official Court Reporter

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: All information related to this case and related cases, as listed in the complaint. All information related Marjorias Stoneman Douglas Shooting, Lake O Blue Green Algae, Gilberti vs Federal Reserve, et. al, and Gilberti vs Desantis, et. al., and other cases filed related to this property showing and unique endless reading for water, energy and medicine production on file at FDEP.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: Feb - 3 2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

OR

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff Joseph D. Gilberti, P.E., who issues or requests this subpoena, are:
385 Donora Blvd, Fort Myers Beach, Florida 33931, gilbertiwater@gmail.com, 813-470-6000

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

PDF Created with deskPDF PDF Creator X - Trial :: http://www.docudesk.com

Civil Action No. 2:20-cv-08251-FMO-PVC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* ______________________
on *(date)* ______________

☐ I served the subpoena by delivering a copy to the named individual as follows: ______________
______________________________________________________________
______________________________ on *(date)* ______________ ; or

☐ I returned the subpoena unexecuted because: ______________________
______________________________________________________________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ ______________

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

PDF Created with deskPDF PDF Creator X - Trial :: http://www.docudesk.com

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
**(A) *Appearance Not Required.*** A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B) *Objections.*** A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***

**(A) *When Required.*** On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
**(B) *When Permitted.*** To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or
(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C) *Specifying Conditions as an Alternative.*** In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
**(A) *Documents.*** A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B) *Form for Producing Electronically Stored Information Not Specified.*** If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C) *Electronically Stored Information Produced in Only One Form.*** The person responding need not produce the same electronically stored information in more than one form.
**(D) *Inaccessible Electronically Stored Information.*** The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
**(A) *Information Withheld.*** A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B) *Information Produced.*** If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

PDF Created with deskPDF PDF Creator X - Trial :: http://www.docudesk.com

**ZOOM MEETING INVITATION**
*Subpoena to Trump Subpoena*

Elizabeth Nole is inviting you to a scheduled Zoom meeting.

Topic: Gilberti vs. CDC, et al
Time: Mar 10, 2021 10:45 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/85856642032?pwd=QTg3aTN0RFVVUJJYUFDM0Z0azFSQT09

Meeting ID: 858 5664 2032
Passcode: 800612
One tap mobile
+19292056099,,85856642032#,,,,*800612# US (New York)
+13017158592,,85856642032#,,,,*800612# US (Washington DC)

Dial by your location
+1 929 205 6099 US (New York)
+1 301 715 8592 US (Washington DC)
+1 312 626 6799 US (Chicago)
+1 669 900 6833 US (San Jose)
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
Meeting ID: 858 5664 2032
Passcode: 800612
Find your local number: https://us02web.zoom.us/u/kb2Wd2ETwn

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk.com

UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

**JOSEPH D. GILBERTI, JR., P.E.**, an Individual and Licensed Professional Engineer,

Plaintiff,

v.

**CENTER OF DISEASE CONTROL (CDC)**, WORLD HEALTH ORGANIZATION-PAN AMERICAN HEALTH ORGANIZATION (WHO-PAHO), SENATOR RICK SCOTT, DEPARTMENT OF JUSTICE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, US MIDDLE DISTRICT COURT OF FLORIDA, US DISTRICT COURT OF APPEALS 11TH CIRCUIT, THIRTEENTH JUDICIAL CIRCUIT COURT OF FLORIDA, TWELFTH JUDICIAL CIRCUIT COURT OF FLORIDA, SARASOTA CLERK OF COURT, SEVENTEENTH JUDICIAL CIRCUIT COURT OF FLORIDA, SECOND DISTRICT COURT OF APPEALS FLORIDA, FLORIDA DEPARTMENT OF LAW ENFORCEMENT, FLORIDA DEPARTMENT OF HEALTH, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, DEPARTMENT OF EDUCATION, PARKLAND HIGH SCHOOL, BROWARD COUNTY SCHOOL BOARD, MARK OBER, PAM BONDI, FLORIDA STATE ATTORNEY ASHLEY MOODY, HILLSBOROUGH COUNTY STATE ATTORNEYS OFFICE, FLORIDA BOARD OF ENGINEERS, BROWARD COUNTY STATE ATTORNEYS OFFICE, ATTORNEY CHRISTOPHER SHAW, HILLSBOROUGH COUNTY PUBLIC DEFENDERS OFFICE, DEPARTMENT OF CORRECTIONS, 72 PARTNERS, LLC

Defendants.

______________________________________/

Civ. No.

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

**CIVIL RIGHTS VIOLATIONS, FRAUD ON THE COURTS, RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT ("RICO")**

Plaintiff JOSEPH D. GILBERTI, JR., P.E., hereinafter "THE ENGINEER," is an Individual, filing for a complaint against DEFENDANTS or "Enterprise", allege as follows:

**NATURE OF THE ACTION**

This is a 42 U.S. Code § 1983 federal civil rights case under the First and Fourth Amendments of the United States Constitution as applied to the States under the United States Constitution's Fourteenth Amendment for the Defendants' individual and collective personal, malicious, and unlawful violations under color of state law of Plaintiffs' individual and collective constitutional rights to free speech and protection against unreasonable search of Plaintiff's bodies as well as state tort claims for civil conspiracy. See *Gilberti vs Federal Reserve, et al.* headed to US Supreme Court for Racketeering by Florida Department of Justice, State and US Judges, Florida Department of Law Enforcement, Florida Dept of Education & US Leaders being paid by large foreign corporations such as but not limited to Israel Chemical LTD/Mosaic Phosphate of Florida hiding Global Water & Medicine Resources with EPA and Federal Reserve Board/Central Banks. This Resource has reading never seen on Earth that affects Medicine and National Defense.



This mask has been on the $20bill since 2003 and is part of the same Smith-Mundt Modification pattern used to subdue Engineer Gilberti with various Terrorist attacks shown in this complaint and multiple filed related cases throughout Florida and Washington DC.

Defendants are working with U.S. Federal Reserve, EPA, FEMA, CDC WHO, Hollywood Producers, Israel Mosaic Phosphate, corrupt Judges, Court clerks, law-firms, Florida leaders, EPA and foreign Terrorist to subdue Plaintiff who found a hidden underground Natural resource in Medicine, Energy and Water Supply production and National Defense. Defendants are working in a Racketeering Enterprise with Leaders, agencies and Land Developers to destroy water supply and Americans with higher rates of Cancers, Viruses and Diseases as well as destroying the Environment, Fish & Wildlife, Tourism, Jobs and Macroeconomic growth in Florida, America and abroad. **This unique property has Geological indicators that show America how to find more in days and create millions of Jobs, new medicine and economic sustainability.**

Below is a diagram of major concerns by thousands of citizens who asked Plaintiff to be the West Florida expert at Desoto County against this Enterprise and Mosaic Phosphate and Plaintiff was approved for said expert to protect millions of Floridian and Americans from this Enterprise.

Defendants committed these unlawful violations of Plaintiff's constitutional and state rights under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiff's human, safety, and property rights.

A Judiciary without honesty has little chance of executing its moral and constitutional duties, no matter how many rules of ethics exist. This is especially true in America, where the judiciary is afforded wide discretion. Every decision left up to the discretion of a judge is a potential opportunity for corruption. Today, oil, gas, minerals, drinking water and natural resources and their entitlements are often decided by judges making decisions without the ability

to understand the long term engineering and infrastructure affects of hiding massive drinking water resources of the health quality. The Judges are often influenced by local Corporations, Law-firms and bribes if the stakes are so economically high in the region, no salary could compare to the monetary corrupt bribes or offers.




**Figure 1** – Israel Chemical LTD/Mosaic destroy massive surface rivers used for Raw Drinking Water Resources, Economy, Fish & Wildlife at West Florida Rivers with Phosphate mining with Defendants and Agencies in Racketeering Enterprise to fill Cancer Centers with Treated Water vs Gilberti Endless Alkaline spring water

The case involves the Defendants in a massive Enterprise which consist of Judicial courts, Judges, State attorneys, public defenders, Police officers, Utility directors, water and health agencies, hard money loan sharks, local law-firms and developers who have teamed up against THE ENGINEER to steal a hidden underground resource which more valuable that Gold, in an effort to hide it and its knowledge to find more like it from THE AMERICAN PEOPLE, and keep cancer and diseases rising in the region from Water supply being treated from polluted rivers and corporate dumping at the Taps.

By this suit, Plaintiff seeks federal district court review of the federal and Florida constitutionality of Defendants' actions for both on their face and as applied, which:

(i) Deny an impartial tribunal,

(ii) Violate United States Code, Title 4§§101 and 102;

(iii) Violate Florida Statute §876.05(1)

(IV) **CRIMES OF GENOCIDE/EUGENICS**
***General Assembly resolution 260 A(III) of 9 December 1948 Entry into force: 12 January 1951, in accordance with article XIII***

Having considered the declaration made by the General Assembly of the United Nations in its resolution 96 (I) dated 11 December 1946 that genocide is a crime under international law, contrary to the spirit and aims of the United Nations and condemned by the civilized world, Recognizing that at all periods of history genocide has inflicted great losses on humanity, and being convinced that, in order to liberate mankind from such an odious scourge, international co-operation is required, Hereby agree as hereinafter provided:

**Article I**

The Contracting Parties confirm that genocide, whether committed in time of peace or in time of war, is a crime under international law which they undertake to prevent and to punish.